**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Ryan Preston Dahl (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
Daniel Gwen (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

-------------------------------------------------------------- x
                                        :
In re                                   :          **Chapter 11**
                                        :
**CHINOS HOLDINGS, INC.,** *et al.*,    :          **Case No. 20–32181 (KLP)**
                                        :
            **Debtors.**[1]             :          **(Jointly Administered)**
                                        :
-------------------------------------------------------------- x

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## J. CREW OPERATING CORP. (CASE NO. 20-32186)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471).  The Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

### GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Chinos Holdings, Inc. and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), are filing their respective *Schedules of Assets and Liabilities* (each, a "**Schedule**," and collectively, the "**Schedules**") and *Statements of Financial Affairs* (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements* (collectively, the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise and integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors' management team and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update the Schedules and Statements.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1. **Description of the Cases**. On May 4, 2020 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On May 5, 2020, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 99]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. On May 13, 2020, the United States Trustee for the Eastern District of Virginia, Richmond Division (the "**U.S. Trustee**") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code (the "**Creditors' Committee**").

2. **Basis of Presentation**. For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include information for the Debtors and their non-Debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. These Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.

   The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements. Specifically, the Debtors do not account for accounts payable and payments to individual creditors on a legal entity basis. Substantially all payments are made by J. Crew Operating Corp. on behalf of the various entities and therefore are presented as such in the Schedules and Statements. Intercompany receivables and payables are created to account for these transactions by legal entity. Therefore, unless indicated otherwise, scheduled claims are listed as a liability of J. Crew Operating Corp. The Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

3. **Reporting Date**. Unless otherwise noted on the specific responses, the Schedules and Statements generally reflect the Debtors' books and records as of the close of

3

business on the Petition Date.  The liability values are as of the Petition Date, adjusted for authorized payments made under the First Day Orders (as defined below).

4.  **Current Values**.  Unless otherwise noted on the specific responses, the assets and liabilities of each Debtor are listed in the Schedules and Statements on the basis of the net book value of the asset or liability in the respective Debtor's accounting books and records.

5.  **Confidentiality**.  There may be instances where certain information was not included or redacted due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or to protect the privacy of an individual.

6.  **Consolidated Entity Accounts Payable and Disbursement Systems**.  As described in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Participating In Existing Cash Management System, and Using Bank Accounts and Business Forms, and (B) Continue Intercompany Transactions, (II) Providing Administrative Expense Priority for Postpetition Intercompany Claims, (III) Extension of Time to Comply with Requirements of 11 U.S.C. § 345(b), and (IV) Granting Related Relief* [Docket No. 7], the Debtors utilize an integrated, centralized cash management system, in the ordinary course of business, to collect, concentrate, and disburse funds generated by their operations (the "**Cash Management System**").  The Debtors maintain a master concentration account to pay the Debtors' obligations through the following accounts:  (a) disbursement accounts, (b) payroll account, (c) investment accounts, (d) open account and letter of credit account, and (e) non-debtor cash management systems.

In the ordinary course of business, the Debtors maintain business relationships among each other, which result in intercompany receivables and payables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**").  As set forth more fully in the Cash Management Motion, Intercompany Transactions primarily relate to income taxes or fees charged by certain Debtors or non-Debtor affiliates to other Debtors or non-Debtor affiliates on account of the intercompany provision of goods or services. Historically, Intercompany Claims are not settled by actual transfers of cash among the Debtors.  Instead, the Debtors track all Intercompany Transactions in their centralized accounting system, which concurrently are recorded on the applicable Debtors' balance sheets and regularly reconciled.  The Debtors' accounting system requires that all general ledger entries be balanced at the legal entity level, with certain legal entities consolidated.  Unless otherwise noted, the Debtors have reported the intercompany receivables and intercompany payables among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.  **Accuracy**.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy

law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

8.  **Net Book Value of Assets**.  In many instances, current market valuations are not maintained by or readily available to the Debtors.  As such, wherever possible, net book values as of the Petition Date are presented.  Amounts ultimately realized based on market valuations may vary materially from net book value (or other value so ascribed).  Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.  As applicable, fixed assets and leasehold improvement assets that fully have been depreciated or amortized, or were expensed for GAAP accounting purposes, have no net book value, and, therefore, are not included in the Schedules and Statements.

9.  **Undetermined Amounts**.  Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A."  The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

10.  **Excluded Assets and Liabilities**.  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules.  The Debtors have excluded the following items from the Schedules and Statements: certain accrued liabilities, including accrued salaries and wages, employee benefit accruals, and certain other accruals, certain prepaid and other current assets considered to have *de minimis* or no market value.  Other immaterial assets and liabilities may also have been excluded.

11.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined."  If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12.  **Currency**.  All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13.  **Payment of Prepetition Claims Pursuant to First Day Orders**.  The Debtors have authority to pay certain outstanding prepetition payables pursuant to certain orders by the Bankruptcy Court entered in connection with the Debtors' chapter 11 cases authorizing the Debtors to pay certain prepetition amounts (collectively, the "**First Day Orders**").  As such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables.  If these liabilities have been satisfied, they are not listed in the Schedules and Statements

unless otherwise noted.  If the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

14. **Other Paid Claims**.  If the Debtors have reached any postpetition settlement with a vendor or other creditor that expressly supersedes the Schedules and Statements or that was entered into after filing of the Schedules and Statements, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to Bankruptcy Court approval.

15. **Setoffs**.  The Debtors routinely incur certain setoffs from customers and suppliers in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, pricing discrepancies, customer programs, returns, promotional funding, and other disputes between the Debtors and their customers and suppliers.  These routine setoffs are consistent with the ordinary course of business in the Debtors' industry, and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and, as such, are excluded from the Debtors' Schedules and Statements.  Any setoff of a prepetition debt to be applied against the Debtors is subject to the automatic stay and must comply with section 553 of the Bankruptcy Code.

16. **Inventory**.  Merchandise inventories are carried at the lower of average cost or net realizable value.  The Debtors capitalize certain design, purchasing and warehousing costs in inventory.  The Debtors evaluate all of their inventories to determine excess inventories based on estimated future sales.  Based on historical results experienced through various methods of disposition, the Debtors write down the carrying value of inventories that are not expected to be sold at or above cost.  Additionally, the Debtors reduce the cost of inventories based on an estimate of lost or stolen items each period.

17. **Property, Plant and Equipment**.  Property and equipment are stated at cost and are depreciated over the estimated useful lives using the straight-line method.  Buildings and improvements are depreciated over estimated useful lives of twenty years.  Furniture, fixtures and equipment are depreciated over estimated useful lives, ranging from three to ten years.  Leasehold improvements are depreciated over the shorter of their useful lives or related lease terms (without consideration of optional renewal periods).  The Debtors capitalize certain costs (included in fixtures and equipment) related to the acquisition and development of software and amortizes these costs using the straight-line method over the estimated useful life of the software, which is three to five years. Certain development costs not meeting the criteria for capitalization are expensed as incurred.

6

18.    **Debtors' Reservation of Rights**.  Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

a.    Any failure to designate a claim listed on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated."  The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection or otherwise.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken.  Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.    In the ordinary course of their business, the Debtors lease equipment and other assets from certain third-party lessors for use in the daily operation of their business.  The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F.  Except as otherwise noted herein, the property subject to any such leases is not reflected in Schedule A/B as either owned property or assets of the Debtors, and neither is such property or assets of third parties within the control of the Debtors.  Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including

whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.    The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections and setoffs with respect to the same.

f.    The Debtors' businesses are part of a complex enterprise.  Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions.  The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Debtors' Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.    The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.    The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  When such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently.  Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements to the extent that additional Guarantees are identified.  In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

i.    Listing a contract or lease on the Debtors' Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract.  The Debtors hereby expressly reserve the right to assert that any contract listed on the Debtors' Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, and the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

8

j.   Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

19.   **Global Notes Control**.  If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Notes with Respect to the Debtors' Schedules**

1.   **Schedule A/B.**

a.   **A/B.3**.  As set forth more fully in the Cash Management Motion, the Debtors conduct their operations through an extensive network of bank accounts.  The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the ending cash balance of such account as of the Petition Date.

b.   **A/B.10–12.**  Consistent with the Debtors' financial reporting practices, certain current assets, including credit card receivables, wholesale receivables, corporate receivables, and any allowances thereof provided for in Schedule A/B, Items 11 and 12 are as of the Petition Date.  Intercompany receivables have been listed as "Other property" under Schedule A/B, Item 77.

c.   **A/B.15**.  Equity interests in subsidiaries and affiliates primarily arise from common stock ownership or member interests.  For purposes of these Schedules, the Debtors have assigned an ownership percentage for the equity interests of all of their direct subsidiaries.

d.   **A/B.18–26**.  Schedule A/B, Items 18–26 identifies the estimated value of the Debtors' inventories.  Included within the estimated values are various reserves and capitalized balances that the Debtors attribute to the total value of inventory as included within their books and records, such as on account of slow moving goods, shrinkage and markdowns.

e.   **A/B.54–58**.  The Debtors considered only real property owned in responding to Schedule A/B, Items 54–58.  However, the Debtors' real property leases are listed in Schedule G and are incorporated into Schedule A/B, Items 54-58 by reference.  The Debtors' real property leases for retail store locations are listed on Schedule G for Chinos Holdings, Inc.; J. Crew

Group, Inc.; J. Crew Operating Corp.; Grace Holmes, Inc.; J. Crew Inc.; Madewell Inc.; H.F.D. No. 55, Inc.

f.  **A/B.59–65**. The Debtors have not listed the value of the items listed in Schedule A/B, Items 59–65 because the values on the Debtors' books and records may not accurately reflect their value in the marketplace.

Additionally, certain of the Debtors have customer information from loyalty programs, customer accounts, in-store and online sales, as well as information collected from the Debtors' websites and third-party partners, which information includes personally identifiable information. The Debtors maintain certain records in the ordinary course of business, but do not sell these lists. Due to privacy laws, the Debtors' privacy policy, and the need to protect confidential information and individual privacy, the Debtors have not furnished any customer lists on their Schedules.

g.  **A/B.72**. The Debtors file consolidated federal tax returns, as well as certain of their state tax returns, under Chinos Holdings, Inc. Consequently, the Debtors maintain net and current book operating losses, carryforwards of disallowed business interest expense, and carryforwards of unused general business credits, in each case, from consolidated tax filings made by Chinos Holdings, Inc. ("**Tax Assets**"), and such Tax Assets are listed only under Item 72 of Schedule A/B for Chinos Holdings, Inc. Additionally, the values of the Tax Assets listed in Schedule A/B, Item 72 reflect the amounts listed in the Debtors' books and records, and may reflect amounts accumulated for more than one tax year.

h.  **A/B.70–77**. Despite exercising their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules. Unless otherwise noted on specific responses, items reported on Schedule A/B are reported from the Debtors' books and records as of the Petition Date. The Debtors reserve all of their rights with respect to any claims and causes of action they may have. Neither these Notes nor the Schedules shall be deemed a waiver of any such claims or causes of action or to prejudice or impair the assertion thereof in any way.

If a Debtor has received an intercompany receivable, such amount has been listed on Item 77, Schedule A/B for such Debtor. Correspondingly, if a Debtor is obligated on account of an intercompany payable, such amount has been listed on Schedule E/F, Part 2 for such Debtor.

2.  **Schedule D**. The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. To the best of the Debtors' knowledge, all claims listed

on Schedule D arose or were incurred before the Petition Date.  The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection to Prepetition Secured Parties, (V) Modifying Automatic Stay, and (VI) Granting Related Relief* [Docket No. 447] (the "**DIP Order**"), which are subject to investigation and challenge by the Creditors' Committee or other parties in interest, all as more fully set forth in the DIP Order.

Except as otherwise agreed to or stated pursuant to a stipulation, agreed order, or general order entered by the Bankruptcy Court that is or becomes final, including the DIP Order, the Debtors and their estates reserve their right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the foregoing limitations, note as follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the Debtors have included the results of UCC lien searches performed prior to the Petition Date (the reporting of such results, however, shall not be deemed an admission as to the validity or existence of any such lien); (c) the Debtors reserve all rights to dispute and challenge the secured nature of any creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim; and (d) the descriptions provided on Schedule D only are intended to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of Michael J. Nicholson in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Docket No. 6] (the "**First Day Declaration**").

The Debtors have listed only the administrative agent or indenture trustee for their funded secured indebtedness, but each of these secured claims are owned or beneficially controlled by a number of parties that may not be identified in the Schedules and Statements.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.  The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3. **Schedule E/F**

a.　**(Part 1)**.  The claims listed on Schedule E/F (Part 1) arose and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim.  To the best of the Debtors' knowledge, all claims listed on Schedule E/F arose or were incurred before the Petition Date.

The Debtors have not listed certain wage, or wage-related obligations that the Debtors have paid pursuant to First Day Orders on Schedule E/F.  The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 and 507 of the Bankruptcy Code.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F.  Certain of such claims, however, may be subject to ongoing audits and the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F.  Therefore, the Debtors have listed all such claims as disputed, contingent, and unliquidated, pending final resolution of ongoing audits or other outstanding issues.

The Debtors reserve the right to assert that any claim listed on Schedule E/F does not constitute a priority claim under the Bankruptcy Code.

b.　**(Part 2)**.  The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor.  As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors.  Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts.  The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff and recoupment rights that may be asserted against the Debtors by a creditor.  Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtors for amounts listed on Schedule E/F.  The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor.  In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under 11 U.S.C. § 503(b)(9).

The Debtors have made reasonable efforts to include all unsecured creditors on Schedule E/F including, but not limited to, lease counterparties, taxing authorities, trade creditors, and service providers.  The amounts listed in

Schedule E/F with respect to certain trade creditors are consistent with the Debtors' stipulations set forth in each such creditors' ongoing trade agreement, as applicable.[1]  The Debtors have made reasonable efforts to include certain balances on Schedule E/F, including deferred liabilities, accruals, or general reserves, but may not have included all balances where impracticable.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  Such accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date.  The Debtors have made reasonable efforts to include as contingent, unliquidated and disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F also contains information regarding pending litigation involving the Debtors.  In certain instances, the relevant Debtor that is the subject of the litigation is unclear or undetermined.  To the extent that litigation involving a particular Debtor has been identified, however, such information is included on that Debtor's Schedule E/F.  The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated, and disputed in the Schedules.

The aggregate net intercompany payable amounts listed in Schedule E/F may or may not result in allowed or enforceable claims by or against a given Debtor, and listing these payables is not an admission on the part of the Debtors that the Intercompany Claims are enforceable or collectable.  The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to intercompany policies and arrangements not reflected in the Schedules.

Additionally, the Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain unsecured claims, pursuant to the First Day Orders.  To the extent practicable, each Debtor's Schedule E/F is intended to reflect the balance as of the Petition Date, adjusted for postpetition payments of some or all of the Bankruptcy Court-approved payments.  Each Debtor's Schedule E/F will reflect some of the Debtor's payments of certain claims pursuant to the First Day Orders, and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F.  Certain Debtors may pay additional claims listed on Schedule E/F during these Chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims

---

[1]  Further information and a form of the Debtors' ongoing trade agreements is set forth in the Debtors' *Final Order (I) Authorizing Debtors to Pay Certain Prepetition Claims, Lien Claims, and 503(b)(9) Claims, (II) Confirming Administrative Expense Priority of Undisputed Prepetition Orders, and (III) Granting Related Relief* [Docket No. 384].

register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that have been, or may be, rejected.

4.    **Schedule G**.  Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred.  The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G.  In addition, as described herein, certain non-disclosure agreements and or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and transitory nature.

Omission of an agreement from Schedule G does not constitute an admission that such omitted agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted Agreements.  Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.  The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G.  Executory agreements that are oral in nature have not been included in Schedule G.  Any and all of the Debtors' rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) to amend or supplement such Schedule as necessary.  Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors.  Additionally, the specific Debtor obligors to certain of the Agreements may not have been specifically ascertained in every circumstance.  In such cases, the Debtors have made reasonable efforts to identify the correct Debtor's Schedule G on which to list the Agreement and, where a contract party remained uncertain, such Agreement may have been listed on a different Debtor's Schedule G.

5.    **Schedule H**.  The Debtors are party to various debt agreements, which were executed by multiple Debtors.  The obligations of guarantors under prepetition, secured credit agreements are noted on Schedule H for each individual debtor.  In the ordinary course of their businesses, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses.  Some of these matters may involve multiple plaintiffs and defendants, some or all of

whom may assert cross-claims and counter-claims against other parties. Because such claims are listed on each Debtor's Schedule E/F and Statement 7, as applicable, they have not been set forth individually on Schedule H. Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors or non-Debtors. If there are guarantees connected with any joint ventures to which the Debtors may be a party, such agreements are not identified in the Debtors' Schedules. The Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

### Specific Notes With Respect to the Debtors' Statements

1.   **Statement 1.**  Sales are reflected net of returns and allowances, discounts, and certain other adjustments. Negative revenue relates to discounts on gift cards sold through third parties.

The Debtors' fiscal year ends on the Saturday closest to January 31:

FY 2017: Composed of 53 weeks ending February 3, 2018.

FY 2018: Composed of 52 weeks ending February 2, 2019.

FY 2019: Composed of 52 weeks ending February 1, 2020.

2.   **Statement 3**.  The obligations of the Debtors are primarily paid by and through J. Crew Operating Corp., notwithstanding the fact that certain obligations may be obligations of one or more of the affiliated Debtors or non-Debtor affiliates.

The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from February 4, 2020 to May 4, 2020. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a significant manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

The responses to Statement 3 exclude certain disbursements or transfers to creditors otherwise listed in Statement 9, Statement 11, and payments made on account of certain employee obligations including, but not limited to, medical costs and business expense reimbursements.

3.      **Statement 4**.  The Debtors reserve all rights with respect to the determination or status of a person as an "insider" as defined in section 101(13) of the Bankruptcy Code.  For more information regarding each Debtor's officers and directors, *see* Statement 28 and Statement 29.

Question 4 of the Statements does not account for merchandise that may have been moved between the Debtors' locations because such transfers are recorded through ordinary course accounting entries.

The payroll-related amount shown in response to this question, which includes, among other things, salary, wage, additional compensation, is a gross amount that does not include reductions for amounts including employee tax or benefit withholdings.  In the ordinary course of business, certain corporate or personal credit cards may be utilized by insiders to pay for travel and business-related expenses for various other individuals employed by the Debtors.  As it would be unduly burdensome for the Debtors to analyze which credit card expenses related to those incurred on behalf of an insider as opposed to another employee (or the Debtors), the Debtors have listed the aggregate amount paid for such expenses.  Amounts still owed to creditors will appear on the Schedules for each of the Debtors.

4.      **Statement 5**.  On occasion, the Debtors may return damaged or unsatisfactory goods to vendors in the ordinary course of business.  Other than ordinary course items, the Debtors are not aware of any property that has been returned to the seller.

5.      **Statement 6**.  The Debtors maintain certain customer programs, including return and refund programs pursuant to which customers may receive credits.  Such transactions were not considered setoffs for the purpose of responding to Statement 6, although the Debtors reserve all rights with respect thereto and make no admission of waiver thereby.

The Debtors have otherwise used their reasonable efforts to reflect setoffs made by creditors without permission that they are aware of; however, there may be instances, including credits due to landlords, when such a setoff has occurred without the Debtors' knowledge.

6.      **Statement 7**.  The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings.  The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors.  The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.  Further, the Debtors operate in numerous jurisdictions and in the ordinary course of business may have disputed property valuations/tax assessments.  The Debtors have not listed such disputes on Statement 7.

7.      **Statement 10**.  The losses listed may exclude those incurred in the ordinary course of business or those where the amount is *de minimis*.

8.      **Statement 11**.  The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date, which are identified in J. Crew Operating Corp.'s response to Statement 11.  Additional information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

9.      **Statement 13**.  The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in Statement 13.  The Debtors further do not take any position with respect to whether transfers identified in response to Statement 13 are made in the ordinary course of business.  Certain transfers listed in this response are included solely out of an abundance of caution.

If the Debtors vacated store locations during the three years immediately preceding the Petition Date, information on these former store locations is contained in the Debtors' response to Statement 14.

10.      **Statement 21**.  In the ordinary course of business, the Debtors' corporate and retail locations contain various equipment and items owned by others including copy machines and computer hardware.  Additionally, the Debtors utilize leased property in their ordinary course of business.  Therefore, the Debtors hold property subject to leases listed on the Debtors' Schedule G.

Certain of the Debtors' vendors sell inventory and fulfill orders through the Debtors' e-commerce platforms (such vendors, the "**Marketplace Vendors**").  The Debtors do not physically possess the inventory at any time; however, the Debtors collect payment for the goods sold through their e-commerce platforms and pay the Marketplace Vendors on a monthly (or, at the Debtors' option, more frequent) basis the proceeds of any goods sold, less a commission and other amounts due to the Debtors.  Out of an abundance of caution, the Debtors have included the property of the Marketplace Vendors in the Debtors' response to Statement 21, although the Debtors have indicated that the value of such property is "unknown" or "undetermined."  Although reasonable efforts have been made to ensure the accuracy of Statement 21, review is ongoing and inadvertent errors, omissions or overinclusion may have occurred.

11.      **Statement 26(d)**.  The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients have included regulatory agencies, financial institutions,

investment banks, debtholders, and their legal and financial advisors.  Financial statements have also been provided to other parties as requested.

12.    **Statement 27**.  The amounts listed in the response to Statement 27 include all inventory held by the Debtors in retail locations.

13.    **Statement 29**.  Disclosures relate specifically to terminated job titles or positions and are not indicative of the individuals' current employment status with the Debtors.

14.    **Statement 30**.  Any and all known disbursements to insiders of the Debtors have been listed in the response to Statement 4.  The items listed under Statement 30 incorporate by reference any items listed under Statement 4, and vice versa.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| Debtor Name | **J. Crew Operating Corp.** |
|---|---|
| **United States Bankruptcy Court for the Eastern District of Virginia** | |
| Case number (if known): | **20-32186** |

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.................................................................................................... $0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.................................................................................................. $334,253,091.05

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.................................................................................................... $334,253,091.05

## Part 2:  Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D........................... $1,710,417,991.79

3.   *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*................................................. $0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*................................ **+** $1,286,060,977.95

4.   **Total liabilities** ........................................................................................................
Lines 2 + 3a + 3b          $2,996,478,969.74

| Debtor Name | J. Crew Operating Corp. |
| --- | --- |
| **United States Bankruptcy Court for the Eastern District of Virginia** | |
| Case number (if known): | **20-32186** |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1 | Bank of America Merrill Lynch | Investment | 1A06 | $0.00 |
| 3.2 | HSBC | Open Account | 5201 | $1,377,797.35 |
| 3.3 | HSBC | Letter of Credit | 6434 | ($420.48) |
| 3.4 | Wells Fargo | Disbursements | 3096 | $0.00 |
| 3.5 | Wells Fargo | Concentration | 1816 | $17,876,964.03 |
| 3.6 | Wells Fargo | Disbursements | 1861 | $0.00 |
| 3.7 | Wells Fargo | Wholesale | 1705 | $0.00 |
| 3.8 | Wells Fargo | Investment | 0411 | $0.00 |

4.  **Other cash equivalents**

Debtor  J. Crew Operating Corp.                                    Case Number (if known) 20-32186

---

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$19,254,340.90**

---

**Part 2:    Deposits and prepayments**

6.  **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

                                                                                                 Current value of
                                                                                                 debtor's interest

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1    Security Deposit              Bank of America Merchant Services                        $6,073,419.83

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1    See attached AB Exhibit 8                                                             $27,446,337.61

9.  **Total of Part 2**
    Add lines 7 through 8.  Copy the total to line 81.                                           **$33,519,757.44**

---

**Part 3:    Accounts Receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                                                                 Current value of
                                                                                                 debtor's interest

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $3,820,409.00 | - | $0.00 | = | $3,820,409.00 |
| 11b. Over 90 days old: | $1,645,180 | - | $500,000 | = | $1,145,179.60 |

---

Debtor  J. Crew Operating Corp.                                    Case Number (if known) 20-32186

---

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                **$4,965,588.60**

---

**Part 4:**         **Investments**

---

13. **Does the debtor own any investments?**

    ☐ No. Go to Part 5.
    ☑ Yes. Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

| 15.1 | Grace Holmes, Inc. | 100% |
| 15.2 | H.F.D. No. 55, Inc. | 100% |
| 15.3 | J. Crew Inc. | 100% |
| 15.4 | J. Crew Virginia, Inc. | 100% |
| 15.5 | Madewell Inc. | 100% |
| 15.6 | J. Crew Global Holdings A, LLC | 100% |
| 15.7 | J. Crew Global Holdings Bermuda LP | 99.9% |
| 15.8 | J. Crew Cayman Limited | 100% |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

---

**Part 5:**         **Inventory, excluding agricultural assets**

---

Debtor  J. Crew Operating Corp.                                          Case Number (if known) 20-32186

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor  J. Crew Operating Corp.                                    Case Number (if known) 20-32186

☐ No.

☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

|  | General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops - either planted of harvested** | | | |
| 29. | **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| 30. | **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |
| 33. | **Total of Part 6** Add lines 28 through 32. Copy the total to line 85. | | | |

34. **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

Debtor  J. Crew Operating Corp.                                    Case Number (if known) 20-32186

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.      Book Value $ _____    Valuation Method _____    Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☑ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 39.1    Furniture & Fixtures | $5,149,992.77 | Net Book Value | $5,149,992.77 |
| 40. **Office fixtures** | | | |

Official Form 206A/B          **Schedule A/B: Assets - Real and Personal Property**          Page 6

Debtor  J. Crew Operating Corp.                                    Case Number (if known) 20-32186

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| 41.1 | Computer Software | $576,498.63 | Net Book Value | $576,498.63 |
| 41.2 | AA - Computer Equipment | $38,078,108.69 | Net Book Value | $38,078,108.69 |
| 41.3 | AA-Computer Software | $51,234.32 | Net Book Value | $51,234.32 |
| 41.4 | AA-Telephone Equipment | $1,000,308.86 | Net Book Value | $1,000,308.86 |

42.  **Collectibles**
     Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                    **$44,856,143.27**
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  J. Crew Operating Corp.                                      Case Number (if known) 20-32186

47. **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories**
    Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No.
    ☐ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

**Part 9:       Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

Debtor  J. Crew Operating Corp.                                      Case Number (if known) 20-32186

---

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

---

**Part 10:**    **Intangibles and intellectual property**

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, or trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |

---

Debtor  J. Crew Operating Corp.                                    Case Number (if known) 20-32186

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers?**

        ☐ No.
        ☐ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

        ☐ No.
        ☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

        ☐ No.
        ☐ Yes.

**Part 11:**      **All other assets**

Debtor  J. Crew Operating Corp.                                                    Case Number (if known) 20-32186

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of
debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

                                              -                           =
     _____          _____
     Total face amount            Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has
     been filed)**

     Nature of claim

     Amount Requested

75.  **Other contingent and unliquidated claims or causes of action of every
     nature, including counterclaims of the debtor and rights to set off
     claims**

     Nature of claim

     Amount Requested

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**
     Examples: Season tickets, country club membership

77.1    Intercompany receivable                                              $231,657,260.84

Debtor  J. Crew Operating Corp.                                    Case Number (if known) 20-32186

---

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                    $231,657,260.84

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

---

**Part 12:    Summary**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.**    *Copy line 5, Part 1.* | $19,254,340.90 | |
| 81. **Deposits and prepayments.**    *Copy line 9, Part 2.* | $33,519,757.44 | |
| 82. **Accounts receivable.**    *Copy line 12, Part 3.* | $4,965,588.60 | |
| 83. **Investments.**    *Copy line 17, Part 4.* | | |
| 84. **Inventory.**    *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.**    *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.**    *Copy line 43, Part 7.* | $44,856,143.27 | |
| 87. **Machinery, equipment, and vehicles.**    *Copy line 51, Part 8.* | | |
| 88. **Real Property.**    *Copy line 56, Part 9.* | | |
| 89. **Intangibles and intellectual property.**    *Copy line 66, Part 10.* | | |
| 90. **All other assets.**    *Copy line 78, Part 11.* | $231,657,260.84 | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. $334,253,091.05 | 91b. $0.00 |

92. **Total of all property on Schedule A/B.**    Lines 91a + 91b = 92.................................................................................    $334,253,091.05

---

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**J. Crew Operating Corp.**
**Case No. 20-32186**
**Schedule AB Question 8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description | Name of holder of prepayment | Current Value |
|---|---|---|
| Prepaid Maintenance | Accruent | $18,271.93 |
| Prepaid Maintenance | Fair Haven | $44,498.73 |
| Prepaid Maintenance | Imperva | $2,912.41 |
| Prepaid Maintenance | Kronos Timelink | $9,348.98 |
| Prepaid Maintenance | LaSalle | $261,919.41 |
| Prepaid Maintenance | Open Text | $43,125.95 |
| Prepaid Maintenance | Peak Ryzex | $10,055.08 |
| Prepaid Maintenance | Shi | $61,517.99 |
| Prepaid Maintenance | Trintech | $24,130.34 |
| Prepaid Maintenance | Adobe Systems | $447,575.98 |
| Prepaid Maintenance | Alert | $15,974.89 |
| Prepaid Maintenance | Aspera | $16,556.67 |
| Prepaid Maintenance | AWS | $198,900.00 |
| Prepaid Maintenance | AWS/Datapipe | $529,423.45 |
| Prepaid Maintenance | Bazaarvoice | $75,950.00 |
| Prepaid Maintenance | CBTS | $160,836.00 |
| Prepaid Maintenance | Ciphertechs | $280,868.81 |
| Prepaid Maintenance | Clarip | $196,875.00 |
| Prepaid Maintenance | Coupa Software | $152,425.00 |
| Prepaid Maintenance | Cprime INC | $6,708.68 |
| Prepaid Maintenance | CyberINT | $33,166.67 |
| Prepaid Maintenance | Dell Marketing | $5,129.74 |
| Prepaid Maintenance | Demandware/Salesforce | $1,953,875.00 |
| Prepaid Maintenance | Digicert | $40,468.75 |
| Prepaid Maintenance | Docusign | $5,486.64 |
| Prepaid Maintenance | Flux Consulting | $15,449.61 |
| Prepaid Maintenance | Hitachi | $15,468.75 |
| Prepaid Maintenance | IBM | $24,345.86 |
| Prepaid Maintenance | JAMF | $2,100.27 |
| Prepaid Maintenance | JDA | $118,921.40 |
| Prepaid Maintenance | Jfrog INC | $913.46 |
| Prepaid Maintenance | Kibo (formerly Baynote) | $18,939.71 |
| Prepaid Maintenance | Lectra | $44,523.00 |
| Prepaid Maintenance | Manhattan Associates | $755,711.27 |
| Prepaid Maintenance | Myriad | $24,496.88 |
| Prepaid Maintenance | Onx | $179,000.49 |
| Prepaid Maintenance | Oracle | $379,550.75 |
| Prepaid Maintenance | Pragmatyxs | $3,480.00 |
| Prepaid Maintenance | PTC | $26,392.21 |
| Prepaid Maintenance | Qliktech Inc | $45,794.47 |
| Prepaid Maintenance | SAS | $63,166.67 |
| Prepaid Maintenance | SAP | $751,606.45 |
| Prepaid Maintenance | ScanData Systems | $19,089.81 |
| Prepaid Maintenance | Session M | $381,062.50 |
| Prepaid Maintenance | Slack | $47,518.38 |
| Prepaid Maintenance | Tableau | $5,806.67 |
| Prepaid Maintenance | Thousand Eyes | $20,612.64 |
| Prepaid Maintenance | TTEC | $184,388.89 |
| Prepaid Maintenance | Turbonomic | $18,525.76 |

| Description | Name of holder of prepayment | Current Value |
|---|---|---|
| Prepaid Maintenance | Universal | $316,397.04 |
| Prepaid Maintenance | Verifone | $127,549.20 |
| Prepaid Maintenance | Veritas | $350,539.96 |
| Prepaid Maintenance | Vertex | $190,663.72 |
| Prepaid Maintenance | Vinyl Development/Zudy Software | $87,100.00 |
| Prepaid Maintenance | Vision Critical | $24,184.77 |
| Prepaid Maintenance | Winshuttle | $23,359.80 |
| Prepaid Maintenance | Zoom Video | $27,052.92 |
| Prepaid Insurance | Philadelphia Indemnity Insurance Co | $5,891.88 |
| Prepaid Insurance | Zurich American Insurance co | $8,478.33 |
| Prepaid Insurance | Beazley Insurance Company Inc | $16,532.58 |
| Prepaid Insurance | Freedom Specialty Insurance Co | $4,912.50 |
| Prepaid Insurance | Multiple | $15,889.75 |
| Prepaid Insurance | Excess D&O | $133,057.67 |
| Prepaid Insurance | Berkley Insurance Co | $3,143.08 |
| Prepaid Insurance | XL Specialty Insurance Co | $26,512.50 |
| Prepaid Insurance | Evanston Insurance Co | $2,365.00 |
| Prepaid Insurance | Zurich American Inc CO | $92,369.37 |
| Prepaid Insurance | Western World Insurance Co | $7,375.97 |
| Prepaid Insurance | Zurich American Insurance co | $1,845.67 |
| Prepaid Insurance | Zurich American Insurance co | $2,067.06 |
| Prepaid Insurance | Starr Indemity & Liability Co | $572.92 |
| Prepaid Insurance | Liberty Insurance Co | $8,287.50 |
| Prepaid Insurance | Great American Insurance Co | $3,125.00 |
| Prepaid Insurance | National Union Fire Ins Co | $2,083.33 |
| Prepaid Insurance | Indemnity Insurace Co | $2,083.33 |
| Prepaid Insurance | American Guarantee | $4,141.00 |
| Prepaid Insurance | ACE American Insurance Company | $5,270.08 |
| Prepaid Insurance | Safety National Casualty Corp | $23,145.58 |
| Prepaid Insurance | Safety National Casualty Corp | $1,362.67 |
| Prepaid Insurance | Various-Willis | $2,395,039.00 |
| Prepaid Insurance | Various-Willis | $3,353,695.00 |
| Prepaid Insurance | Bureau of Worker's Compensation | $2,404.25 |
| Prepaid Insurance | Safety National Casualty Corp | $38,070.83 |
| Prepaid Other | Amex Credit | $1,917.30 |
| Prepaid Professional Fees & Other | Weil | $5,510,876.40 |
| Prepaid Professional Fees & Other | Finsbury | $250,000.00 |
| Prepaid Professional Fees & Other | Omni Management | $50,000.00 |
| Prepaid Professional Fees & Other | Alix | $2,345,645.00 |
| Prepaid Professional Fees & Other | Lazard | $150,000.00 |
| Prepaid Professional Fees & Other | Milbank | $800,000.00 |
| Prepaid Professional Fees & Other | PJT | $150,000.00 |
| Prepaid Professional Fees & Other | Paul Weiss | $1.00 |
| Prepaid Professional Fees & Other | Akin Gump | $300,000.00 |
| Prepaid Professional Fees & Other | Quinn Emanuel Urquhart | $300,000.00 |
| Prepaid Professional Fees & Other | Hunton Andrews Kurth | $340,000.00 |
| Prepaid Professional Fees & Other | Richards Layton & Finger | $321,290.00 |
| Prepaid Professional Fees & Other | Choate Hall & Stewart | $942,433.00 |
| Prepaid Fitness | Crunch Fitness | $44,630.82 |
| Prepaid Fitness | NY HealthRaquet | $4,968.86 |
| Prepaid Fitness | Crnoevich,Alexandra | $945.10 |
| Prepaid Professional Fees & Other | S&P | $33,962.50 |
| Prepaid Professional Fees & Other | LinkedIn | $200,091.63 |
| Prepaid Professional Fees & Other | Gartner/ L2 | $152,258.06 |

| Description | Name of holder of prepayment | Current Value |
|---|---|---|
| Prepaid Professional Fees & Other | Concrete Media | $80,011.22 |
| Prepaid Professional Fees & Other | Concrete Media- MW | $33,955.37 |
| Prepaid Professional Fees & Other | Lot Network | $11,666.67 |
| Prepaid Professional Fees & Other | Social Chorus | $77,000.00 |
| Prepaid Professional Fees & Other | Culture Amp | $21,166.67 |
| Prepaid Professional Fees & Other | NRF | $20,226.00 |
| Prepaid State and Local Taxes | Arizona Dept of Revenue | $4,737.50 |
| Prepaid State and Local Taxes | California State Board of Equalization | $24,560.00 |
| Prepaid State and Local Taxes | Colorado Dept of Revenue | $10,000.00 |
| Prepaid State and Local Taxes | District of Columbia | -$500.00 |
| Prepaid State and Local Taxes | Illinois Dept of Revenue | $168,195.00 |
| Prepaid State and Local Taxes | Kansas Dept of Revenue | $5,000.00 |
| Prepaid State and Local Taxes | Maine Revenue Services | $10,000.00 |
| Prepaid State and Local Taxes | New York Dept of Taxation & Finance | $27,149.27 |
| Prepaid State and Local Taxes | New York Dept of Taxation & Finance | $4,713.00 |
| Total | | $27,446,337.61 |

| Debtor Name | J. Crew Operating Corp. |
|---|---|

**United States Bankruptcy Court for the Eastern District of Virginia**

Case number (if known):     20-32186

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
secured claim, list the creditor separately for each claim.

**Amount of Claim**
Do not deduct the
value of collateral

**Value of collateral
that supports this
claim**

---

**2.1**

**Creditor's name**

BANK OF AMERICA, NA

**Creditor's mailing address**

ATTN: REA
901 MAIN ST, 20TH FL
DALLAS, TX 75202

**Creditor's email address, if known**

**Date debt was incurred**  3/7/2011

**Last four digits of
account number**

**Do multiple creditors have an interest in the same
property?**

☐ No

☒ Yes. Specify each creditor, including this
creditor, and its relative priority.

See Global Notes

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL OF DEBTOR'S ASSETS

**Describe the lien**

ABL Credit Facility

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

$309,093,952.11

UNKNOWN

---

**2.2**

**Creditor's name**

BANK OF AMERICA, NA

**Creditor's mailing address**

ATTN: REA
901 MAIN ST, 20TH FL
DALLAS, TX 75202

**Creditor's email address, if known**

**Date debt was incurred**  3/7/2011

**Last four digits of
account number**

**Do multiple creditors have an interest in the same
property?**

☐ No

☒ Yes. Have you already specified the relative
priority?

☐ No. Specify each creditor, including this creditor,
and its relative priority.

☐ Yes.  The relative priority of creditors is specified on
lines

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL OF DEBTOR'S ASSETS

**Describe the lien**

Letter of Credit (ABL security)

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

$63,960,717.93

UNKNOWN

---

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

**2.3**

**Creditor's name**
WILMINGTON SAVINGS FUND SOCIETY, FSB

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL OF DEBTOR'S ASSETS

$1,337,363,321.75          UNKNOWN

**Creditor's mailing address**
500 DELAWARE AVE
WILMINGTON, DE 19801

**Describe the lien**
Term Loan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** 3/5/2014

**Last four digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
See Global Notes

☐ Yes.  The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$1,710,417,991.79

---

| Debtor Name | **J. Crew Operating Corp.** |
|---|---|

**United States Bankruptcy Court for the Eastern District of Virginia**

Case number (if known):          **20-32186**

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F - Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**   If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |

**NONE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (          )

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.1** **Nonpriority creditor's name and mailing address**

1 800 GOT JUNK
P.O. BOX 123419
DEPT 3419
DALLAS, TX 75312-3419

$56,685.42

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**

10.11 CONCEPT STUDIO
1760 N 143RD ST
SEATTLE, WA 98133

$4,550.00

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**

1040 MADISON INC
770 LEXINGTON AVE
NEW YORK, NY 10065

$119,604.20

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**

1200 TENANT CORP
260 MADISON AVE, 12TH FL
NEW YORK, NY 10016

$53,333.34

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120,292.36
1237 1/2 WISCONSIN AVENUE
P.O. BOX 822475
PHILADELPHIA, PA 19182

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,882.10
1448 WEBWARD AVENUE LLC
630 WOODWARD AVE
DETROIT, MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51,657.64
1618 14TH STREET NW LLC
1455 RESEARCH BLVD, STE 510
ROCKVILLE, MD 20850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,166.50
1716 WALNUT STREET LP
430 PARK AVE, STE 201
NEW YORK, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    3 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63,639.98 |
|---|---|---|---|

**3.9**

**Nonpriority creditor's name and mailing address**
1919 14TH ST LLC
1919 14TH ST NW
WASHINGTON, DC 20009

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$63,639.98

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**
20 EAST COPIER INC
20 EAST 13TH ST
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$969.01

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**
23 COBB ISLAND DRIVE LLC
1700 EAST PUTNAM AVE, STE 406
OLD GREENWICH, CT 06870

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

$113,601.70

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**
234 W LLC
272 KEAP ST 1
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

$98,538.30

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.13**  **Nonpriority creditor's name and mailing address**

24 SEVEN TALENT CALIFORNIA LLC
P.O. BOX 71305
PHILADELPHIA, PA 19176-1305

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,488.26

---

**3.14**  **Nonpriority creditor's name and mailing address**

264 KING STREET LLC
P.O. BOX 11644
NEWARK, NJ 07101-4644

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$86,736.12

---

**3.15**  **Nonpriority creditor's name and mailing address**

3 TREE SOLUTIONS PVT LTD
75 KM RAIWIND RD
LAHORE- PUNJAB, 54600
PAKISTAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,000.00

---

**3.16**  **Nonpriority creditor's name and mailing address**

30 EAST 85TH STREET COMPANY LLC
MANHATTAN SKYLINE MANAGEMENT CORP
ATTN: THOMAS ESCHMANN
NEW YORK, NY 10019

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$281,008.32

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.17**

**Nonpriority creditor's name and mailing address**
3700 MCKINNEY LTD
2975 REGENT BLVD
IRVING, TX 75063

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,430.82

**3.18**

**Nonpriority creditor's name and mailing address**
4645 FASHION VALLEY MALL
FILE 53271
LOS ANGELES, CA 90074-3271

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$91,172.63

**3.19**

**Nonpriority creditor's name and mailing address**
4676 WESTCHESTER MALL LLC
P.O. BOX 643095
PITTSBURGH, PA 15264-3095

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$286,038.15

**3.20**

**Nonpriority creditor's name and mailing address**
4692 SPG CENTER LLC
FILE NO 57331
LOS ANGELES, CA 90074-7331

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$264,235.11

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.21**

**Nonpriority creditor's name and mailing address**
4693 SHOPS AT ST JOHNS LLC
P.O. BOX 404796
ATLANTA, GA 30384-4796

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$72,233.60

---

**3.22**

**Nonpriority creditor's name and mailing address**
49 EAST 79TH STREET CORP
JAMES GOODWIN, PRESIDENT
39 EAST 79TH ST
NEW YORK, NY 10021

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$143,551.97

---

**3.23**

**Nonpriority creditor's name and mailing address**
4919 MAYFLOWER CAPE COD LLC
14174 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,551.60

---

**3.24**

**Nonpriority creditor's name and mailing address**
50 HUDSON LLC
14 MURRAY ST, STE 281
NEW YORK, NY 10007

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,464.76

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

55 WATER LLC
55 WATER ST
BROOKLYN, NY 11201

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$62,214.74

**3.26** Nonpriority creditor's name and mailing address

730 CORP
ATTN: LYLE STERN
1665 WASHINGTON AVE, PENTHOUSE
MIAMI BEACH, FL 33139

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$138,423.92

**3.27** Nonpriority creditor's name and mailing address

7607 WOODLAND HILLS MALL LLC
7693 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,280.80

**3.28** Nonpriority creditor's name and mailing address

900 NORTH MICHIGAN LLC
1680 PAYSPHERE CIR
CHICAGO, IL 60674

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$233,483.54

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $261,245.30
932 N RUSH LLC
710 W OAKDALE AVE 1A
CHICAGO, IL 60657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $433.63
A B C PACKAGING MACHINE CORP
811 LIVE OAK ST
TARPON SPRINGS, FL 34689-4199

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,375.00
A PEAGREEN COMPANY LIMITED
10 SAINT CLEMENT ST
WINCHESTER HAMPSHIRE S0239H, SO23 9HH
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,666.15
A V THOMAS LEATHER AND ALLIED
SDF PHASE III BLOCK 1,2,3 & 4
SEZ MEPZ TAMBARAM CHENNAI, 600045
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,190.08
A- AMERICAN ELECTRIC INC
25 SHEEHAN RD
FLETCHER, NC 28732

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $518,950.10
A/R RETAIL LLC
P.O. BOX 200952
PITTSBURGH, PA 15251-0952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,678.00
ABC CARPET CO INC
888 BROADWAY
NEW YORK, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,829.00
ABINGTON TOWNSHIP TAX COLLECTOR
1176 OLD YORK RD
ABINGTON, PA 19001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**     Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.37**

**Nonpriority creditor's name and mailing address**
ABM BUILDING SERVICES LLC
P.O. BOX 419860
BOSTON, MA 02241-9860

**As of the petition filing date, the claim is:**      $51,388.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
ABM INDUSTRY GROUPS INC
P.O. BOX 419860
BOSTON, MA 02241-9860

**As of the petition filing date, the claim is:**      $11,848.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
ABQ UPTOWN LLC
7065 SOLUTION CENTER
CHICAGO, IL 60677-7000

**As of the petition filing date, the claim is:**      $41,715.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
ABRAHAM MOON & SONS LTD
NETHERFIELD MILLS
GUISELEY LEEDS, LS20 9PA
UNITED KINGDOM

**As of the petition filing date, the claim is:**      $5,850.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.41** **Nonpriority creditor's name and mailing address**
ACADIA REALTY LTD PARTNERSHIP
P.O. BOX 415980
PROPERTY 0238
BOSTON, MA 02241-5980

As of the petition filing date, the claim is:    $44,235.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    REAL ESTATE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**
ACCRUENT
P.O. BOX 123636
DALLAS, TX 75312-3636

As of the petition filing date, the claim is:    $27,407.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    OTHER TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.43** **Nonpriority creditor's name and mailing address**
ACCUTECH PACKAGING INC
P.O. BOX 473
ROCKLAND, MA 02370-0473

As of the petition filing date, the claim is:    $79,123.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    OTHER TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

**3.44** **Nonpriority creditor's name and mailing address**
ACE HARDWARE
2200 KENSINGTON CT
OAK BROOK, IL 60523-2100

As of the petition filing date, the claim is:    $131.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    OTHER TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.45**   **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $24,339.83
ACL SERVICES LTD
P.O. BOX 55950
BOSTON, MA 02205-5950

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46**   **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $1,750.00
ADAM PAUL GONON

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47**   **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $1,325,162.08
ADDMERIT INTERNATIONAL LIMITED
489-491 CASTLE PEAK RD KOWLOON
HONG KONG,
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.48**   **Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                $75,442.45
ADECCO EMPLOYMENT SERVICES
P.O. BOX 7777-W501845
PHILADELPHIA, PA 19175

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.49**  **Nonpriority creditor's name and mailing address**

ADELE'S KIDS MODEL MANAGEMENT
33 RUPERT AVE
STATEN ISLAND, NY 10314

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

---

**3.50**  **Nonpriority creditor's name and mailing address**

ADIDAS SALES INC
DEPT CH 19361
PALATINE, IL 60055-9405

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$628,510.43

---

**3.51**  **Nonpriority creditor's name and mailing address**

ADITY DESIGNS PVT LTD
71 SEA VIEW TERRACE
MUMBAI, 400005
INDIA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$625.00

---

**3.52**  **Nonpriority creditor's name and mailing address**

ADMIRAL COURIER SERVICES INC
3 WEST 30TH ST, 3RD FL, STE 4
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,049.60

---

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.53**  **Nonpriority creditor's name and mailing address**
ADOBE SYSTEMS INC
29322 NETWORK PL
CHICAGO, IL 60673-1293

**As of the petition filing date, the claim is:**                        $604,667.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.54**  **Nonpriority creditor's name and mailing address**
ADRISTE (HONG KONG) LTD
519 EIGHT AVE, 21ST FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                        $186.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55**  **Nonpriority creditor's name and mailing address**
AEONIAN PARTNERS LP
P.O. BOX 640
SAN RAMON, CA 94583

**As of the petition filing date, the claim is:**                        $7,054.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.56**  **Nonpriority creditor's name and mailing address**
AER DESIGNS LLC
4005 WHIPPLE RD
UNION CITY, CA 94587

**As of the petition filing date, the claim is:**                        $1,029.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.57** | Nonpriority creditor's name and mailing address
AGILITY RECOVERY USA INC
2101 REXFORD RD, STE 350E
CHARLOTTE, NC 28211-3493

**As of the petition filing date, the claim is:**    $5,925.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address
AGILONE INC

**As of the petition filing date, the claim is:**    $106,153.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address
AHC WASHTENAW LLC
P.O. BOX 932716
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**    $34,764.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address
AHMED KAMAL
C/O FRANK LLP
ATTN: MARVIN L FRANK
370 LEXINGTON AVE
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**    Unknown
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**
1/9/2015

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**                                      Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

**3.61**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.82 |
| --- | --- | --- |
| AIR PARK INTERNATIONAL LTD<br>NO 97 FU KONG ST<br>SHIH LIN ZONE<br>TAIPEI,<br>TAIWAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,500.00 |
| --- | --- | --- |
| AIRE LLC<br>225 RECTOR PL 16D<br>NEW YORK, NY 10280 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.63**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $475,103.35 |
| --- | --- | --- |
| AK SOURCING LIMITED<br>64 HOI YUEN RD<br>KWUN TONG, KLN<br>HONG KONG | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $267,408.87 |
| --- | --- | --- |
| AKAMAI TECHNOLOGIES INC<br>P.O. BOX 26590<br>NEW YORK, NY 10087-6590 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

**3.65**   **Nonpriority creditor's name and mailing address**   $65,067.65

ALBINA MANAGEMENT COMPANY
755 LINDA VISTA AVE
PASADENA, CA 91103

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66**   **Nonpriority creditor's name and mailing address**   $1,500.00

ALBION THORNE LLC
86 KENMARE ST 12
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67**   **Nonpriority creditor's name and mailing address**   $14,112.00

ALDEN SHOE COMPANY INC
1 TAUNTON ST
MIDDLETON, MA 02346

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68**   **Nonpriority creditor's name and mailing address**   $1,512.50

ALEXANDER ADAMOV
560 WEST 43RD ST, APT 28A
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.69**

**Nonpriority creditor's name and mailing address**

ALFA-FI MANIFATTURA SRL
VIA DELLA QUERCE 23
CAPALLE, FI 50010
ITALY

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

MERCHANDISE VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

$4,831.50

---

**3.70**

**Nonpriority creditor's name and mailing address**

ALICE + WHITTLES
50 WELLINGTON ST EAST, UNIT 400
TORONTO, ON M5E 1C8
CANADA

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OTHER TRADE

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,759.00

---

**3.71**

**Nonpriority creditor's name and mailing address**

ALL THAT SHE WANTS LLC
194 ELIZABETH ST, 2ND FL
NEW YORK, NY 10012

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

MERCHANDISE VENDOR

**Is the claim subject to offset?**

☑ No
☐ Yes

$5,222.35

---

**3.72**

**Nonpriority creditor's name and mailing address**

ALLIED SECURITY SYSTEMS INC
20642 TIMBERLAKE RD
LYNCHBURG, VA 24502-5522

**Date or dates debt was incurred**

Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

OTHER TRADE

**Is the claim subject to offset?**

☑ No
☐ Yes

$766.80

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.73**

**Nonpriority creditor's name and mailing address**
ALLURE SOURCING LTD
ROAD 48 GULSHAN 2
DHAKA, 1212
BANGLADESH

**As of the petition filing date, the claim is:**    $358,338.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.74**

**Nonpriority creditor's name and mailing address**
ALPHA INDUSTRIES INC
14200 PARK MEADOW DR, STE 110S
CHANTILLY, VA 20151

**As of the petition filing date, the claim is:**    $2,125.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75**

**Nonpriority creditor's name and mailing address**
ALSTON & BIRD LLP
P.O. BOX 933124
ATLANTA, GA 31193-3124

**As of the petition filing date, the claim is:**    $3,759.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76**

**Nonpriority creditor's name and mailing address**
ALTERATION CONCEPT INC
129 PERRY ST, FL CELLAR
NEW YORK, NY 10014

**As of the petition filing date, the claim is:**    $35,753.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.77** | **Nonpriority creditor's name and mailing address**
ALTERED AGENCY
17 W 54TH ST 11C
NEW YORK, NY 10019

As of the petition filing date, the claim is:    $13,500.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**
ALVAREZ & MARSAL
600 MADISON AVE 8TH FL
NEW YORK, NY 10022

As of the petition filing date, the claim is:    $815,169.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**
AMAZON COM LLC
1516 2ND AVE, 4TH FL
SEATTLE, WA 98101

As of the petition filing date, the claim is:    $4,132.58

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**
AMAZON SERVICES LLC
410 TERRY AVE
SEATTLE, WA 98109

As of the petition filing date, the claim is:    $16,838.97

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    21 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.81** Nonpriority creditor's name and mailing address
AMBASSADOR CROSSING LLC
2415 W ALABAMA ST, STE 205
HOUSTON, TX 77098

As of the petition filing date, the claim is:    $36,861.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.82** Nonpriority creditor's name and mailing address
AMERICA PAINTING LLC
41 ENGLE ST
CRESSKILL, NJ 07626-2222

As of the petition filing date, the claim is:    $8,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83** Nonpriority creditor's name and mailing address
AMERICAN ACCESSORIES INC
11100 HOPE ST
CYPRESS, CA 90630

As of the petition filing date, the claim is:    $423.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.84** Nonpriority creditor's name and mailing address
AMERICAN ALTERNATIVE INSURANCE CORP

As of the petition filing date, the claim is:    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name     **J. Crew Operating Corp.**     Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.85**

**Nonpriority creditor's name and mailing address**
AMERICAN ASSETS TRUST LP
11455 EL CAMINO REAL, STE 200
SAN DIEGO, CA 92130

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,521.05

---

**3.86**

**Nonpriority creditor's name and mailing address**
AMERICAN CHRISTMAS
30 WARREN PL
MOUNT VERNON, NY 10550

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,936.10

---

**3.87**

**Nonpriority creditor's name and mailing address**
AMERICAN DRY CLEANERS
1928 JERICHO TURNPIKE
EAST NORTHPORT, NY 11731

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$329.00

---

**3.88**

**Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS
P.O. BOX 53888
PHOENIX, AZ 85072-3888

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$618,830.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.89**

**Nonpriority creditor's name and mailing address**
AMERICAN EXPRESS GIFT CARD
P.O. BOX 360001
FORT LAUDERDALE, FL 33336-0001

**As of the petition filing date, the claim is:**    $449,962.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.90**

**Nonpriority creditor's name and mailing address**
AMERICAN STOCK TRANSFER & TRUST
59 MAIDEN LN PLZ LEVEL
NEW YORK, NY 10038-4502

**As of the petition filing date, the claim is:**    $6,771.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.91**

**Nonpriority creditor's name and mailing address**
AMERICAS' SAP USERS' GROUP
P.O. BOX 4248
HOUSTON, TX 77210-4248

**As of the petition filing date, the claim is:**    $3,625.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.92**

**Nonpriority creditor's name and mailing address**
AMERISHOP SUBURBAN L.P.
P.O. BOX 62045
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**    $40,330.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.93**    **Nonpriority creditor's name and mailing address**

ANALYSIS GROUP INC
111 HUNTINGTON AVE, 14TH FL
BOSTON, MA 02199

**As of the petition filing date, the claim is:**    $177,985.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94**    **Nonpriority creditor's name and mailing address**

ANCHAL PROJECT
2500 MONTGOMERY ST 10
LOUISVILLE, KY 40212

**As of the petition filing date, the claim is:**    $1,201.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95**    **Nonpriority creditor's name and mailing address**

AND AGENCY LLC
100 W RANDOLPH ST
CHICAGO, IL 60001

**As of the petition filing date, the claim is:**    $168,082.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96**    **Nonpriority creditor's name and mailing address**

ANDERSEN TAX LLC
BOX 200988
PITTSBURGH, PA 15251-0988

**As of the petition filing date, the claim is:**    $50,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.97**

**Nonpriority creditor's name and mailing address**

ANITAS TEXTILES LTD
8 KWAI ON RD
KWAI CHUNG, NT
HONG KONG

**As of the petition filing date, the claim is:**    $4,323.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98**

**Nonpriority creditor's name and mailing address**

ANNJOY IMPORTS LLC
6333 EAST CHUPAROSA DR
SCOTTSDALE, AZ 85266

**As of the petition filing date, the claim is:**    $180,667.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99**

**Nonpriority creditor's name and mailing address**

ANONA STUDIO LLC
P.O. BOX 137
ERWINNA, PA 18920

**As of the petition filing date, the claim is:**    $1,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100**

**Nonpriority creditor's name and mailing address**

ANTONIO DEMASI
39 MORSE ST
NATICK, MA 01760

**As of the petition filing date, the claim is:**    $659.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

---

**3.101**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $23,390.06
AP EDGEHILL VILLAGE LLC
P.O. BOX 530052
DEPT 1031
ATLANTA, GA 30353-0052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    REAL ESTATE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $112,304.00
AP NEWBURY STREET REIT LLC
P.O. BOX 412314
BOSTON, MA 02241-2314

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    REAL ESTATE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $5,731.00
APIECE APART LLC
164 WEST 25TH ST, 5TH FL
NEW YORK, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    MERCHANDISE VENDOR

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $3,360.00
APM TERMINALS ELIZABETH
5080 MCLESTER ST
ELIZABETH, NJ 07201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    **Basis for the claim:**
Unknown    OTHER TRADE

**Last 4 digits of account number**    **Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.105**

**Nonpriority creditor's name and mailing address**
APOLIS HOLDINGS LLC
826 E THIRD ST
LOS ANGELES, CA 90013

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$770.63

---

**3.106**

**Nonpriority creditor's name and mailing address**
APPAREL GROUP AMERICA
250 BELMONT AVE
HALEDON, NJ 07508

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.107**

**Nonpriority creditor's name and mailing address**
APPLIED INDUSTRIAL
P.O. BOX 6339
CLEVELAND, OH 44101-1339

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,253.68

---

**3.108**

**Nonpriority creditor's name and mailing address**
APPLY STUDIO
156 N 4TH ST, APT 6
BROOKLYN, NY 11211

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,670.00

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.109**

**Nonpriority creditor's name and mailing address**
APPRISS RETAIL
P.O. BOX 639754
CINCINATTI, OH 45263

**As of the petition filing date, the claim is:**   $45,932.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
APTOS INC
P.O. BOX 417411
BOSTON, MA 02241-7411

**As of the petition filing date, the claim is:**   $1,736.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
AQUARELLE CLOTHING LIMITED
BOUNDARY RD
QUATRE BORNES,
MAURITIUS

**As of the petition filing date, the claim is:**   $7,093,769.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112**

**Nonpriority creditor's name and mailing address**
ARAKS INC
137 GRAND ST, 5TH FL
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**   $1,197.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**     Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.113** | **Nonpriority creditor's name and mailing address**
ARARAT SPRINGS INC
84C MAIN ST
SOUTHAMPTON, NY 11968

As of the petition filing date, the claim is:     $25,833.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address**
ARC3 GASES
P.O. BOX 26269
RICHMOND, VA 23260-6269

As of the petition filing date, the claim is:     $49.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address**
ARCHE ADVISORS
1659 W CHATEAU CIR
ST GEORGE, UT 84770

As of the petition filing date, the claim is:     $22,479.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address**
ARDEN FAIR ASSOCIATES LP
P.O. BOX 849473
LOS ANGELES, CA 90084-9473

As of the petition filing date, the claim is:     $76,786.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.117**  **Nonpriority creditor's name and mailing address**
ARIAN CAMILLERI PHOTOGRAPHY INC
449 TROUTMAN ST, APT 3-1
BROOKLYN, NY 11237

**As of the petition filing date, the claim is:**    $4,225.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118**  **Nonpriority creditor's name and mailing address**
ARIANA BOHLING LLC
262 TAAFFE PL 312
BROOKLYN, NY 11205

**As of the petition filing date, the claim is:**    $1,803.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119**  **Nonpriority creditor's name and mailing address**
ARSENAL COMMUNICATIONS INC
275 W 39TH ST, 3RD FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $167,029.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120**  **Nonpriority creditor's name and mailing address**
ART & STYLE NYC LLC
48 W 21ST ST, 12TH FL
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**    $3,960.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **J. Crew Operating Corp.**                                   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.121** **Nonpriority creditor's name and mailing address**
ART DEPT
71 WEST 23RD ST, STE 302
NEW YORK, NY 10010

**As of the petition filing date, the claim is:** $54,621.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**
ARTEMIS DESIGN CO LLC
28 LOUDERS LN
JAMAICA PLAIN, MA 02130

**As of the petition filing date, the claim is:** $6,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**
ARTS AND LETTERS
130 WEST 37TH ST, 3RD FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:** $2,626.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**
ARTSONG STUDIO INC
264 W 40TH ST 402
NEW YORK, NY 10018

**As of the petition filing date, the claim is:** $10,275.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name  **J. Crew Operating Corp.**  Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.125** | **Nonpriority creditor's name and mailing address**
ARUNDEL MILLS LTD PARTNERSHIP
P.O. BOX 406130
ATLANTA, GA 30384-6130

**As of the petition filing date, the claim is:** | $65,051.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address**
ARVIND LIMITED
ELECTROMIC CITY PHASE 1
BANGALORE, 10 560100
INDIA

**As of the petition filing date, the claim is:** | $1,198,385.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address**
ASHEVILLE AREA OF CHAMBER OF
POBOX 1010
ASHEVILLE, NC 28802

**As of the petition filing date, the claim is:** | $1,150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address**
ASHEVILLE RETAIL ASSOCIATES LLC
NEW ENGLAND DEVELOPMENT
ATTN: KELLY HART
BOSTON, MA 02116

**As of the petition filing date, the claim is:** | $36,876.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.129**

**Nonpriority creditor's name and mailing address**
ASHLEE MARGOLIS INC
9294 CIVIC CENTER DR
BEVERLY HILLS, CA 90210

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$76,258.67

---

**3.130**

**Nonpriority creditor's name and mailing address**
ASHLEY DINGESS

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.131**

**Nonpriority creditor's name and mailing address**
ASPERA TECHNOLOGIES INC
119 BRAINTREE ST, STE 602
BOSTON, MA 02134

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.132**

**Nonpriority creditor's name and mailing address**
ASSAB (XIAMEN) INDUSTRIAL CO LTD
NO 448 HENG TIAN RD
JIMEL DISTRICT XIAMEN CITY, 150
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$749.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | **Amount of claim** |
|---|---|---|

---

**3.133** | **Nonpriority creditor's name and mailing address**
ASSET STRATEGIES GROUP LLC
501 W SCHROCK RD, STE 201
WESTERVILLE, OH 43081

**As of the petition filing date, the claim is:**    **$10,481.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**
AT&T
7872 COLLECTION CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    **$710,440.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**
ATADAN TEKSTIL SAN TIC AS
DOSAB M KARAER CD NO 45
BURSA, 16250
TURKEY

**As of the petition filing date, the claim is:**    **$1,736.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**
ATELIER PAULIN
23 8TH AVE
NEW YORK, NY 10014

**As of the petition filing date, the claim is:**    **$1,690.11**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.137**

**Nonpriority creditor's name and mailing address**
ATLANTA OUTLET SHOPPES LLC
P.O. BOX 809324
CHICAGO, IL 60680-9324

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,135.82

---

**3.138**

**Nonpriority creditor's name and mailing address**
ATLANTIC CITY ASSOCIATES 2 S1 LLC
P.O. BOX 417344
BOSTON, MA 02241-7344

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,479.61

---

**3.139**

**Nonpriority creditor's name and mailing address**
ATLANTIC CORP OF WILMINGTON INC
P.O. BOX 60002
CHARLOTTE, NC 28260

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,024.18

---

**3.140**

**Nonpriority creditor's name and mailing address**
ATLANTIC FOLK
THE CHURCHYARD LONG SUTTON
SPALDING LINCS, PE12 JH
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,538.50

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.141**  **Nonpriority creditor's name and mailing address**

ATLANTICOM SYSTEMS
2140 HIGHWAY 88 EAST
BRICK, NJ 08724

**As of the petition filing date, the claim is:**    $85,129.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.142**  **Nonpriority creditor's name and mailing address**

ATLAS COPCO COMPRESSORS LLC
DEPT CH 19511
PALATINE, IL 60055-9511

**As of the petition filing date, the claim is:**    $19,582.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.143**  **Nonpriority creditor's name and mailing address**

ATTN: INC
5700 WILSHIRE BLVD, STE 375
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**    $2,500.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.144**  **Nonpriority creditor's name and mailing address**

AUSTIN BULLDOG RESCUE
1801 EAST 51ST ST, STE 365 110
AUSTIN, TX 78723

**As of the petition filing date, the claim is:**    $631.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<b>Amount of claim</b>

**3.145**  **Nonpriority creditor's name and mailing address**
AUTOMATED MAILING SYSTEMS INC
P.O. BOX 12246
ROANOKE, VA 24024

**As of the petition filing date, the claim is:**       $1,189.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146**  **Nonpriority creditor's name and mailing address**
AUTOMATIC DATA PROCESSING
P.O. BOX 7247-0372
PHILADELPHIA, PA 19170

**As of the petition filing date, the claim is:**       $151,585.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147**  **Nonpriority creditor's name and mailing address**
AVENTURA MALL VENTURE
P.O. BOX 865006
ORLANDO, FL 32886-5006

**As of the petition filing date, the claim is:**       $446,164.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148**  **Nonpriority creditor's name and mailing address**
AXIOM GLOBAL INC
P.O. BOX 8439
PASADENA, CA 91109-8439

**As of the petition filing date, the claim is:**       $84,975.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.149**   **Nonpriority creditor's name and mailing address**

AXITY LLC
311 W 43RD ST, 12TH FL
NEW YORK, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $113,566.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150**   **Nonpriority creditor's name and mailing address**

AYIMA INCORPORATED
270 LAFAYETTE ST, STE 1406
NEW YORK, NY 10012

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $80,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151**   **Nonpriority creditor's name and mailing address**

AZTEC RENTAL CENTER
2022 LAKESIDE DR
LYNCHBURG, VA 24501

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $2,701.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152**   **Nonpriority creditor's name and mailing address**

AZUMA CREATIVE
550 GRAND ST 3S
BROOKLYN, NY 11211

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $508.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.153**    **Nonpriority creditor's name and mailing address**    $150.50

B&ME NYC
47 CLAY ST
FAIR HAVEN, NJ 07704

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154**    **Nonpriority creditor's name and mailing address**    $763.16

B&W TRAILER RENTAL
609 WOODY DR
GRAHAM, NC 27253

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155**    **Nonpriority creditor's name and mailing address**    $1,013.02

BABIATORS LLC
675 N HIGHLAND AVE 700
ATLANTA, GA 30306

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156**    **Nonpriority creditor's name and mailing address**    $1,900.00

BACKGRID LONDON LTD

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    40 of 427

Debtor Name    **J. Crew Operating Corp.**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.157** **Nonpriority creditor's name and mailing address**
BAESMAN GROUP INC
4477 REYNOLDS DR
HILLIARD, OH 43026

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$9,296.27

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**
BAIRD MCNUTT
104 WEST 40TH ST, 15TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$420.37

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**
BAKER & MCKENZIE
100 NEW BRIDGE ST
LONDON, EC4V6JA
UNITED KINGDOM

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$771.19

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** **Nonpriority creditor's name and mailing address**
BALLISTIC BRANDING
P.O. BOX 890367
OKLAHOMA CITY, OK 73189

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$384.93

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.161** **Nonpriority creditor's name and mailing address**

BANJANAN INC
124 MONTICELLO AVE
JERSEY CITY, NJ 07304

**As of the petition filing date, the claim is:** $1,083.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.162** **Nonpriority creditor's name and mailing address**

BANK OF AMERICA EPAY
E-PAYABLES
100 N TRYON ST
CHARLOTTE, NC 28255

**As of the petition filing date, the claim is:** $1,175,597.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

BARBOUR INC
55 MEADOWBROOK DR
MILFORD, NH 03055

**As of the petition filing date, the claim is:** $5,943.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

BARTLETT DAIRY INC
90-04 161ST ST, STE 609
JAMAICA, NY 11432

**As of the petition filing date, the claim is:** $6,923.07

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**                                          Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,480.00 |

BATHER
365 DUNDAS ST EAST, STE 217
TORONTO, ON M5A 4R9
CANADA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,037.79 |

BAY STATE ELEVATOR CO
P.O. BOX 5
DALTON, MA 01227-0005

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,733.94 |

BAYER RETAIL COMPANY IV LLC
P.O. BOX 2172
MEMPHIS, TN 38101-7500

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $113,925.00 |

BAZAARVOICE INC
3900 N CAPITAL OF TX HWY 300
AUSTIN, TX 78746

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.169**    **Nonpriority creditor's name and mailing address**      **$748,439.16**

BBASE IDG LIMITED
56-60 WONG CHUK HANG RD
WONG CHUK HANG,
HONG KONG

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170**    **Nonpriority creditor's name and mailing address**      **$26,600.00**

BEE LINE TRANSPORT INC
155 AIRPARK DR
LYNCHBURG, VA 24502

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171**    **Nonpriority creditor's name and mailing address**      **$4,488.78**

BEET WORLD LLC
137 11TH AVE
KIRKLAND, WA 98033

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172**    **Nonpriority creditor's name and mailing address**      **$138,805.92**

BELLEVUE SQUARE ASSOCIATION INC
575 BELLEVUE SQ ATTN A/R DEPT
BELLEVUE, WA 98004

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.173** | **Nonpriority creditor's name and mailing address**
BEMBIEN LLC
35 NOBLE ST
BROOKLYN, NY 11222

As of the petition filing date, the claim is:    $11,749.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address**
BENH PHAM
10610 LANSHIRE DR, UNIT A
AUSTIN, TX 78758

As of the petition filing date, the claim is:    $3,545.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**
BENSIMON MODELS AND TALENT LLC
11665 AVENA PL 205
SAN DIEGO, CA 92128

As of the petition filing date, the claim is:    $3,713.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**
BERNSTEIN & ANDRIULLI INC
190 BOWERY
NEW YORK, NY 10012

As of the petition filing date, the claim is:    $19,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                                          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|   |   | Amount of claim |
|---|---|---|

**3.177**  **Nonpriority creditor's name and mailing address**

BESTIE DRESSED
2001 OAK DR
MUSCLE SHOALS, AL 35661

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,500.00

---

**3.178**  **Nonpriority creditor's name and mailing address**

BESWELL CO LTD
713 SUSEO HYUNDAI VENTURE VILLE
GANGNAM-GU SEOUL, 06349
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,390.00

---

**3.179**  **Nonpriority creditor's name and mailing address**

BETTY NYC LLC
181 MOTT ST, GROUND FL
NEW YORK, NY 10012

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,825.00

---

**3.180**  **Nonpriority creditor's name and mailing address**

BEUMER CORP
800 APGAR DR
SOMERSET, NJ 08873

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,096.09

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.181**

**Nonpriority creditor's name and mailing address**
BEYOND YOGA
11248 PLAYA CT, STE A
CULVER CITY, CA 90230

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,412.54

---

**3.182**

**Nonpriority creditor's name and mailing address**
BICOASTAL MGMT
446 E 86TH ST, STE 4F
NEW YORK, NY 10028

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$540.00

---

**3.183**

**Nonpriority creditor's name and mailing address**
BILTMORE SHOPPING CENTER
P.O. BOX 31001-2178
PASADENA, CA 91110-2178

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,755.12

---

**3.184**

**Nonpriority creditor's name and mailing address**
BIRDS OF OHIO INC
249 EMERSON AVE, STE C
ORANGE, CA 92865

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,600.00

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        47 of 427

Debtor Name   **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.185** | **Nonpriority creditor's name and mailing address**
BJW REALTY LLC
680 FIFTH AVE, 23RD FL
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**          $268,577.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**
BLACKBAUD INC

**As of the petition filing date, the claim is:**          $15,041.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address**
BLACKHAWK NETWORK INC
P.O. BOX 932859
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**          $9,066.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address**
BLC LEATHER TECHNOLOGY CENTRE
KINGS PARK RD
NORTHAMPTON, NN3 6JD
UNITED KINGDOM

**As of the petition filing date, the claim is:**          $2,860.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

|  | **Amount of claim** |

**3.189**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $447.96

BLOSSOM INDUSTRIES INC
262 WEST 38TH ST, STE 603
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $12,604.30

BLUE DOT SAFES CORP
2707 N GAREY AVE
POMONA, CA 91767

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $445.76

BLUE MOON WATER
2002 RIVERSIDE DR 42-F
ASHEVILLE, NC 28804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $7,715.00

BLUE PRINT DENIM WASHHOUSE INC

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.193**    **Nonpriority creditor's name and mailing address**
BLUECORE INC
P.O. BOX 392166
PITTSBURGH, PA 15251-9166

As of the petition filing date, the claim is:    $138,271.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.194**    **Nonpriority creditor's name and mailing address**
BMG RIGHTS MANAGEMENT US LLC
1 PARK AVE, 18TH FL
NEW YORK, NY 10016

As of the petition filing date, the claim is:    $2,200.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.195**    **Nonpriority creditor's name and mailing address**
BMG SERVICES
545 WINFIELD BLVD SE
CONCORD, NC 28025

As of the petition filing date, the claim is:    $552.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.196**    **Nonpriority creditor's name and mailing address**
BMS CATASTROPHE INC
5718 AIRPORT FREEWAY
HALTOM CITY, TX 76117-6005

As of the petition filing date, the claim is:    $1,044.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.197**  **Nonpriority creditor's name and mailing address**
BNY MELLON
P.O. BOX 223457
PITTSBURGH, PA 15251-2457

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,067,081.40

---

**3.198**  **Nonpriority creditor's name and mailing address**
BOARD OF EDUCATION CITY SCHOOL
131 WEST BROAD ST
ROCHESTER, NY 14614

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$604.00

---

**3.199**  **Nonpriority creditor's name and mailing address**
BOCCE'S BAKERY LLC
4014 1ST AVE
BROOKLYN, NY 11232

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$41.10

---

**3.200**  **Nonpriority creditor's name and mailing address**
BOHRENS MOVING & STORAGE INC
3 APPLEGATE DR SOUTH
ROBBINSVILLE, NJ 08691

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,087.90

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.201**    **Nonpriority creditor's name and mailing address**
BOKK BOX LLC
230 E FLORIDA AVE
DENVER, CO 80210

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$543.74

**3.202**    **Nonpriority creditor's name and mailing address**
BORN TO RAMBLE TOURS LLC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,000.00

**3.203**    **Nonpriority creditor's name and mailing address**
BORTSTEIN LEGAL LLC
1500 BROADWAY, STE 2003
NEW YORK, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$5,267.50

**3.204**    **Nonpriority creditor's name and mailing address**
BOSTON BARRICADE COMPANY INC
1151 19TH ST
VERO BEACH, FL 32960

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$5,266.30

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

| | | **Amount of claim** |
|---|---|---|

**3.205**

**Nonpriority creditor's name and mailing address**
BOSTON PROPERTIES LIMITED
P.O. BOX 3557
BOSTON, MA 02241-3557

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$151,130.00

---

**3.206**

**Nonpriority creditor's name and mailing address**
BOSTON PROPERTIES LP
P.O. BOX 3557
BOSTON, MA 02241-3557

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,552.33

---

**3.207**

**Nonpriority creditor's name and mailing address**
BOULDER CREST RETREAT FOUNDATION
P.O. BOX 117
BLUEMONT, VA 20135

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$683.00

---

**3.208**

**Nonpriority creditor's name and mailing address**
BOW INDUSTRIAL CORP
94-5 KARAK DONG SONGPA KU
SEOUL, 138-160
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,244.97

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.209** **Nonpriority creditor's name and mailing address**
BOW STREET REALTY LLC
241 US ROUTE 1
SCARBOROUGH, ME 04074

**As of the petition filing date, the claim is:**    $93,933.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** **Nonpriority creditor's name and mailing address**
BOWMAN HOLLIS MFG INC
P.O. BOX 19249
CHARLOTTE, NC 28219

**As of the petition filing date, the claim is:**    $1,065.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211** **Nonpriority creditor's name and mailing address**
BOWMAN MTP CENTER LLC
P.O. BOX 4110
WOBURN, MA 01888-4110

**As of the petition filing date, the claim is:**    $36,889.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212** **Nonpriority creditor's name and mailing address**
BPP EAST UNION LLC
P.O. BOX 27324
SAN DIEGO, CA 92198-1324

**As of the petition filing date, the claim is:**    $204,272.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.213** | **Nonpriority creditor's name and mailing address**
BRADLEE INTERNATIONAL LTD
250 WEST 40TH ST, 3RD FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $11,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address**
BRAINCHILD & CO INC
160 VARICK ST, 10TH FL, STE 1004
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**    $835.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address**
BRAINTREE PROPERTY ASSOCIATES LP
MS MANAGEMENT ASSOCIATES INC
225 WEST WASHINGTON ST
INDIANAPOLIS, IN 46204

**As of the petition filing date, the claim is:**    $39,249.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address**
BRE RETAIL RESIDUAL OWNER 1 LLC
BRIXMOR PROPERTY GROUP
ATTN: OFFICE OF GENERAL COUNSEL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**    $46,919.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.217**  **Nonpriority creditor's name and mailing address**
BRETON VILLAGE LLC
50 LOUIS ST NW, STE 600
GRAND RAPIDS, MI 49503

**As of the petition filing date, the claim is:**                    $19,843.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.218**  **Nonpriority creditor's name and mailing address**
BRIDGEWATER TOWNSHIP
100 COMMONS WAY
BRIDGEWATER, NJ 08807

**As of the petition filing date, the claim is:**                    $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.219**  **Nonpriority creditor's name and mailing address**
BRIGHT HOUSE NETWORKS LLC
P.O. BOX 7195
PASADENA, CA 91109-7195

**As of the petition filing date, the claim is:**                    $1,335.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.220**  **Nonpriority creditor's name and mailing address**
BRIGHT RIVER USA LLC
P.O. BOX 123567
DALLAS, TX 75312-3567

**As of the petition filing date, the claim is:**                    $7,526.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.221**  **Nonpriority creditor's name and mailing address**
BRIGHTIME INTERNATIONAL LIMITED
161-167 DES VOEUX RD CENTRAL
HONG KONG,
CHINA

**As of the petition filing date, the claim is:**                 $938,925.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.222**  **Nonpriority creditor's name and mailing address**
BRILLIANT GIFTS
44 MONTGOMERY ST, 1ST FL
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**                 $63,256.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223**  **Nonpriority creditor's name and mailing address**
BRIXTON LLC
3821 OCEAN RANCH BLVD
OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**                 $5,754.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224**  **Nonpriority creditor's name and mailing address**
BROADWAY AT YORK SQUARE
677 STATE ST
NEW HAVEN, CT 06511

**As of the petition filing date, the claim is:**                 $247.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.225** | **Nonpriority creditor's name and mailing address**
BRYAN DERBALLA
73 CORNELIA ST, APT 2
BROOKLYN, NY 11221

As of the petition filing date, the claim is:    $5,716.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address**
BRYANT ARTISTS INC
156-158 5R LUDLOW ST
NEW YORK, NY 10002

As of the petition filing date, the claim is:    $4,732.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address**
BTD TEKSTIL
NO 20 DAIRE 1 KAT 1 TESVIKIYE
ISTANBUL,
TURKEY

As of the petition filing date, the claim is:    $7,567.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address**
BULKLEY DUNTON PUBLISHING GROUP
ONE PENN PLZ, STE 2814
NEW YORK, NY 10119

As of the petition filing date, the claim is:    $265,647.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.229**   **Nonpriority creditor's name and mailing address**   $175.00
BUREAU OF FIRE PREVENTION
65 MT HOPE RD
ROCKAWAY, NJ 07866

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown   OTHER TRADE

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

**3.230**   **Nonpriority creditor's name and mailing address**   $1,046.27
BUREAU VERITAS CONSUMER PRODUCTS
NO 168 GUANGHUA RD
SHAHGHAI, 201108
CHINA

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown   MERCHANDISE VENDOR

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

**3.231**   **Nonpriority creditor's name and mailing address**   $40,685.50
BURT RIGID BOX INC
58 BROWNE ST
ONEONTA, NY 13820

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown   OTHER TRADE

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

**3.232**   **Nonpriority creditor's name and mailing address**   $98,492.28
BUSHWOOD TAILORS
17 RICKETSON ST
NEW BEDFORD, MA 02744

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown   OTHER TRADE

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.233**

**Nonpriority creditor's name and mailing address**
BV CENTERCAL LLC
P.O. BOX 4900
UNIT 04
PORTLAND, OR 97208

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,238.58

---

**3.234**

**Nonpriority creditor's name and mailing address**
CAASTLE INC
5 PENN PLZ, 4TH FL
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$95,040.00

---

**3.235**

**Nonpriority creditor's name and mailing address**
CABBAGES AND KINGS
13 COPPER BEECH LN
RIDGEFIELD, CT 06877

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$144.84

---

**3.236**

**Nonpriority creditor's name and mailing address**
CAFISSI SPA
VIA DELLA FATTORIA 4
TAVOLA, PO 59014
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$99.60

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.237** **Nonpriority creditor's name and mailing address**
CAHILL CONSTRUCTION INC
6331 FIESTA DR
COLUMBUS, OH 43235

**As of the petition filing date, the claim is:**     $63,589.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** **Nonpriority creditor's name and mailing address**
CAIT COURNEYA
4567 GAYWOOD DR
MINNETONKA, MN 55345

**As of the petition filing date, the claim is:**     $180.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** **Nonpriority creditor's name and mailing address**
CALIFORNIA TRAVEL AND TOURISM
P.O. BOX 2007
SACRAMENTO, CA 95812-2007

**As of the petition filing date, the claim is:**     $11,762.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** **Nonpriority creditor's name and mailing address**
CAMDENTON R3 SCHOOL DISTRICT

**As of the petition filing date, the claim is:**     $202.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.241**  **Nonpriority creditor's name and mailing address**

CAMPO BEAUTY LLC
120 NEWPORT CENTER DR
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**    $1,580.39

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.242**  **Nonpriority creditor's name and mailing address**

CANEPA SPA
22020 S FERMO DELLA BATTAGLIA
ITALY,
ITALY

**As of the petition filing date, the claim is:**    $948.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243**  **Nonpriority creditor's name and mailing address**

CANINE COMPANIONS FOR
286 MIDDLE ISLAND RD
MEDFORD, NY 11763

**As of the petition filing date, the claim is:**    $390.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244**  **Nonpriority creditor's name and mailing address**

CANON FINANCIAL SERVICES
14904 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0149

**As of the petition filing date, the claim is:**    $91,863.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.245**

**Nonpriority creditor's name and mailing address**
CANTEEN VENDING SERVICES
210 ADAMS BLVD
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**                    $28,033.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.246**

**Nonpriority creditor's name and mailing address**
CAPGEMINI AMERICA INC
012663 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**                    $341,981.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.247**

**Nonpriority creditor's name and mailing address**
CAPITAL MOVING AND STORAGE CO INC
97 BURMA RD
JERSEY CITY, NJ 07305

**As of the petition filing date, the claim is:**                    $18,068.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248**

**Nonpriority creditor's name and mailing address**
CAPTIV 8 INC
102 WEST 38TH ST, 5TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                    $558.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.249** **Nonpriority creditor's name and mailing address**
CARDLYTICS INC
75 REMITTANCE DR DEPT 3247
CHICAGO, IL 60675-3247

**As of the petition filing date, the claim is:**    $41,751.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.250** **Nonpriority creditor's name and mailing address**
CAREER GROUP INC
P.O. BOX 203654
DALLAS, TX 75320-3654

**As of the petition filing date, the claim is:**    $45,862.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.251** **Nonpriority creditor's name and mailing address**
CARLIS CONNER JR
244 WEST 10TH ST 26
NEW YORK, NY 10014

**As of the petition filing date, the claim is:**    $3,998.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.252** **Nonpriority creditor's name and mailing address**
CARLSON JPM STORE FIXTURES
P.O. BOX 1450
MINNEAPOLIS, MN 55485-7334

**As of the petition filing date, the claim is:**    $12,635.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.253**  **Nonpriority creditor's name and mailing address**
CARLSON WAGONLIT TRAVEL INC
P.O. BOX 860044
MINNEAPOLIS, MN 55486-0044

**As of the petition filing date, the claim is:**    $29,277.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254**  **Nonpriority creditor's name and mailing address**
CARLTON GROUP INC
P.O. BOX 1243
CHARLOTTE, NC 28201

**As of the petition filing date, the claim is:**    $3,168.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255**  **Nonpriority creditor's name and mailing address**
CAROLINA CONTAINER COMPANY
ATTN: GENERAL COUNSEL
909 PROSPECT ST
HIGH POINT, NC 27260

**As of the petition filing date, the claim is:**    $238,434.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256**  **Nonpriority creditor's name and mailing address**
CAROLINA HANDLING
P.O. BOX 890352
CHARLOTTE, NC 28289-0352

**As of the petition filing date, the claim is:**    $11,938.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.257** | **Nonpriority creditor's name and mailing address**
CAROLINA INDUSTRIAL PRODUCTS INC
139 INDUSTRIAL DR
LEXINGTON, SC 29072

**As of the petition filing date, the claim is:**    $317.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.258** | **Nonpriority creditor's name and mailing address**
CAROLINA K
7205 NE 4TH AVE, UNIT 102
MIAMI, FL 33138

**As of the petition filing date, the claim is:**    $20,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.259** | **Nonpriority creditor's name and mailing address**
CAROLINA PALLET RECYCLING INC

**As of the petition filing date, the claim is:**    $5,880.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.260** | **Nonpriority creditor's name and mailing address**
CAROLINA PREMIUM OUTLETS LLC
P.O. BOX 822880
PHILADELPHIA, PA 19182

**As of the petition filing date, the claim is:**    $46,913.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.261**

**Nonpriority creditor's name and mailing address**
CARON CALLAHAN
153 ESSEX ST 2B
NEW YORK, NY 10002

**As of the petition filing date, the claim is:**    $3,024.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.262**

**Nonpriority creditor's name and mailing address**
CARREMAN INTERNATIONAL
234 AV GEORGES ALQUIER
LES SALVAGES CASTRES, 81100
FRANCE

**As of the petition filing date, the claim is:**    $846.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263**

**Nonpriority creditor's name and mailing address**
CARTER MACHINERY COMPANY INC
P.O. BOX 751053
CHARLOTTE, NC 28275

**As of the petition filing date, the claim is:**    $1,267.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264**

**Nonpriority creditor's name and mailing address**
CASS INFORMATION SYSTEM INC
13001 HOLLENBERG DR
BRIDGETON, MO 63044

**As of the petition filing date, the claim is:**    $2,853,593.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.265**    **Nonpriority creditor's name and mailing address**
CAST OF STONES
4012 SINOVA ST
LOS ANGELES, CA 90031

**As of the petition filing date, the claim is:**    $394.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266**    **Nonpriority creditor's name and mailing address**
CAUSEWAY LLC
P.O. BOX 54091
NEW ORLEANS, LA 70154-4091

**As of the petition filing date, the claim is:**    $110,375.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.267**    **Nonpriority creditor's name and mailing address**
CAUTIOUS CLAY MUSIC LLC
16000 VENTURA BLVD, STE 600
ENCINO, CA 91436

**As of the petition filing date, the claim is:**    $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268**    **Nonpriority creditor's name and mailing address**
CBL & ASSOCIATES LTD PARTNERSHIP
CBL CENTER, STE 500
CHATTANOOGA, TN 37421

**As of the petition filing date, the claim is:**    $71,042.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.269**  **Nonpriority creditor's name and mailing address**
CBL-SHOPS AT FRIENDLY LLC
P.O. BOX 5598
CAROL STREAM, IL 60197-5598

**As of the petition filing date, the claim is:**    $3,587.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270**  **Nonpriority creditor's name and mailing address**
CBTS LLC
1507 SOLUTIONS CENTER
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**    $340,807.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271**  **Nonpriority creditor's name and mailing address**
CENTEX FABRICS EXPORT UNIT
D 217 FOCAL POINT PHASE 7
LUDHIANA, 19 141010
INDIA

**As of the petition filing date, the claim is:**    $1,029,914.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272**  **Nonpriority creditor's name and mailing address**
CENTRAL PARK CONSERVANCY

**As of the petition filing date, the claim is:**    $439.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.273**

**Nonpriority creditor's name and mailing address**
CENTRAL PARKING
81 SOUTH 9TH ST, STE 445
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**   $450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274**

**Nonpriority creditor's name and mailing address**
CENTURY CITY MALL LLC
7950 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**   $303,237.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275**

**Nonpriority creditor's name and mailing address**
CENTURYLINK
P.O. BOX 96028
CHARLOTTE, NC 28296-0028

**As of the petition filing date, the claim is:**   $3,002.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276**

**Nonpriority creditor's name and mailing address**
CERIDIAN HCM INC
P.O. BOX 772830
CHICAGO, IL 60677-2830

**As of the petition filing date, the claim is:**   $42,330.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.277**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $45,731.70

CH REALTY VII/R NOVA PROMENADE
P.O. BOX 842629
DALLAS, TX 75284-2629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $333.75

CHACO
9341 CTLAND DR NE
ROCKFORD, MI 49351

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.279**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $64,395.00

CHAIN STORE MAINTENANCE INC
P.O. BOX 2008
ATTLEBORO, MA 02703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $45,534.32

CHANGZHOU ZHUOYUAN RUBBER
QIAN HUANG INDUSTRY PARK
CHANG ZHOU, 213172
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    71 of 427

Debtor Name    **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.281**   **Nonpriority creditor's name and mailing address**   $26,189.00

CHARITY GLOBAL INC
40 WORTH ST, STE 330
NEW YORK, NY 10013

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
OTHER TRADE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.282**   **Nonpriority creditor's name and mailing address**   $3,604.50

CHARLES J WAHBA CO INC
9 GEORGETOWN RD
EATONTOWN, NJ 07724

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
MERCHANDISE VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.283**   **Nonpriority creditor's name and mailing address**   $448.21

CHARLESTON SHOE COMPANY LLC
1445 GREENLEAF RD, STE A
CHARLESTON, SC 29405

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
MERCHANDISE VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.284**   **Nonpriority creditor's name and mailing address**   $940.73

CHARLOTTE CAUWE
296 N 7TH ST 3B
BROOKLYN, NY 11211

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
MERCHANDISE VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.285**

**Nonpriority creditor's name and mailing address**
CHARLOTTE OUTLETS LLC
P.O. BOX 826509
PHILADELPHIA, PA 19182-6509

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,147.98

---

**3.286**

**Nonpriority creditor's name and mailing address**
CHARLOTTESVILLE FASHION SQUARE LLC
3339 PAYSPHERE CIR
CHICAGO, IL 60674

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,983.75

---

**3.287**

**Nonpriority creditor's name and mailing address**
CHARTER COMMUNICATIONS
P.O. BOX 94188
PALATINE, IL 60094-4188

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$936.56

---

**3.288**

**Nonpriority creditor's name and mailing address**
CHATEAU ARCHIVES
P.O. BOX 32
HAMPTON FALLS, NH 03844

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,125.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.289** | **Nonpriority creditor's name and mailing address**
CHAYBAN YASMINE TAILORS INC
4727 TRANSIT RD
DEPEW, NY 14043

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$144.00

---

**3.290** | **Nonpriority creditor's name and mailing address**
CHECKPOINT SYSTEMS INC
P.O. BOX 742884
ATLANTA, GA 30374-2884

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$760.93

---

**3.291** | **Nonpriority creditor's name and mailing address**
CHELSEA POCONO FINANCE LLC
P.O. BOX 827653
PHILADELPHIA, PA 19182-7653

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$47,639.26

---

**3.292** | **Nonpriority creditor's name and mailing address**
CHEMICO PROCESSING
A-53 SECTOR 83 PHASE 11
NOIDA
INDIA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,594.50

---

Debtor Name    **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.293** **Nonpriority creditor's name and mailing address**
CHERYL & CO
P.O. BOX 13764
NEWARK, NJ 07188-3764

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,250.21

**3.294** **Nonpriority creditor's name and mailing address**
CHICAGO PREMIUM OUTLETS
P.O. BOX 827894
PHILADELPHIA, PA 19182-7894

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$143,127.08

**3.295** **Nonpriority creditor's name and mailing address**
CHILDREN CHIC INC
12 EAST 88TH ST, APT 5B
NEW YORK, NY 10128

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,341.13

**3.296** **Nonpriority creditor's name and mailing address**
CHIMALA DESIGN INC
224 WEST 35TH ST, STE 609
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,384.00

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.297**   **Nonpriority creditor's name and mailing address**

CHIN HO KNITTING FACTORY LTD
404 KWUN TONG RD KWUN TONG
GUANGDONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**                            $848,373.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298**   **Nonpriority creditor's name and mailing address**

CHINA FAIR CORP LTD
742-748 CHEUNG SHA WAN RD
LAI CHI KOK, KLN
HONG KONG

**As of the petition filing date, the claim is:**                            $76,678.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299**   **Nonpriority creditor's name and mailing address**

CHINA TING GARMENT MFG (GROUP)
55 KING YIP ST
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**                            $6,361,728.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300**   **Nonpriority creditor's name and mailing address**

CHINAMINE TRADING LIMITED
2801- 2811 NO 1 HUNG TO RD
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**                            $2,619,003.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.301** **Nonpriority creditor's name and mailing address**

CHINO DUNHILL INVESTORS LLC
P.O. BOX 51447
AMARILLO, TX 79159

As of the petition filing date, the claim is:                          $38,933.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.302** **Nonpriority creditor's name and mailing address**

CHINOS HOLDINGS INC.
225 LIBERTY ST
NEW YORK, NY 10281

As of the petition filing date, the claim is:                          $47,876,194.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.303** **Nonpriority creditor's name and mailing address**

CHRIS BOALS ARTISTS INC
307 7TH AVE, STE 2207
NEW YORK, NY 10001

As of the petition filing date, the claim is:                          $7,828.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.304** **Nonpriority creditor's name and mailing address**

CHRISTINA NASSO
2 WAKEFIELD RAOD
STATEN ISLAND, NY 10312

As of the petition filing date, the claim is:                          $1,400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.305**

**Nonpriority creditor's name and mailing address**
CHRISTOPHER STEVEN GONZALES

As of the petition filing date, the claim is: $2,000.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.306**

**Nonpriority creditor's name and mailing address**
CINTAS CORP 2
P.O. BOX 633842
CINCINNATI, OH 45263-3842

As of the petition filing date, the claim is: $1,448.94

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.307**

**Nonpriority creditor's name and mailing address**
CINTAS CORP 223
P.O. BOX 729
FLETCHER, NC 28732

As of the petition filing date, the claim is: $57,549.38

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.308**

**Nonpriority creditor's name and mailing address**
CIPHERTECHS INC
90 BROAD ST, 5TH FL
NEW YORK, NY 10004

As of the petition filing date, the claim is: $61,252.90

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name   **J. Crew Operating Corp.**                                   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.309** | **Nonpriority creditor's name and mailing address**
CIRCA 13 LLC

As of the petition filing date, the claim is:                    **$1,333.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**
CIRCA OF AMERICA LLC
1040 CROWN POINTE PKWY, STE 250
ATLANTA, GA 30338

As of the petition filing date, the claim is:                    **$1,524,445.76**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**
CIRCLE VISUAL INC
340 13TH ST
CARLSTADT, NJ 07072

As of the petition filing date, the claim is:                    **$3,789.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address**
CISION US INC
P.O. BOX 417215
BOSTON, MA 02241-7215

As of the petition filing date, the claim is:                    **$21,780.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.313** | **Nonpriority creditor's name and mailing address**
CITY OF AUSTIN
P.O. BOX 684279
AUSTIN, TX 78768-4279

**As of the petition filing date, the claim is:**    $440.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address**
CITY OF BURLINGAME
501 PRIMROSE RD
BURLINGAME, CA 94010

**As of the petition filing date, the claim is:**    $50.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address**
CITY OF CARLSBAD
1635 FARADAY AVE
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**    $690.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address**
CITY OF CHICAGO
121 N LASALLE, RM 107A
CHICAGO, IL 60602-1288

**As of the petition filing date, the claim is:**    $53.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.317** | **Nonpriority creditor's name and mailing address**
CITY OF LYNCHBURG
CITY HALL
LYNCHBURG, VA 24504

As of the petition filing date, the claim is:                                    $123,847.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address**
CITY OF NEW YORK ENVIRONMENTAL
66 JOHN ST, 10TH FL
NEW YORK, NY 10038

As of the petition filing date, the claim is:                                    $30.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address**
CITY OF OSAGE BEACH
1000 CITY PARKWAY
OSAGE BEACH, MO 65065

As of the petition filing date, the claim is:                                    $35.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address**
CITY OF PALO ALTO
P.O. BOX 10250
PALO ALTO, CA 94303

As of the petition filing date, the claim is:                                    $162.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                81 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.321**    **Nonpriority creditor's name and mailing address**
CITY OF SAN JOSE
801 N FIRST ST ROOM 217
SAN JOSE, CA 95110

**As of the petition filing date, the claim is:**    $618.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.322**    **Nonpriority creditor's name and mailing address**
CITY OF SANTA MONICA
1717 4TH ST, STE 250
SANTA MONICA, CA 90401

**As of the petition filing date, the claim is:**    $160.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.323**    **Nonpriority creditor's name and mailing address**
CITY OF TAMPA
P.O. BOX 2200
TAMPA, FL 33602

**As of the petition filing date, the claim is:**    $1,283.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.324**    **Nonpriority creditor's name and mailing address**
CLAIRE SHADOMY
47 MONROE PL 2
ASHEVILLE, NC 28801

**As of the petition filing date, the claim is:**    $261.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.325** **Nonpriority creditor's name and mailing address**
CLARION RETAIL REIT I LLC
2705 BEE CAVE RD, STE 230
AUSTIN, TX 78746

**As of the petition filing date, the claim is:**    $58,324.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.326** **Nonpriority creditor's name and mailing address**
CLARIP INC
1521 CONCORD PIKE STE. 301
WILMINGTON, DE 19803

**As of the petition filing date, the claim is:**    $340,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.327** **Nonpriority creditor's name and mailing address**
CLARKSBURG PREMIUM OUTLETS
P.O. BOX 772986
CHICAGO, IL 60677-0286

**As of the petition filing date, the claim is:**    $63,128.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** **Nonpriority creditor's name and mailing address**
CLEARBRIDGE COMPENSATION GROUP
515 MADISON AVE, 32ND FL
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**    $177,551.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.329**

**Nonpriority creditor's name and mailing address**
CLEARVIEW SECURITIES INC
P.O. BOX 3444
KNOXVILLE, TN 37927

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.00

---

**3.330**

**Nonpriority creditor's name and mailing address**
CLEMENTINE VINTAGE CLOTHING
7 MAIN ST
ANDES, NY 13731

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$220.00

---

**3.331**

**Nonpriority creditor's name and mailing address**
CLIQUE MEDIA INC
DEPT LA 24732
PASADENA, CA 91185-4732

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.332**

**Nonpriority creditor's name and mailing address**
CLM US INC
190 BOWERY
NEW YORK, NY 10012

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,010.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.333** **Nonpriority creditor's name and mailing address**
CLPF CC PAVILION LP
GPO P.O. BOX 30315
NEW YORK, NY 10087-0315

As of the petition filing date, the claim is:    $109,961.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.334** **Nonpriority creditor's name and mailing address**
COACH HOUSE INTERIOR PLANT
2944 N AVERS AVE 2
CHICAGO, IL 60618

As of the petition filing date, the claim is:    $4,346.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.335** **Nonpriority creditor's name and mailing address**
COCOBELLE LLC
1150 SUMMER ST, 1ST FL
STAMFORD, CT 06905

As of the petition filing date, the claim is:    $3,406.22
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.336** **Nonpriority creditor's name and mailing address**
COCONUT POINT TOWN CENTER LLC
P.O. BOX 643902
PITTSBURGH, PA 15264-3902

As of the petition filing date, the claim is:    $22,800.33
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.337** | **Nonpriority creditor's name and mailing address**
COHEN HOCHMAN & ALLEN
75 MAIDEN LN, STE 802
NEW YORK, NY 10038

As of the petition filing date, the claim is:    $840.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**
COLLINS BAND BOOSTERS
P.O. BOX 262
SIMPSONVILLE, KY 40067

As of the petition filing date, the claim is:    $420.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**
COLONY CO

As of the petition filing date, the claim is:    $472.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**
COLONY ELECTRIC CO INC
178 INDUSTRIAL LOOP
STATEN ISLAND, NY 10309

As of the petition filing date, the claim is:    $38,855.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.341** | **Nonpriority creditor's name and mailing address**
COLONY HARDWARE CORP

As of the petition filing date, the claim is:    $128.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342** | **Nonpriority creditor's name and mailing address**
COLOR SOLUTIONS INTERNATIONAL
9844-A SOUTHERN PINE BLVD
CHARLOTTE, NC 28273

As of the petition filing date, the claim is:    $18,376.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**
COLOR-X INC
P.O. BOX 1964
NEW YORK, NY 10156

As of the petition filing date, the claim is:    $1,500,897.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**
COLORADO MILLS MALL LIMITED
P.O. BOX 403087
ATLANTA, GA 30384-3087

As of the petition filing date, the claim is:    $35,272.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    87 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.345**

**Nonpriority creditor's name and mailing address**
COLUMBIA OMNICORP
48 W 37TH ST
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $5,276.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.346**

**Nonpriority creditor's name and mailing address**
COLUMBUS CONSULTING
P.O. BOX 78000
DEPT 781713
DETROIT, MI 48278

**As of the petition filing date, the claim is:**    $253,251.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.347**

**Nonpriority creditor's name and mailing address**
COLUMBUS OUTLETS LLC
P.O. BOX 419369
BOSTON, MA 02241-9369

**As of the petition filing date, the claim is:**    $58,994.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.348**

**Nonpriority creditor's name and mailing address**
COMCAST COMMUNICATIONS
P.O. BOX 70219
PHILADELPHIA, PA 19176

**As of the petition filing date, the claim is:**    $547.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.349**

**Nonpriority creditor's name and mailing address**
COMMERCIAL FIRE INC
2465 ST JOHNS BLUFF RD S
JACKSONVILLE, FL 32246

**As of the petition filing date, the claim is:**    $42,406.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.350**

**Nonpriority creditor's name and mailing address**
COMMISSION JUNCTION LLC
530 EAST MONTECITO ST
SANTA BARBARA, CA 93103

**As of the petition filing date, the claim is:**    $3,172,097.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.351**

**Nonpriority creditor's name and mailing address**
COMMWORLD CENTRAL VIRGINIA
1056 VISTA PARK DR, STE A
FOREST, VA 24551-2761

**As of the petition filing date, the claim is:**    $3,246.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.352**

**Nonpriority creditor's name and mailing address**
COMPUTER SCIENCE CORP
22475 NETWORK PL
CHICAGO, IL 60673-1224

**As of the petition filing date, the claim is:**    $65,312.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.353** **Nonpriority creditor's name and mailing address**
CON LO COMMON LLC
504 NW FEDERAL ST
BEND, OR 97703

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$196.65

---

**3.354** **Nonpriority creditor's name and mailing address**
CONCEPTS DESIGN AGENCY LTD
147 W 35TH ST 301
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,700.00

---

**3.355** **Nonpriority creditor's name and mailing address**
CONCERIA SIRTE SPA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$620.64

---

**3.356** **Nonpriority creditor's name and mailing address**
CONCRETE MEDIA LIMITED
156-176 ST JOHN ST
LONDON, EC1V4DG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,299.82

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.357** **Nonpriority creditor's name and mailing address**
CONCUR TECHNOLOGIES INC
62157 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $23,622.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.358** **Nonpriority creditor's name and mailing address**
CONDE NAST
P.O. BOX 5350
NEW YORK, NY 10087-5350

**As of the petition filing date, the claim is:**    $7,717.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.359** **Nonpriority creditor's name and mailing address**
CONE DENIM JIAXING LIMITED
NO 60 GANGSHAN RD
ZHEJIANG JIAXING, 314003
CHINA

**As of the petition filing date, the claim is:**    $2,164.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.360** **Nonpriority creditor's name and mailing address**
CONN MACIEL CAREY PLLC
5335 WISCONSIN AVE NW, STE 660
WASHINGTON, DC 20015

**As of the petition filing date, the claim is:**    $6,836.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.361**

**Nonpriority creditor's name and mailing address**
CONSOLIDATED CARPET TRADE
455 WASHINGTON AVE
CARLSTADT, NJ 07072

**As of the petition filing date, the claim is:**    $35,160.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.362**

**Nonpriority creditor's name and mailing address**
CONSOLIDATED COMMUNICATIONS
P.O. BOX 66523
SAINT LOUIS, MO 63166-6523

**As of the petition filing date, the claim is:**    $1,495.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.363**

**Nonpriority creditor's name and mailing address**
CONSORZIO NOBILIA
VIA VIACCIA 27
MONTEMURLO, PO 59013
ITALY

**As of the petition filing date, the claim is:**    $1,465.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.364**

**Nonpriority creditor's name and mailing address**
CONSTRUCTION ONE INC
101 EAST TOWN ST, STE 401
COLUMBUS, OH 43215

**As of the petition filing date, the claim is:**    $350,917.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.365**

**Nonpriority creditor's name and mailing address**
CONSUMER WELLNESS SOLUTIONS INC
P.O. BOX 402617
ATLANTA, GA 30384-2617

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$417.00

**3.366**

**Nonpriority creditor's name and mailing address**
CONTROL SOLUTIONS INC
122 W 27TH ST, 5TH FL
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,560.88

**3.367**

**Nonpriority creditor's name and mailing address**
CONVEYCO TECHNOLOGIES INC
47 COMMERCE DR
BRISTOL, CT 06011-1000

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,316.61

**3.368**

**Nonpriority creditor's name and mailing address**
COPESAN SERVICES INC
W175 N5711 TECHNOLOGY DR
MENOMONEE FALLS, WI 53051

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$164.67

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
| --- | --- |

| | **Amount of claim** |
| --- | --- |

**3.369**

**Nonpriority creditor's name and mailing address**
COPLEY PLACE ASSOCIATES LLC
P.O. BOX 644079
PITTSBURGH, PA 15264-4079

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $338,905.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.370**

**Nonpriority creditor's name and mailing address**
COROC/HILTON HEAD I LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $48,185.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.371**

**Nonpriority creditor's name and mailing address**
COROC/LAKES REGION LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $20,994.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.372**

**Nonpriority creditor's name and mailing address**
COROC/MYRTLE BEACH LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**          $28,126.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.373**

**Nonpriority creditor's name and mailing address**
COROC/PARK CITY LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**    $33,855.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.374**

**Nonpriority creditor's name and mailing address**
COROC/REHOBOTH III LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**    $74,033.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375**

**Nonpriority creditor's name and mailing address**
CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADELPHIA, PA 19101-3997

**As of the petition filing date, the claim is:**    $271.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376**

**Nonpriority creditor's name and mailing address**
CORRIDOR CLOTHIERS
141 FLUSHING AVE, STE 1321
NEW YORK, NY 11205

**As of the petition filing date, the claim is:**    $7,667.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

Amount of claim

**3.377** **Nonpriority creditor's name and mailing address**
CORTE MADERA VILLAGE LLC
P.O. BOX 31001-2163
PASADENA, CA 91110-2163

As of the petition filing date, the claim is:    $164,137.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.378** **Nonpriority creditor's name and mailing address**
COSMIC GEAR LTD
STE 812, 8TH FL, YUEN FAT INDUSTRIAL BLDG
25 WANG CHIU RD
KOWLOON BAY, KLN
HONG KONG

As of the petition filing date, the claim is:    $11,059,851.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.379** **Nonpriority creditor's name and mailing address**
COTONIFICIO ALBINI SPA
1 WILLIAM ST
NEW YORK, NY 10004

As of the petition filing date, the claim is:    $4,434.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.380** **Nonpriority creditor's name and mailing address**
COUGAR SHOES INC
2 MASONRY CT
BURLINGTON, ON L7T 4A8
CANADA

As of the petition filing date, the claim is:    $3,538.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.381** **Nonpriority creditor's name and mailing address**
COUNTRY CLUB PLAZA KC PARTNERS LLC
P.O. BOX 675001
DETROIT, MI 48267-5001
DETROIT, MI 48267-5001

**As of the petition filing date, the claim is:**    $124,007.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.382** **Nonpriority creditor's name and mailing address**
COUNTY OF FAIRFAX
P.O. BOX 10203
FAIRFAX, VA 22035-0203

**As of the petition filing date, the claim is:**    $16,693.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** **Nonpriority creditor's name and mailing address**
COVANTA ENERGY LLC
P.O. BOX 28893
NEW YORK, NY 10087-8893

**As of the petition filing date, the claim is:**    $3,455.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**
COWAN LIEBOWITZ & LATMAN PC
114 WEST 47TH ST
NEW YORK, NY 10036-1525

**As of the petition filing date, the claim is:**    $54,001.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.385**

**Nonpriority creditor's name and mailing address**
COX COMMUNICATIONS
P.O. BOX 78000
DETROIT, MI 48278-1121

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,280.11

---

**3.386**

**Nonpriority creditor's name and mailing address**
COYUCHI INC
1400 TENNESSEE ST, STE 1
SAN FRANCISCO, CA 94107

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,015.10

---

**3.387**

**Nonpriority creditor's name and mailing address**
CPBP VII ASSOCIATES LP
333 LUDLOW ST, 8TH FL
STAMFORD, CT 06902

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,355.44

---

**3.388**

**Nonpriority creditor's name and mailing address**
CPT LOUISVILLE I LLC
P.O. BOX 743901
ATLANTA, GA 30384-3901

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,810.33

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.389** | **Nonpriority creditor's name and mailing address**
CRAIG REALTY GROUP
P.O. BOX 740808
LOS ANGELES, CA 90074-0808

**As of the petition filing date, the claim is:**    $92,357.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.390** | **Nonpriority creditor's name and mailing address**
CRAIGHILL LLC
87 RICHARDSON ST, STE 300A
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**    $1,707.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.391** | **Nonpriority creditor's name and mailing address**
CREATE A MARKER INC
254 WEST 35TH ST, 10TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**    $1,487.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.392** | **Nonpriority creditor's name and mailing address**
CREATIVE ARTISTS AGENCY LLC
2000 AVE OF THE STARS
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**    $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.393**  **Nonpriority creditor's name and mailing address**

CRESTVIEW HILLS TOWN CENTER LLC
3825 EDWARDS RD, STE 200
CINCINNATI, OH 45209

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $3,362.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.394**  **Nonpriority creditor's name and mailing address**

CROCKER PARK LLC
P.O. BOX 72585
CLEVELAND, OH 44192-0002

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $56,165.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.395**  **Nonpriority creditor's name and mailing address**

CROCS INC
P.O. BOX 644601
PITTSBURGH, PA 15264-4601

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,359.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.396**  **Nonpriority creditor's name and mailing address**

CROSSMARK GRAPHICS
16100 WEST OVERLAND DR
NEW BERLIN, WI 53151

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $11,414.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.397** **Nonpriority creditor's name and mailing address**
CRYSTAL SPRINGS
P.O. BOX 660579
DALLAS, TX 75266-0579

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$395.76

**3.398** **Nonpriority creditor's name and mailing address**
CUBESMART LP
847 TRAILVIEW BLVD SE
LEESBURG, VA 20175

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$911.95

**3.399** **Nonpriority creditor's name and mailing address**
CUCLIE BABY
1474 SHERWOOD PARK CIR
HOUSTON, TX 77043

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$94.87

**3.400** **Nonpriority creditor's name and mailing address**
CUMMINS ATLANTIC
P.O. BOX 741295
ATLANTA, GA 30384-1295

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,204.75

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.401**    **Nonpriority creditor's name and mailing address**

CURALATE INC
1628 JOHN F KENNEDY BLVD, 14TH FL
PHILADELPHIA, PA 19103

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $91,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.402**    **Nonpriority creditor's name and mailing address**

CURTIS BAY MEDICAL WASTE
1501 S CLINTON ST SUITE130
BALTIMORE, MD 21224

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $148.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403**    **Nonpriority creditor's name and mailing address**

CVM ASSOCIATES LTD PARTNERSHIP
P.O. BOX 63340
CHARLOTTE, NC 28263-3340

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $178,676.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404**    **Nonpriority creditor's name and mailing address**

CYBER SOURCE
P.O. BOX 742842
LOS ANGELES, CA 90074-2842

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $162,900.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.405**

**Nonpriority creditor's name and mailing address**
CYBERINT TECHNOLOGIES LTD
17 HAMEFALSIM ST
PETACH TIKVA , 4951447
ISRAEL

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$49,750.00

---

**3.406**

**Nonpriority creditor's name and mailing address**
CYC DESIGN CORP
AKA REIGNING CHAMP
133 W 5TH AVE
VANCOUVER, BC V5Y 1H9
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,250.00

---

**3.407**

**Nonpriority creditor's name and mailing address**
CYCLICAL PRODUCTIONS INC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,000.00

---

**3.408**

**Nonpriority creditor's name and mailing address**
D AND J INTERNATIONAL LIMITED
610 NATHAN RD
MONGKOK, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,639,174.31

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.409** | **Nonpriority creditor's name and mailing address**
DAE JEE METAL CO LTD
173-5 DAE JEE BLDG
SEOUL, 138-844
SOUTH KOREA

**As of the petition filing date, the claim is:**    $193,066.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address**
DALE AND BLUE LLC
5203 LORAINE ST 175
DETROIT, MI 48208

**As of the petition filing date, the claim is:**    $1,766.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address**
DALE CARNEGIE & ASSOCIATES INC
780 THIRD AVE LEVEL C-1
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**    $26,350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.412** | **Nonpriority creditor's name and mailing address**
DALIAN MODA FASHION CO LTD
YANGSHUFANG TOWN PULANDIAN
DALIAN, 70 116215
CHINA

**As of the petition filing date, the claim is:**    $471,192.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.413** Nonpriority creditor's name and mailing address

DALIAN YANGERTE GARMENT
YANGSHUFANG TOWN PULANDIAN
DALIAN,
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$636,642.48

**3.414** Nonpriority creditor's name and mailing address

DANESON LTD
25 HOLLINGER RD, UNIT 17 BOX 5
TORONTO, ON M4B 3N4
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$650.00

**3.415** Nonpriority creditor's name and mailing address

DARTMOUTH COLLEGE
P.O. BOX 5188
HANOVER, NH 03755

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$22,296.96

**3.416** Nonpriority creditor's name and mailing address

DARYANANI LAW GROUP PC
330 SEVENTH AVE, STE 2003
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$10,950.00

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.417** **Nonpriority creditor's name and mailing address**
DATAPIPE INC
P.O. BOX 36477
NEWARK, NJ 07188-6477

**As of the petition filing date, the claim is:** $639,451.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** **Nonpriority creditor's name and mailing address**
DATASPAN HOLDINGS INC
13755 HUTTON DR, STE 300
FARMERS BRANCH, TX 75234

**As of the petition filing date, the claim is:** $972.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.419** **Nonpriority creditor's name and mailing address**
DAVID PIRROTTA BRAND GROUP
7424 1/2 W SUNSET BLVD, STE 5
LOS ANGELES, CA 90046

**As of the petition filing date, the claim is:** $2,635.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**
DAZHAN WOOLEN TEXTILE CO LTD
NO9 FUHUI RD YEXIE TOWN
SONGJIANG SHANGHAI, 201609
CHINA

**As of the petition filing date, the claim is:** $98,908.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    106 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.421**

**Nonpriority creditor's name and mailing address**
DBA MEDIA LLC
750 N SAN VICENTE BLVD, STE 950
WEST HOLLYWOOD, CA 90069

**As of the petition filing date, the claim is:**    $44,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.422**

**Nonpriority creditor's name and mailing address**
DE FACTO INC
325 WEST 38TH ST, STE 1703
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $212,128.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.423**

**Nonpriority creditor's name and mailing address**
DEAN HORN
64 SEA DRIFT AVE
HIGHLANDS, NJ 07732

**As of the petition filing date, the claim is:**    $6,391.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.424**

**Nonpriority creditor's name and mailing address**
DEBORAH SCHWARTZ REPS INC
841 STRATFORD AVE
SOUTH PASADENA, CA 91030

**As of the petition filing date, the claim is:**    $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.425**

**Nonpriority creditor's name and mailing address**
DEBS TEXTILE CORP
2-6-10 HONMACHI
CHUO KU OSAKA, 5410053
JAPAN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$690.45

---

**3.426**

**Nonpriority creditor's name and mailing address**
DECKERS OUTDOOR CORP
AKA TEVA FOOTWEAR
DECKERS BRANDS - TEVA
250 COROMAR DR
GOLETA, CA 93117

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,527.50

---

**3.427**

**Nonpriority creditor's name and mailing address**
DEER PARK ENTERPRISES LLC
P.O. BOX 415380
BOSTON, MA 02241-5380

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$478.94

---

**3.428**

**Nonpriority creditor's name and mailing address**
DEL AMO FASHION CENTER OPERATING
P.O. BOX 409657
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,227.55

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.429**  **Nonpriority creditor's name and mailing address**

DELL MARKETING LP
LESLIE HARLIEN
ONE DELL WAY (MAIL STOP RR1-33)
ROUND ROCK, TX 78682

**As of the petition filing date, the claim is:**    $94,980.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.430**  **Nonpriority creditor's name and mailing address**

DELOITTE CONSULTING
30 ROCKEFELLER PLZ, 41ST FL
NEW YORK, NY 10112-0015

**As of the petition filing date, the claim is:**    $22,747,294.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.431**  **Nonpriority creditor's name and mailing address**

DELOITTE TAX LLP
TWO JERICHO PLZ
JERICHO, NY 11753-1683

**As of the petition filing date, the claim is:**    $4,179,753.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.432**  **Nonpriority creditor's name and mailing address**

DELSHAH GANSEVOORT 69 LLC
114 EAST 13TH ST, FRONT 1
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**    $128,750.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.433**   **Nonpriority creditor's name and mailing address**

DELTA BOGART LINGERIE LTD
NO 17 KAI CHEUNG RD
KOWLOON BAY, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:   **$1,257,683.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434**   **Nonpriority creditor's name and mailing address**

DEMATIC CORP
684125 NETWORK PL
CHICAGO, IL 60673-1684

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:   **$138.79**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435**   **Nonpriority creditor's name and mailing address**

DENIMATRIX LLC
70 W 40TH ST
NEW YORK, NY 10018

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:   **$1,554,642.61**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436**   **Nonpriority creditor's name and mailing address**

DERRIS LLC
ATTN: JESSE DERRIS
48 W 25TH ST, 11TH FL
NY, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:   **$101,750.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.437**  **Nonpriority creditor's name and mailing address**

DESIGN WITHIN REACH
711 CANAL ST 301
STAMFORD, CT 06902

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,140.50

---

**3.438**  **Nonpriority creditor's name and mailing address**

DESIGNER PLUS SRL UNIPERSONALE
PIAZZA MARCO POLO NR 2
CASTLEFRANCO DISOTTO, 56022
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,026,080.42

---

**3.439**  **Nonpriority creditor's name and mailing address**

DEVLIN MILES PHOTO ASSISTANT
149 CLINTON AVE 1C
BROOKLYN, NY 11205

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.440**  **Nonpriority creditor's name and mailing address**

DH FTN CO LTD
123 DIGITAL RO 26GIL
GUROGU
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$300,547.97

---

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.441**

**Nonpriority creditor's name and mailing address**
DHR INTERNATIONAL INC
121 N JEFFERSON ST
CHICAGO, IL 60661

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$92,400.00

**3.442**

**Nonpriority creditor's name and mailing address**
DIADORA US INC
1901 S 9TH ST, RM 422
PHILADELPHIA, PA 19148

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,578.50

**3.443**

**Nonpriority creditor's name and mailing address**
DIANA PANTIC INC
42 HOPKINS AVE
JERSEY CITY, NJ 07306

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,146.71

**3.444**

**Nonpriority creditor's name and mailing address**
DISASTER RECOVERY SERVICES
P.O. BOX 989
REMSENBURG, NY 11960

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,089.00

Debtor Name      **J. Crew Operating Corp.**                              Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.445**

**Nonpriority creditor's name and mailing address**
DJIC LIMITED
7F-1 NO 12 SEC 3 MIN CHANG E RD
TAIPEI,
TAIWAN

**As of the petition filing date, the claim is:**          $891.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.446**

**Nonpriority creditor's name and mailing address**
DK DISPLAY CORP
147 WEST 25TH ST
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**          $23,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.447**

**Nonpriority creditor's name and mailing address**
DL MANUFACTURING
340 GATEWAY PARK DR
NORTH SYRACUSE, NY 13212

**As of the petition filing date, the claim is:**          $205.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.448**

**Nonpriority creditor's name and mailing address**
DLA PIPER LLP US
P.O. BOX 75190
BALTIMORE, MD 21275

**As of the petition filing date, the claim is:**          $47,295.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.449**

**Nonpriority creditor's name and mailing address**
DNA MODEL MANAGEMENT LLC
555 WEST 25TH ST, 6TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$314,078.76

**3.450**

**Nonpriority creditor's name and mailing address**
DO SAY GIVE LLC
3601 MCFARLIN BLVD
DALLAS, TX 75205

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,090.00

**3.451**

**Nonpriority creditor's name and mailing address**
DOCK A TOT
P.O. BOX 603431
CHARLOTTE, NC 28260

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$693.00

**3.452**

**Nonpriority creditor's name and mailing address**
DOHZHEN CO LIMITED
239 XI TAI RD
SHANGHAI, 200232
CHINA

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$389,042.74

Debtor Name    **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.453** **Nonpriority creditor's name and mailing address**

DOLORITA F WALLACE TRUST UW
170 MASON ST
GREENWICH, CT 06830

As of the petition filing date, the claim is: $142,511.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.454** **Nonpriority creditor's name and mailing address**

DOMURAT STUDIO LLC
171 CLERMONT AVE 5L
BROOKLYN, NY 11205

As of the petition filing date, the claim is: $3,900.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.455** **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL SOLUTIONS
P.O. BOX 842282
BOSTON, MA 02284-2282

As of the petition filing date, the claim is: $146,499.35

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**3.456** **Nonpriority creditor's name and mailing address**

DONNELLY MECHANICAL CORP
ATTN: DINO MANGIONE
96-59 222ND ST
QUEENS VILLAGE, NY

As of the petition filing date, the claim is: $148,346.19

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.457**

**Nonpriority creditor's name and mailing address**

DOR TECHNOLOGIES
1157 HARRISON ST
SAN FRANCISCO, CA 94103
SAN FRANCISCO, CA 94103

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.458**

**Nonpriority creditor's name and mailing address**

DORFMAN PACIFIC CO INC
P.O. BOX 674620
DETROIT, MI 48267-4620

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,798.15

---

**3.459**

**Nonpriority creditor's name and mailing address**

DOUGLAS FORSTER
4199 E WALNUT ST
WESTERVILLE, OH 43081

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,085.25

---

**3.460**

**Nonpriority creditor's name and mailing address**

DOUGLAS L OR JEAN K BROWN
81605 CORTE MONTELEON
INDIO, CA 92203

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,438.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.461**

**Nonpriority creditor's name and mailing address**
DRAGON LUCK LIMITED
11 YUK YAT ST
TOKWAWAN, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $300,230.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.462**

**Nonpriority creditor's name and mailing address**
DRAGON YU BAG MFG CO LTD
8F NO 227 SEC 1 FUXING SOUTH RD
TAIPEI,
TAIWAN

**As of the petition filing date, the claim is:**    $506,880.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463**

**Nonpriority creditor's name and mailing address**
DRAKES
3 HABERDASHER ST
LONDON, N1 6ED
UNITED KINGDOM

**As of the petition filing date, the claim is:**    $26,440.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.464**

**Nonpriority creditor's name and mailing address**
DREAMTEX CO LTD
3 212-13 KURO DONG KURO KU
SEOUL,
SOUTH KOREA

**As of the petition filing date, the claim is:**    $8,321.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.465** | **Nonpriority creditor's name and mailing address**
DRUTHERS, LLC
592 JOHNSON AVE DRUTHERS STUDIO
BROOKLYN, NY 11237

**As of the petition filing date, the claim is:** | $7,127.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address**
DS SMITH PACKAGING ROANOKE
P.O. BOX 20369
ROANOKE, VA 24018

**As of the petition filing date, the claim is:** | $6,018.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address**
DTEP LLC

**As of the petition filing date, the claim is:** | $184.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address**
DUCA VISCONTI DI MODRONE SPA
SEDE LEGALE CSO
DI PORTA ROMANA 3 MILANO, 20122
ITALY

**As of the petition filing date, the claim is:** | $336.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

Amount of claim

**3.469**

**Nonpriority creditor's name and mailing address**
DUFF AND PHELPS LLC
12595 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$83,784.75

---

**3.470**

**Nonpriority creditor's name and mailing address**
DUGGAL VISUAL SOLUTIONS INC
63 FLUSHING AVE, BLDG 25
BROOKLYN, NY 11205

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,332.80

---

**3.471**

**Nonpriority creditor's name and mailing address**
DUNBAR ARMORED INC
4983 MERCANTILE RD
BALTIMORE, MD 21236

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$307,863.79

---

**3.472**

**Nonpriority creditor's name and mailing address**
DXP ENTERPRISES INC
P.O. BOX 840511
DALLAS, TX 75284-0511

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,057.99

---

Debtor Name    **J. Crew Operating Corp.**                   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.473** Nonpriority creditor's name and mailing address

EARTH CAM INC
650 E CRESCENT AVE
UPPER SADDLE RIVER, NJ 07458

As of the petition filing date, the claim is:                   $12,389.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.474** Nonpriority creditor's name and mailing address

EAST HAMPTON 14 MAIN STREET LLC
P.O. BOX 87
CENTER MORICHES, NY 11934

As of the petition filing date, the claim is:                   $180,145.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.475** Nonpriority creditor's name and mailing address

EAST PHOTOGRAPHIC INC
401 BROADWAY, STE 1802
NEW YORK, NY 10013

As of the petition filing date, the claim is:                   $38,012.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.476** Nonpriority creditor's name and mailing address

EASTON TOWN CENTER II LLC
L-3769
COLUMBUS, OH 43260-3769

As of the petition filing date, the claim is:                   $166,789.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.477**

**Nonpriority creditor's name and mailing address**

EASTVIEW MALL LLC
P.O. BOX 8000
DEPT 976
BUFFALO, NY 14267

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

$91,249.26

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.478**

**Nonpriority creditor's name and mailing address**

EATEL CORP LLC
P.O. BOX 919251
DALLAS, TX 75391-9251

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$1,395.12

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479**

**Nonpriority creditor's name and mailing address**

EATON VANCE ET AL
C/O BROWN RUDNICK LLP
ATTN: SIGMUND S WISSNER-GROSS
7 TIMES SQ
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

Unknown

**Date or dates debt was incurred**
2/1/2017

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480**

**Nonpriority creditor's name and mailing address**

ECLAT TEXTILE CO LTD
NO 28 WU CHUAN RD
NEW TAIPEI CITY,
TAIWAN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$168,585.54

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.481**

**Nonpriority creditor's name and mailing address**
ECONOCO CORP

As of the petition filing date, the claim is:                    $9,721.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.482**

**Nonpriority creditor's name and mailing address**
EDENS LIMITED PARTNERSHIP
DEPT 2058
P.O. BOX 536856
ATLANTA, GA 30353-6856

As of the petition filing date, the claim is:                    $96,758.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.483**

**Nonpriority creditor's name and mailing address**
EDWARD MOORE
1439 STATE ROUTE 9 16
LAKE GEORGE, NY 12845

As of the petition filing date, the claim is:                    $26,554.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.484**

**Nonpriority creditor's name and mailing address**
EFDOT INC
35 CLAREWOOD DR
HASTINGS ON HUDSON, NY 10706

As of the petition filing date, the claim is:                    $15,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

---

**3.485**

**Nonpriority creditor's name and mailing address**
ELECOM INC
P.O. BOX 880
MADISON HEIGHTS, VA 24572

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                          $473.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.486**

**Nonpriority creditor's name and mailing address**
ELECTRICAL EQUIPMENT COMPANY
P.O. BOX 603392
CHARLOTTE, NC 28260-3392

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                          $1,262.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.487**

**Nonpriority creditor's name and mailing address**
ELECTRO MECHANICAL HANDLING
P.O. BOX 11348
LYNCHBURG, VA 24506-1348

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                          $15,714.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.488**

**Nonpriority creditor's name and mailing address**
ELEMENTALLY LIMITED
41 CORSHAM ST
LONDON, N1 6DR
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                                          $6,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.489** | **Nonpriority creditor's name and mailing address**
ELEPHANTITO
5825 SUNSET DR, STE 300
SOUTH MIAMI, FL 33143

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$539.86

**3.490** | **Nonpriority creditor's name and mailing address**
ELEVATE HONG KONG HOLDINGS LTD
1-29 TANG LUNG ST
CAUSEWAY BAY,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,126.33

**3.491** | **Nonpriority creditor's name and mailing address**
ELEVATING EQUIPMENT INSPECTION
208 W DEPOT ST
BEDFORD, VA 24523

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

**3.492** | **Nonpriority creditor's name and mailing address**
ELITE INVESTIGATIONS LTD
2001 CENTRAL PARK AVE
YONKERS, NY 10710

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$307,309.88

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.493** **Nonpriority creditor's name and mailing address**
ELITE MODEL MANAGEMENT CORP
245 FIFTH AVE, 24TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**    $7,320.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.494** **Nonpriority creditor's name and mailing address**
ELIZABETHS ALTERATIONS & TAILORING
5328 N 7TH AVE
PHOENIX, AZ 85013

**As of the petition filing date, the claim is:**    $112.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.495** **Nonpriority creditor's name and mailing address**
ELM STREET REALTY ASSOCIATES LLC.
P.O. BOX 691
SOUTHPORT, CT 06890

**As of the petition filing date, the claim is:**    $53,051.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.496** **Nonpriority creditor's name and mailing address**
ELWOOD STAFFING SERVICES INC
P.O. BOX 1024
COLUMBUS, IN 47202-1024

**As of the petition filing date, the claim is:**    $213,157.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.497**

**Nonpriority creditor's name and mailing address**
EMAINT ENTERPRISES LLC
438 N ELMWOOD RD
MARLTON, NJ 08053

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,080.00

**3.498**

**Nonpriority creditor's name and mailing address**
EMED CO INC
39209 TREASURY CENTER
CHICAGO, IL 60694-9200

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,070.94

**3.499**

**Nonpriority creditor's name and mailing address**
EMERGENT365 INC
333 BLOOMFIELD AVE, STE 202
CALDWELL, NJ 07006

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,703.50

**3.500**

**Nonpriority creditor's name and mailing address**
EMILY ELIZABETH MILLER
1303 WOODLAND ST, APT A
NASHVILLE, TN 37206

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$631.72

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.501**

**Nonpriority creditor's name and mailing address**
EMILY HARRISON
453 GRAHAM AVE 3L
BROOKLYN, NY 11222

**As of the petition filing date, the claim is:**                                    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.502**

**Nonpriority creditor's name and mailing address**
EMPIRE OFFICE INC
GPO P.O. BOX 27752
NEW YORK, NY 10087-7752

**As of the petition filing date, the claim is:**                                 $7,098.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.503**

**Nonpriority creditor's name and mailing address**
EMPORIUM MALL LLC
P.O. BOX 743331
LOS ANGELES, CA 90074-3331

**As of the petition filing date, the claim is:**                             $490,240.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.504**

**Nonpriority creditor's name and mailing address**
ENGIE INSIGHT SERVICES INC
1313 NORTH ATLANTIC, STE 5000
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**                             $239,335.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.505**

**Nonpriority creditor's name and mailing address**
ENTOURAGE FLOORING INC
196 WEST LINDSLEY RD
CEDAR GROVE, NJ 07009

**As of the petition filing date, the claim is:**     $8,678.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.506**

**Nonpriority creditor's name and mailing address**
ENTREPRENEURIAL SCOTLAND
199 CATHEDRAL ST
GLASGOW, G4 0QU
UNITED KINGDOM

**As of the petition filing date, the claim is:**     $7,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.507**

**Nonpriority creditor's name and mailing address**
ENVISAGE GROUP
19161 E WALNUT DR N
CITY OF INDUSTRY, CA 91748-1436

**As of the petition filing date, the claim is:**     $99,093.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508**

**Nonpriority creditor's name and mailing address**
ENVISTA LLC
P.O. BOX 7047
GROUP Q
INDIANAPOLIS, IN 46207

**As of the petition filing date, the claim is:**     $83,368.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.509    Nonpriority creditor's name and mailing address**    $5,407.50

EPATH LEARNING INC
300 STATE ST, STE 400
NEW LONDON, CT 06320

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.510    Nonpriority creditor's name and mailing address**    $8,940.54

EPS TRADING LIMITED
799 HULAN RD BLDG 14, STE A101
SHANGHAI, 200431
CHINA

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.511    Nonpriority creditor's name and mailing address**    $4,311.00

EPSTEIN BECKER & GREEN PC
875 THIRD AVE
NEW YORK, NY 10022

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.512    Nonpriority creditor's name and mailing address**    $11,300.00

EQUILAR INC
1100 MARSHALL ST
REDWOOD CITY, CA 94063

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**                                   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.513** | **Nonpriority creditor's name and mailing address**
ERBAVIVA INC
19831 NORDHOFF PL, UNIT 116
CHATSWORTH, CA 91311

**As of the petition filing date, the claim is:**                    $316.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**
ERI,INC

**As of the petition filing date, the claim is:**                    $2,315.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**
ERICA JOHNSON
8 UPTOM PINE RD
LEBANON, NJ 08833

**As of the petition filing date, the claim is:**                    $58,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address**
ERICA MCCARTNEY
58 CONCOURSE EAST
BRIGHTWATERS, NY 11718

**As of the petition filing date, the claim is:**                    $2,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.517** **Nonpriority creditor's name and mailing address**

ERNEST SCHAEFER INC
731 LEHIGH AVE
UNION, NJ 07083-7626

**As of the petition filing date, the claim is:**                         $3,478.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.518** **Nonpriority creditor's name and mailing address**

ERY RETAIL PODIUM LLC
460 WEST 34TH ST, 8TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**                       $109,949.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.519** **Nonpriority creditor's name and mailing address**

ESQUEL ENTERPRISES LTD
25 HARBOUR RD
WANCHAI,
HONG KONG

**As of the petition filing date, the claim is:**                        $48,422.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.520** **Nonpriority creditor's name and mailing address**

ESQUEL MAURITIUS LTD
ROYAL RD
BEAU BASSIN, MU
MAURITIUS

**As of the petition filing date, the claim is:**                            $50.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.521**

**Nonpriority creditor's name and mailing address**
EUGENIA KIM INC
347 W 36TH ST, STE 501
NEW YORK, NY 10018

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,975.63

**3.522**

**Nonpriority creditor's name and mailing address**
EVERBLOOM
214 MAIN ST 276
EL SEGUNDO, CA 90245

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,504.78

**3.523**

**Nonpriority creditor's name and mailing address**
EVEREST TEXTILE CO LTD
3/F NO 168 TUNG HWA NORTH RD
TAIWAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,043.50

**3.524**

**Nonpriority creditor's name and mailing address**
EXPERIAN MARKETING SOLUTIONS LLC
P.O. BOX 881971
LOS ANGELES, CA 90088-1971

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$412,685.00

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.525**

**Nonpriority creditor's name and mailing address**
EXPRESS CONNECTION
12021 WILSHIRE BLVD, STE 922
LOS ANGELES, CA 90025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,900.50

**3.526**

**Nonpriority creditor's name and mailing address**
EXPRESS SERVICES INC
P.O. BOX 535434
ATLANTA, GA 30353-5434

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,989.20

**3.527**

**Nonpriority creditor's name and mailing address**
EXTRA SPACE STORAGE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$168.39

**3.528**

**Nonpriority creditor's name and mailing address**
EXTRA SPACE STORAGE 0519

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$145.79

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.529**

**Nonpriority creditor's name and mailing address**
EXXON MOBIL
P.O. BOX 78001
PHOENIX, AZ 85062-8001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,050.10

---

**3.530**

**Nonpriority creditor's name and mailing address**
EYE CANDY ILLUSTRATIONS LTD
BROADWAY
WORCESTERSHIRE, GB WR127PX
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,400.00

---

**3.531**

**Nonpriority creditor's name and mailing address**
FABSCRAP INC
P.O. BOX 7559
NEW YORK, NY 10150

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,565.00

---

**3.532**

**Nonpriority creditor's name and mailing address**
FACTORY OWNER LLC
450 PARK AVENUE
4TH FLOOR
NEW YORK, NY 10022

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNKNOWN

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.533**    **Nonpriority creditor's name and mailing address**

FACTORY REIT LLC
P.O. BOX 784395
PHILADELPHIA, PA 19178-4395

**As of the petition filing date, the claim is:**    $459,139.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.534**    **Nonpriority creditor's name and mailing address**

FACTOTUM FOTOGRAPHIK
48 FAIRMOUNT AVE
NORTH ARLINGTON, NJ 07031

**As of the petition filing date, the claim is:**    $650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.535**    **Nonpriority creditor's name and mailing address**

FAIR HARBOR CLOTHING INC
6 GLENN RD
LARCHMONT, NY 10538

**As of the petition filing date, the claim is:**    $4,421.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.536**    **Nonpriority creditor's name and mailing address**

FAIR TRADE USA
1500 BROADWAY, STE 400
OAKLAND, CA 94612

**As of the petition filing date, the claim is:**    $183,838.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.537**

**Nonpriority creditor's name and mailing address**
FAIRFAX CO OF VIRGINIA LLC
P.O. BOX 67000
DETROIT, MI 48267-0565

**As of the petition filing date, the claim is:**                                $100,795.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.538**

**Nonpriority creditor's name and mailing address**
FAIRPOINT COMMUNICATIONS INC
P.O. BOX 11021
LEWISTON, ME 04243-9472

**As of the petition filing date, the claim is:**                                $147.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.539**

**Nonpriority creditor's name and mailing address**
FAR EAST NETWORK HK LTD
160 GLOUCESTER RD
WAN CHAI,
HONG KONG

**As of the petition filing date, the claim is:**                                $9,191.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.540**

**Nonpriority creditor's name and mailing address**
FARAH PIDGEON
1150 GRESHAM RD
PLAINFIELD, NJ 07062

**As of the petition filing date, the claim is:**                                $2,335.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.541** | **Nonpriority creditor's name and mailing address**
FARMERS MARKET SELF ST
111 THE GROVE DR
LOS ANGELES, CA 90036

**As of the petition filing date, the claim is:**    $3,061.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.542** | **Nonpriority creditor's name and mailing address**
FARO RECRUITMENT VIETNAM JSC
17 LE DUAN BLVD DISTRICT 1
HO CHI MINH CITY,
VIETNAM

**As of the petition filing date, the claim is:**    $440.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.543** | **Nonpriority creditor's name and mailing address**
FASEPRO LLC
12239 NANDINA LN
FRISCO, TX 75035-0191

**As of the petition filing date, the claim is:**    $5,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.544** | **Nonpriority creditor's name and mailing address**
FASHION ACCESSORIES
PHASE VI SECTOR 37
GURGAON HARYANA,
INDIA

**As of the petition filing date, the claim is:**    $9,427,880.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.545** | **Nonpriority creditor's name and mailing address**
FASHION CENTRE MALL LLC
P.O. BOX 402792
ATLANTA, GA 30384-2792

**As of the petition filing date, the claim is:**                $156,800.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.546** | **Nonpriority creditor's name and mailing address**
FASHION LINE
142-143 MAIN PATAUDI RD
GURGAON, 7 122001
INDIA

**As of the petition filing date, the claim is:**                $2,560.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.547** | **Nonpriority creditor's name and mailing address**
FASHION OUTLETS AT FOXWOODS LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**                $6,203.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.548** | **Nonpriority creditor's name and mailing address**
FASHION PLACE LLC
SDS-12-2780
P.O. BOX 86
MINNEAPOLIS, MN 55486-2780

**As of the petition filing date, the claim is:**                $90,557.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.549**

**Nonpriority creditor's name and mailing address**
FASHION PLACE MEGA LLC
SDS-12-2780
P.O. BOX 86
MINNEAPOLIS, MN 55486-2945

**As of the petition filing date, the claim is:** $43,044.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.550**

**Nonpriority creditor's name and mailing address**
FASTENAL COMPANY
P.O. BOX 978
WINONA, MN 55987-0978

**As of the petition filing date, the claim is:** $12.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.551**

**Nonpriority creditor's name and mailing address**
FAYE WEBSTER LLC
ATTN: FAYE WEBSTER
218 POWELL ST. SE
ATLANTA, GA 30316

**As of the petition filing date, the claim is:** $1,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.552**

**Nonpriority creditor's name and mailing address**
FEDERAL MERCHANDISING INC
3222 EAST WASHINGTON BLVD
VERNON, CA 90058

**As of the petition filing date, the claim is:** $931,651.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.553**

**Nonpriority creditor's name and mailing address**
FEDERAL REALTY INVESTMENT TRUST
ATTN: LEGAL DEPT
1626 EAST JEFFERSON ST
ROCKVILLE, MD 20852-4041

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,887.50

**3.554**

**Nonpriority creditor's name and mailing address**
FEEDING SOUTH FLORIDA INC
2501 SW 32 TERRACE
PEMBROKE, FL 33023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$112.90

**3.555**

**Nonpriority creditor's name and mailing address**
FEREBEE JOHNSON COMPANY INC
1611 CONCORD RD - LOWER BASIN
LYNCHBURG, VA 24504

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,520.84

**3.556**

**Nonpriority creditor's name and mailing address**
FIFTH AVENUE OF L I RLTY ASSOC
2110 NORTHERN BLVD, STE 201
MANHASSET, NY 11030

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$336,519.90

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.557**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $224.10

FILATI BE MI VA SPA
50010 CAMPI BISENZIO
FLORENCE,
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.558**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $671.30

FILITALY LAB SRL
VIA F LLI BURICCHI 1
VAIANO, PO 59021
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.559**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $10,559.55

FILPUCCI SPA
VIA DEI TIGLI, 41
CAPALLE CAMPI BISENZIO (FI), PO 50013
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.560**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $242.40

FINLEY AND SPARKLE LIMITED
9 WING HOK ST
CHEUNG SHA WAN
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<b>Amount of claim</b>

---

**3.561**  **Nonpriority creditor's name and mailing address**

FIO INTERNATIONAL
NO 737 QIAOXING AVE SHATOU ST
GUANGZHOU CITY PANYU, 511400
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,646.40

---

**3.562**  **Nonpriority creditor's name and mailing address**

FIONA COLQUHOUN DESIGN LTD
5 ARCHIE ST
LONDON, SE1 3JT
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$685.00

---

**3.563**  **Nonpriority creditor's name and mailing address**

FIRE & SAFETY EQUIPMENT CO INC
7854 STAGE RD
CONCORD, VA 24538

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,715.64

---

**3.564**  **Nonpriority creditor's name and mailing address**

FIRST GLORY LIMITED
2 CHEUNG YUE ST
CHEUNG SHA WAN, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,289,489.81

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.565**

**Nonpriority creditor's name and mailing address**

FISHER FOOTWEAR
777 WEST PUTNAM AVE
GREENWICH, CT 06830-5014

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$74,970.00

---

**3.566**

**Nonpriority creditor's name and mailing address**

FLAUNT MODEL MANAGEMENT INC
35 WEST 35TH ST, STE 901
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.567**

**Nonpriority creditor's name and mailing address**

FLOOR CARE SPECIALISTS INC
525 WILSON ST
DANVILLE, VA 24541

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,389.24

---

**3.568**

**Nonpriority creditor's name and mailing address**

FLOOR READY SERVICES INC
94 GLENN BRIDGE RD
ARDEN, NC 28704

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,666.25

---

Debtor Name   **J. Crew Operating Corp.**                                Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Amount of claim

**3.569**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $1,000.00
FLYING CLOUD UNIVERSAL LLC
ATTN: SAM OWENS                                        ☐ Contingent
360 FURMAN ST #829                                     ☐ Unliquidated
BROOKLYN, NY 11201                                     ☐ Disputed

                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    OTHER TRADE
Unknown

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

**3.570**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $65,403.74
FORBES COHEN FLORIDA PROPERTIES
16156 COLLECTIONS CENTER DR                            ☐ Contingent
CHICAGO, IL 60693                                      ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    REAL ESTATE
Unknown

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

**3.571**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $71,495.42
FORBES TAUBMAN ORLANDO LLC
16286 COLLECTIONS CENTER DR                            ☐ Contingent
CHICAGO, IL 60693                                      ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    REAL ESTATE
Unknown

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

**3.572**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:          $48,107.32
FORD MODELS INC
11 EAST 26TH ST, 14TH FL                               ☐ Contingent
NEW YORK, NY 10010                                     ☐ Unliquidated
                                                       ☐ Disputed

                                                       **Basis for the claim:**
**Date or dates debt was incurred**                    OTHER TRADE
Unknown

**Last 4 digits of account number**                    **Is the claim subject to offset?**
                                                       ☑ No
                                                       ☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.573** | **Nonpriority creditor's name and mailing address**
FORECAST HORIZON INC
6116 TELEGRAPH AVE, STE 306
OAKLAND, CA 94609

**As of the petition filing date, the claim is:**    $98,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.574** | **Nonpriority creditor's name and mailing address**
FORMOSA TAFFETA CO LTD
11/F 201 TUNG HWA NORTH RD
TAPEI,
TAIWAN

**As of the petition filing date, the claim is:**    $775.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.575** | **Nonpriority creditor's name and mailing address**
FORMOSTAR GARMENT CO LTD
NO 90 SEC 1 SINTAI WU RD
NEW TAIPEI CITY, TPE
TAIWAN

**As of the petition filing date, the claim is:**    $74,996.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.576** | **Nonpriority creditor's name and mailing address**
FORT STANDARD LLC
175 VAN DYKE ST, STE 325B
BROOKLYN, NY 11231

**As of the petition filing date, the claim is:**    $95.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | J. Crew Operating Corp. | Case number (if known): 20-32186 |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

|  | | **Amount of claim** |
|---|---|---|

**3.577** **Nonpriority creditor's name and mailing address**
FORTIER PRICE
100 QUAI DE JEMMAPES
PARIS, 75010
FRANCE

**As of the petition filing date, the claim is:** $9,130.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.578** **Nonpriority creditor's name and mailing address**
FORTUNE CATHAY TRADING LIMITED
681 4188 LN JIASON MID RORD
SHANGHAI, 201700
CHINA

**As of the petition filing date, the claim is:** $1,852,772.24
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.579** **Nonpriority creditor's name and mailing address**
FORTUNE GLOBAL (HK) LTD
18 SUNG ON ST
HUNG HOM
HONG KONG

**As of the petition filing date, the claim is:** $121,584.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.580** **Nonpriority creditor's name and mailing address**
FOSTER ELECTRIC CO INC
P.O. BOX 11498
LYNCHBURG, VA 24506-1498

**As of the petition filing date, the claim is:** $1,121.57
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.581** **Nonpriority creditor's name and mailing address**

FOUNTAIN SET LIMITED
29-39 KWAI CHEONG RD
KWAI CHUNG HONG KONG,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $33,795.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.582** **Nonpriority creditor's name and mailing address**

FOUR CORNERS MEDIA
275 CONOVER ST, STE 4P
BROOKLYN, NY 11231

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $5,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.583** **Nonpriority creditor's name and mailing address**

FOUR STATE PROPERTIES LLC
SDS-12-2893
P.O. BOX 86
MINNEAPOLIS, MN 55486-2893

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $244,461.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.584** **Nonpriority creditor's name and mailing address**

FOURLAPS LLC
110 E 25TH ST
NEW YORK, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $5,796.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |
| --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.585**

**Nonpriority creditor's name and mailing address**
FOX FABRICS INC
110 WEST 40TH ST, STE 2503
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Amount of claim: $3,437.95**

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.586**

**Nonpriority creditor's name and mailing address**
FOX VALLEY FIRE & SAFETY
2730 PINNACLE DR
ELGIN, IL 60124

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Amount of claim: $270.00**

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.587**

**Nonpriority creditor's name and mailing address**
FR WESTGATE MALL LLC
P.O. BOX 846073
LOS ANGELES, CA 90084-6073

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Amount of claim: $38,237.50**

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.588**

**Nonpriority creditor's name and mailing address**
FRAMED FLORALS
67 WEST ST 325
BROOKLYN, NY 11222

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Amount of claim: $408.80**

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

### 3.589
**Nonpriority creditor's name and mailing address**
FRANCOIS LEROY L'ATELIER INC
424 BROADWAY, STE 601
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,922.50

### 3.590
**Nonpriority creditor's name and mailing address**
FRANK REPS
103 EAST BROADWAY, 4TH FL
NEW YORK, NY 10002

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,846.46

### 3.591
**Nonpriority creditor's name and mailing address**
FREEDOM MODELS CALIFORNIA INC
820 N FAIRFAX AVE
WEST HOLLYWOOD, CA 90048

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,200.00

### 3.592
**Nonpriority creditor's name and mailing address**
FREEMAN GAS
4848 ASHEVILLE HIGHWAY
HENDERSONVILLE, NC 28791

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$435.51

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.593**

**Nonpriority creditor's name and mailing address**
FRIT SAN JOSE TOWN & COUNTRY
P.O. BOX 846073
LOS ANGELES, CA 90084-6073

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,899.06

---

**3.594**

**Nonpriority creditor's name and mailing address**
FRITZ FARM RETAIL COMPANY LLC
P.O. BOX 679221
DALLAS, TX 75267

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,840.20

---

**3.595**

**Nonpriority creditor's name and mailing address**
FROG COMPANY LTD
HAJEOM MYEON GANGHWA GUN
INCHEON, 417-872
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,060.60

---

**3.596**

**Nonpriority creditor's name and mailing address**
FRONTEER LLC
610 MAIN ST, APT 737
LOS ANGELES, CA 90014

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$356.47

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.597**    **Nonpriority creditor's name and mailing address**
FRONTIER COMMUNICATIONS
P.O. BOX 20579
ROCHESTER, NY 14602

As of the petition filing date, the claim is:    $1,738.04
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.598**    **Nonpriority creditor's name and mailing address**
FRY WAGNER MOVING AND STORAGE
3700 RIDER TRAIL SOUTH
EARTH CITY, MO 63045

As of the petition filing date, the claim is:    $57,866.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.599**    **Nonpriority creditor's name and mailing address**
FSH ASSOCIATES LP
P.O. BOX 414225
BOSTON, MA 02241-4225

As of the petition filing date, the claim is:    $21,435.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.600**    **Nonpriority creditor's name and mailing address**
FUCHUEN ENTERPRISES HK CO LTD
2-4 SHEUNG HEI ST, 2ND FL
SAN PO KONG, KLN
HONG KONG

As of the petition filing date, the claim is:    $3,945.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

                                                                                    **Amount of claim**

**3.601**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $586.43
FULL SOURCE LLC
10302 DEERWOOD PARK BLVD, STE 200        ☐ Contingent
JACKSONVILLE, FL 32256                   ☐ Unliquidated
JACKSONVILLE, FL 32256                   ☐ Disputed

                                         **Basis for the claim:**
**Date or dates debt was incurred**     OTHER TRADE
Unknown

**Last 4 digits of account number**     **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

**3.602**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $1,920.60
FUNG YUE WOOL SPINNING CO LTD
                                         ☐ Contingent
                                         ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:**
**Date or dates debt was incurred**     MERCHANDISE VENDOR
Unknown

**Last 4 digits of account number**     **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

**3.603**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $11.84
FUPO KNITTING FACTORY LTD
151-153 HOI BUN RD                       ☐ Contingent
KWUN TONG, KOWLOON                       ☐ Unliquidated
HONG KONG                                ☐ Disputed

                                         **Basis for the claim:**
**Date or dates debt was incurred**     MERCHANDISE VENDOR
Unknown

**Last 4 digits of account number**     **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

**3.604**  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:**    $4,800.00
FUSION MODELING AGENCY LLC
101 N 10TH ST 301                        ☐ Contingent
BROOKLYN, NY 11249                       ☐ Unliquidated
                                         ☐ Disputed

                                         **Basis for the claim:**
**Date or dates debt was incurred**     OTHER TRADE
Unknown

**Last 4 digits of account number**     **Is the claim subject to offset?**
                                         ☑ No
                                         ☐ Yes

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.605**   **Nonpriority creditor's name and mailing address**
FUTURITE INTERNATIONAL CO LTD
P.O. BOX 3151 RD TOWN
TORTOLA, VG1110
BRITISH VIRGIN ISLANDS

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$127,923.73

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.606**   **Nonpriority creditor's name and mailing address**
G HENSLER & CO
160 S LINDEN AVE, STE 200
SOUTH SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$33,334.35

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.607**   **Nonpriority creditor's name and mailing address**
G MEGA TEXTILE ENTERPRISE CO LTD
1FL NO 52 WUQUAN 7TH RD
NEW TAIPEI CITY
TAIWAN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$4,502.50

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.608**   **Nonpriority creditor's name and mailing address**
G&G CLEANERS &TAILORS LLC

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$3,326.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.609**

**Nonpriority creditor's name and mailing address**
GALAMAAR
1448 LAVETA TERRACE
LOS ANGELES, CA 90026

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$375.36

---

**3.610**

**Nonpriority creditor's name and mailing address**
GARBO & FRIENDS US
854 E 26TH ST
BROOKLYN, NY 11210

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$778.87

---

**3.611**

**Nonpriority creditor's name and mailing address**
GARDA CL ATLANTIC INC
3209 MOMENTUM PL
CHICAGO, IL 60689-0001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,145.58

---

**3.612**

**Nonpriority creditor's name and mailing address**
GARTNER INC
56 TOP GALLANT RD
STAMFORD, CT 06902

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$251,577.46

---

Debtor Name     **J. Crew Operating Corp.**                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|----------------------------------------------------|

Amount of claim

**3.613**

**Nonpriority creditor's name and mailing address**
GATEWAY KNOLLWOOD LLC
5353 WAYZATA BLVD, STE 650
MINNEAPOLIS, MN 55416

**As of the petition filing date, the claim is:**                    $42,847.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.614**

**Nonpriority creditor's name and mailing address**
GATEWAY SQUARE LLC
P.O. BOX 404133
ATLANTA, GA 30384-4133

**As of the petition filing date, the claim is:**                    $33,488.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.615**

**Nonpriority creditor's name and mailing address**
GATEWAY WOODSIDE INC
FILE 55770
LOS ANGELES, CA 90074-5770

**As of the petition filing date, the claim is:**                    $44,001.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.616**

**Nonpriority creditor's name and mailing address**
GAURAV INTERNATIONAL
PLOT NO 236 UDYOG VIHAR
GURGAON, 7
INDIA

**As of the petition filing date, the claim is:**                    $3,198,698.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.617**

**Nonpriority creditor's name and mailing address**
GBC E-COMMERCE

$202.79

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.618**

**Nonpriority creditor's name and mailing address**
GENERATION
20 W 20 ST, STE 1008
NEW YORK CITY, NY 10011

$7,200.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.619**

**Nonpriority creditor's name and mailing address**
GENNARO PETRUZZIELLO
21 LAKE ST
MALDEN, MA 02148

$444.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.620**

**Nonpriority creditor's name and mailing address**
GEORGETOWN UNIVERSITY
37 AND O ST NW
WASHINGTON, DC 20057

$46.10

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.621** | Nonpriority creditor's name and mailing address
GEORGIA PACIFIC CORRUGATED LLC
P.O. BOX 409221
ATLANTA, GA 30384-9221

As of the petition filing date, the claim is:    $74,175.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.622** | Nonpriority creditor's name and mailing address
GFM LLC
P.O. BOX 31001-1534
PASADENA, CA 91110-1534

As of the petition filing date, the claim is:    $825,246.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.623** | Nonpriority creditor's name and mailing address
GGP CPP PLAZA FRONTENAC LLC
SDS-12-3110
P.O. BOX 86
MINNEAPOLIS, MN 55486-3110

As of the petition filing date, the claim is:    $96,920.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.624** | Nonpriority creditor's name and mailing address
GGP LIMITED PARTNERSHIP
P.O. BOX 86
SDS-12-3059
MINNEAPOLIS, MN 55486-3059

As of the petition filing date, the claim is:    $391,542.22

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    157 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

---

**3.625**

**Nonpriority creditor's name and mailing address**
GGP-TRS LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-3080

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$154,140.40

---

**3.626**

**Nonpriority creditor's name and mailing address**
GGP/HOMART II LLC
P.O. BOX 860667
MINNEAPOLIS, MN 55486-0667

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$128,831.42

---

**3.627**

**Nonpriority creditor's name and mailing address**
GGPLP LLC
P.O. BOX 860267
MINNEAPOLIS, IN 55486-0267

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$239,154.61

---

**3.628**

**Nonpriority creditor's name and mailing address**
GGPLP REAL ESTATE INC
2701 SOLUTION CENTER
CHICAGO, IL 60677-2007

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$207,228.14

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.629**

**Nonpriority creditor's name and mailing address**
GIBI SYSTEMS INC
5550 PAINTED MIRAGE RD, STE 320
LAS VEGAS, NV 89149

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,348,200.00

**3.630**

**Nonpriority creditor's name and mailing address**
GILA RIVER INDIAN COMMUNITY
P.O. BOX 2160
SACATON, AZ 85147

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

**3.631**

**Nonpriority creditor's name and mailing address**
GILA RIVER TELECOMMUNICATIONS INC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$930.10

**3.632**

**Nonpriority creditor's name and mailing address**
GILROY PREMIUM OUTLETS LLC
P.O. BOX 827762
PHILADELPHIA, PA 19182-7762

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$81,392.48

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.633**

**Nonpriority creditor's name and mailing address**
GIRL UP
1750 PENNSYLVANIA AVE NW 300
WASHINGTON, DC 20006

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$148.00

**3.634**

**Nonpriority creditor's name and mailing address**
GIRLS INCORPORATED
120 WALL ST
NEW YORK, NY 10005

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,190.00

**3.635**

**Nonpriority creditor's name and mailing address**
GIS GENERAL INFORMATION SERVICES
P.O. BOX 538450
ATLANTA, GA 30353-8450

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,727.49

**3.636**

**Nonpriority creditor's name and mailing address**
GLIMCHER PROPERTIES
P.O. BOX 645089
CINCINNATI, OH 45264-5089

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$120,532.07

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.637**

**Nonpriority creditor's name and mailing address**
GLOBAL EQUIPMENT CO
29833 NETWORK PL
CHICAGO, IL 60673-1298

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,661.65

---

**3.638**

**Nonpriority creditor's name and mailing address**
GLOBAL FACILITY MANAGEMENT AND
525 BROADHOLLOW RD, STE 100
MELVILLE, NY 11747

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$713,320.52

---

**3.639**

**Nonpriority creditor's name and mailing address**
GLOBAL LINK FASHION ACCESSORIES
1 CHEUNG SHUN ST
LAI CHI KOK
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$144.21

---

**3.640**

**Nonpriority creditor's name and mailing address**
GLOBAL ONE HEADWEAR LIMITED
26-28 AU PUI WAN ST FOTAN SHATIN
HONG KONG, NT
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$103,468.55

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.641**  **Nonpriority creditor's name and mailing address**

GLOBAL SHOES S A R L
IMM F2 ETAGE 2 N8
MOHAMMEDIA, 20800
MOROCCO

**As of the petition filing date, the claim is:**    $1,065,118.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.642**  **Nonpriority creditor's name and mailing address**

GOLD SPINK STUDIO INC
65 S 11TH ST, APT 2I
BROOKLYN, NY 11249

**As of the petition filing date, the claim is:**    $3,995.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643**  **Nonpriority creditor's name and mailing address**

GOLD TEETH BROOKLYN
1307 E ACADIA AVE
GLENDALE, CA 91205-3805

**As of the petition filing date, the claim is:**    $4,939.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.644**  **Nonpriority creditor's name and mailing address**

GOOD & WELL SUPPLY CO
1417 NW 54TH ST, STE 246
SEATTLE, WA 98107

**As of the petition filing date, the claim is:**    $35,637.75

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.645** **Nonpriority creditor's name and mailing address**
GOOP INC
212 26TH ST, STE 206
SANTA MONICA, CA 90402

As of the petition filing date, the claim is:    $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.646** **Nonpriority creditor's name and mailing address**
GOUGASIAN LLC
62 WEST 47TH ST, STE 206D
NEW YORK, NY 10036

As of the petition filing date, the claim is:    $1,435.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.647** **Nonpriority creditor's name and mailing address**
GOV DOCS
P.O. BOX 9202
MINNEAPOLIS, MN 55480-9202

As of the petition filing date, the claim is:    $237.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.648** **Nonpriority creditor's name and mailing address**
GPI MIDWEST LLC
P.O. BOX 281459
ATLANTA, GA 30384-1459

As of the petition filing date, the claim is:    $112,549.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.649**  **Nonpriority creditor's name and mailing address**

GPT LONGMEADOW LLC
P.O. BOX 4110
DEPT 4052
WOBURN, MA 01888-4110

**As of the petition filing date, the claim is:**    $34,344.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.650**  **Nonpriority creditor's name and mailing address**

GRACE SMITH HOUSE INC
1 BROOKSIDE AVE
POUGHKEEPSIE, NY 12601

**As of the petition filing date, the claim is:**    $2,478.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.651**  **Nonpriority creditor's name and mailing address**

GRACEDON KNITTERS LIMITED
850-870 LAI CHI KOK RD
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**    $145.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.652**  **Nonpriority creditor's name and mailing address**

GRAND PRAIRIE PREMIUM OUTLETS
P.O. BOX 748315
LOS ANGELES, CA 90074-8315

**As of the petition filing date, the claim is:**    $45,507.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.653**

**Nonpriority creditor's name and mailing address**
GRANDE COMMUNICATIONS
P.O. BOX 679367
DALLAS, TX 75267-9367

$2,136.12

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.654**

**Nonpriority creditor's name and mailing address**
GRANITE TELECOMMUNICATIONS
P.O. BOX 983119
BOSTON, MA 02298-3119

$396,342.92

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.655**

**Nonpriority creditor's name and mailing address**
GRANT BARNETT & CO LTD
55-61 SOUTH ST
BISHOPS STORTFORD, HT CM23 3AL
UNITED KINGDOM

$185,374.93

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.656**

**Nonpriority creditor's name and mailing address**
GRANT STONE LLC
9007 FIRST ST
BARODA, MI 49101

$1,622.91

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.657**

**Nonpriority creditor's name and mailing address**
GRAPEVINE MILLS MALL LIMITED
P.O. BOX 198189
ATLANTA, GA 30384-8189

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$47,791.48

---

**3.658**

**Nonpriority creditor's name and mailing address**
GRAYBAR ELECTRIC INC
P.O. BOX 668238
CHARLOTTE, NC 28266

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,385.84

---

**3.659**

**Nonpriority creditor's name and mailing address**
GREEN HILLS MALL TRG LLC
P.O. BOX 674523
DETROIT, MI 48267-4523

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$189,420.34

---

**3.660**

**Nonpriority creditor's name and mailing address**
GREENLINE DISTRIBUTION INC
7365 COMMERCIAL WAY, STE 115
HENDERSON, NV 89011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$283.46

---

Debtor Name   **J. Crew Operating Corp.**                   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.661** **Nonpriority creditor's name and mailing address**
GREGORY & HOWE INC
TWO CORPORATE DR, STE 645
SHELTON, CT 06484

**As of the petition filing date, the claim is:**          $2,009.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.662** **Nonpriority creditor's name and mailing address**
GROVE CITY FACTORY SHOPS LP
P.O. BOX 776260
CHICAGO, IL 60677-6260

**As of the petition filing date, the claim is:**          $64,936.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.663** **Nonpriority creditor's name and mailing address**
GSI EXIM AMERICA INC
1065 AVE OF THE AMERICAS
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**          $4,366.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.664** **Nonpriority creditor's name and mailing address**
GULF COAST FACTORY SHOPS
P.O. BOX 776266
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**          $45,000.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.665**

**Nonpriority creditor's name and mailing address**
GULFPORT FACTORY SHOPS
P.O. BOX 776257
CHICAGO, IL 60677-6257

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$34,883.12

---

**3.666**

**Nonpriority creditor's name and mailing address**
GX BRIDGE INC
2855 RUE CENTRE 414
MONTREAL, QC H3K 3C4
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$32,500.00

---

**3.667**

**Nonpriority creditor's name and mailing address**
GXS INC
9711 WASHINGTONIAN BLVD, STE 700
GAITHERSBURG, MD 20878

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,414.75

---

**3.668**

**Nonpriority creditor's name and mailing address**
GYPO LLC
101 E PARK BLVD, STE 1100
PLANO, TX 75094

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,500.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.669**

**Nonpriority creditor's name and mailing address**

H KUNTZLER INDUSTRIA DE
AVENIDA SAO MIGUEL 95
DOIS IRMAOS, RS 93950 000
BRAZIL

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $590,152.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670**

**Nonpriority creditor's name and mailing address**

H&M PALLET
P.O. BOX 402
LEICESTER, NC 28748

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,395.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671**

**Nonpriority creditor's name and mailing address**

HAINING JOYWAY TRADE CO LTD
HAIZHOU ST
HAINING CITY ZHEJIANG CHIAN, 314400
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,709.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.672**

**Nonpriority creditor's name and mailing address**

HALLEY RESOURCES INC
208 WEST 29TH ST RM 609
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,880.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.673** | **Nonpriority creditor's name and mailing address**
HANA TEXTILE CO
DANJI GIL 21 SEONGJI EUP
SEONGJI GUN GYUNGBUK,
SOUTH KOREA

As of the petition filing date, the claim is:    $108,172.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.674** | **Nonpriority creditor's name and mailing address**
HANRO USA INC
34 INDUSTRIAL WAY EAST, STE 3
EATONTOWN, NJ 07724

As of the petition filing date, the claim is:    $7,911.64
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.675** | **Nonpriority creditor's name and mailing address**
HANSAE CO LTD
YOUNGDEUNGPO-GU
SEOUL, 07238
SOUTH KOREA

As of the petition filing date, the claim is:    $19.80
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.676** | **Nonpriority creditor's name and mailing address**
HANSEL FROM BASEL
970 N BROADWAY, STE 106
LOS ANGELES, CA 90012

As of the petition filing date, the claim is:    $633.63
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.677** Nonpriority creditor's name and mailing address

HANTRADE YARN&PIECE GOODS LTD

As of the petition filing date, the claim is:    $793.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678** Nonpriority creditor's name and mailing address

HARBOR EAST PARCEL D RETAIL 2 LLC
P.O. BOX 742224
ATLANTA, GA 30374-2224

As of the petition filing date, the claim is:    $50,307.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679** Nonpriority creditor's name and mailing address

HARBOR FREIGHT TOOLS

As of the petition filing date, the claim is:    $579.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.680** Nonpriority creditor's name and mailing address

HARGRAY COMMUNICATIONS
P.O. BOX 100116
COLUMBIA, SC 29202-3116

As of the petition filing date, the claim is:    $1,841.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    171 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.681** | **Nonpriority creditor's name and mailing address**
HARI MARI
208 SOUTH HASKELL AVE
DALLAS, TX 75226

As of the petition filing date, the claim is:    $4,333.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.682** | **Nonpriority creditor's name and mailing address**
HARLEY AND CO PETERHEAD LTD
44-46 QUEEN ST
PETERHEAD ABERDEENSHIRE, AB42 1TR
UNITED KINGDOM

As of the petition filing date, the claim is:    $47,034.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.683** | **Nonpriority creditor's name and mailing address**
HARTLAND BROOKLYN CORP
P.O. BOX 225
LEEDS, NY 12451

As of the petition filing date, the claim is:    $10,802.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.684** | **Nonpriority creditor's name and mailing address**
HATCH COLLECTION LLC
412 BROADWAY, 5TH FL
NEW YORK, NY 10013

As of the petition filing date, the claim is:    $16,305.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**                          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.685**

**Nonpriority creditor's name and mailing address**
HATTERAS PRESS INC
56 PARK RD
TINTON FALLS, NJ 07724

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,834.96

**3.686**

**Nonpriority creditor's name and mailing address**
HAUS INTERIOR LLC
190 BEDFORD AVE, STE 89
BROOKLYN, NY 11249

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$5,389.00

**3.687**

**Nonpriority creditor's name and mailing address**
HAWAIIAN TELECOM
P.O. BOX 30770
HONOLULU, HI 96820-0770

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$251.47

**3.688**

**Nonpriority creditor's name and mailing address**
HC2 INC
360 LEXINGTON AVE, 11TH FL
NEW YORK, NY 10017

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$14,568.75

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.689** **Nonpriority creditor's name and mailing address**

HCL TECHNOLOGIES CORPORATE
AXON CENTER CHURCH RD
EGHAM, SY TW20 9QB
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,022,424.16

---

**3.690** **Nonpriority creditor's name and mailing address**

HEADS UP INTERNATIONAL CORP
12-1 31ST RD, TAICHUNG IND DIST
TAICHUNG, 407
TAIWAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$121,925.05

---

**3.691** **Nonpriority creditor's name and mailing address**

HEAVENLY PLANT SERVICE LLC
665 NW 87TH TERRACE
PORTLAND, OR 97229

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$390.00

---

**3.692** **Nonpriority creditor's name and mailing address**

HEDY LIMITED
93 KING LAM ST
CHEUNG SHA WAN, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,521.97

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.693** | **Nonpriority creditor's name and mailing address** | | $30,575.09

HELP II LLC
650 S EXETER ST, STE 200
BALTIMORE, MD 21202

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address** | | $300.00

HERITAGE AFFAIRS LLC
245 EIGHTH AVE 242
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address** | | $489.76

HERITAGE CRYSTAL CLEAN INC
13621 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0136

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address** | | $366.35

HERO COSMETICS LLC
154 GRAND ST
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

---

**Amount of claim**

**3.697**

**Nonpriority creditor's name and mailing address**
HERSEY CLUTCH COMPANY

$565.42

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.698**

**Nonpriority creditor's name and mailing address**
HEWY WINE CHILLERS LLC
P.O. BOX 547965
ORLANDO, FL 32854

$58,574.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.699**

**Nonpriority creditor's name and mailing address**
HEYMAMACO INC
97 N 10TH ST, 2ND FL
BROOKLYN, NY 11211

$50,000.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.700**

**Nonpriority creditor's name and mailing address**
HGREIT II EDMONSON ROAD LLC
P.O. BOX 733538
DALLAS, TX 75373-3538

$48,251.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                                Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.701** | **Nonpriority creditor's name and mailing address**

HI JEWEL CO LTD
126-13 SANDANGUPYEONG GIL
IKSAN CITY, 54524
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $576,884.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address**

HI SUGARPLUM
8005 ROSEMONT DR
PLANO, TX 75025

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $5,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address**

HIGH PEAK SPORTSWEAR INC
2323 MEMORIAL AVE, STE 17
LYNCHBURG, VA 24501

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1,030.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address**

HIGHLAND VILLAGE LIMITED
P.O. BOX 732719
DALLAS, TX 75373-2719

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $155,778.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.705**

**Nonpriority creditor's name and mailing address**
HILLDALE SHOPPING CENTER LLC
P.O. BOX 856572
MINNEAPOLIS, MN 55485-6572

**As of the petition filing date, the claim is:**    $25,995.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.706**

**Nonpriority creditor's name and mailing address**
HILTI INC
P.O. BOX 11870
NEWARK, NJ 07101-8800

**As of the petition filing date, the claim is:**    $842.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.707**

**Nonpriority creditor's name and mailing address**
HING SHING LOOPING MANUFACTURING
FLAT B, 10/F, WING TAI CENTRE
12 HING YIP ST
KWUN TONG, KLN,
HONG KONG

**As of the petition filing date, the claim is:**    $3,130,078.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.708**

**Nonpriority creditor's name and mailing address**
HIP SING CHINA INDUSTRIAL LTD
UNIT B-5 6/F BLK
2 CAMEL PAINT HOI YUEN RD
KWUN TONG, KLN,
HONG KONG

**As of the petition filing date, the claim is:**    $6,543.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.709**  **Nonpriority creditor's name and mailing address**

HITACHI ID SYSTEMS INC
500 1401 1ST ST SE
CALGARY, AB T2G 2J3
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,750.00

---

**3.710**  **Nonpriority creditor's name and mailing address**

HMR JEWELRY CO LTD
63 GIL 8 SHUNHUA RO IKSAN CITY
JEONBUK, 54629
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$557,189.79

---

**3.711**  **Nonpriority creditor's name and mailing address**

HMRC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNKNOWN

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.712**  **Nonpriority creditor's name and mailing address**

HOI MENG SOURCING
NO 371 EDIFICIO KENG OU 14 ANDAR D
EM MACAU
MACAU

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,728,276.29

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.713** Nonpriority creditor's name and mailing address

HOME DEPOT
254 LARKIN DR
MONROE, NY 10950

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $1,030.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.714** Nonpriority creditor's name and mailing address

HOMESTEAD MATERIALS HANDLING
P.O. BOX 757
ST ALBANS, WV 25177

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $48,509.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.715** Nonpriority creditor's name and mailing address

HONEYDO FAMILY LLC
61 WILTON RD
WESTPORT, CT 06880

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $61,670.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.716** Nonpriority creditor's name and mailing address

HONGKONG RISE FOREVER CO LTD

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $15,092.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.717** Nonpriority creditor's name and mailing address
HONGKONG SALES LTD
44-46 HUNG TO RD
KWUN TONG, KLN
HONG KONG

As of the petition filing date, the claim is:    $1,313,518.03
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.718** Nonpriority creditor's name and mailing address
HORIZON ENTERPRISE LTD
G/F 39 SHEK KIP MEI ST SHAMSHUIPO
KOWLOON,
HONG KONG

As of the petition filing date, the claim is:    $505.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.719** Nonpriority creditor's name and mailing address
HORRY COUNTY
107 HIGHWAY 57 NORTH
LITTLE RIVER, SC 29566

As of the petition filing date, the claim is:    $2,700.74
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.720** Nonpriority creditor's name and mailing address
HORRY TELEPHONE COOPERATIVE
P.O. BOX 1819
CONWAY, SC 29528-1819

As of the petition filing date, the claim is:    $411.20
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.721**

**Nonpriority creditor's name and mailing address**
HOTWIRE BUSINESS SOLUTIONS
P.O. BOX 57330
PHILADELPHIA, PA 19111-7330

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $1,193.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.722**

**Nonpriority creditor's name and mailing address**
HRC CORP
156 FIFTH AVE
NEW YORK, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $498,898.68

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.723**

**Nonpriority creditor's name and mailing address**
HTI CORP
12 DIGITAL-RO 22 GIL GURO-GU
SEOUL, 152-769
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $3,426.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.724**

**Nonpriority creditor's name and mailing address**
HUAREN LINEN HK CO LTD
UNIT 16/F TREASURE CENTRE
42 HUNG TO RD
KWUN TONG, KLN,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $4,114.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                     Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.725** **Nonpriority creditor's name and mailing address**    $1,128.00

HUDSON VALLEY BREWERY LLC
7 EAST MAIN ST
BEACON, NY 12508

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.726** **Nonpriority creditor's name and mailing address**    $297.00

HUNG YEN KNITTING & DYEING CO LTD
NGHIA HIEP COMMUNE YEN MY DIST
HUNG YEN PROVINCE 162930
VIETNAM

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.727** **Nonpriority creditor's name and mailing address**    $900.00

HURT & PROFFITT INC
2524 LANGHORNE RD
LYNCHBURG, VA 24501

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.728** **Nonpriority creditor's name and mailing address**    $120.40

HW TEXTILES CO LTD
NO 3 HOI SHING RD, 31ST FL
UNIT A6, TML TOWER 3
TSUEN WAN, NT,
HONG KONG

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          183 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.729** **Nonpriority creditor's name and mailing address**
HWEAR LIMITED
610 NATHAN RD
MONGKOK KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**    $30,697.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.730** **Nonpriority creditor's name and mailing address**
HYBRID PROMOTIONS LLC

**As of the petition filing date, the claim is:**    $15,063.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.731** **Nonpriority creditor's name and mailing address**
I CAN FIX IT FOR YOU
224 WEST 35TH ST, STE 312
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**    $517.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.732** **Nonpriority creditor's name and mailing address**
ICE A PLENTY INC
726 SUNBURST RD
LYNCHBURG, VA 24501

**As of the petition filing date, the claim is:**    $1,453.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.733** | **Nonpriority creditor's name and mailing address**
ICR LLC
761 MAIN AVE
NORWALK, CT 06851

As of the petition filing date, the claim is:    $51,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.734** | **Nonpriority creditor's name and mailing address**
IFC DEVELOPMENT LTD

As of the petition filing date, the claim is:    **UNKNOWN**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
UNKNOWN

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.735** | **Nonpriority creditor's name and mailing address**
IHEALTH LABS INC

As of the petition filing date, the claim is:    $6,531.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.736** | **Nonpriority creditor's name and mailing address**
IKIGAI INC
11 POPLAR DR
CRANBURY, NJ 08512

As of the petition filing date, the claim is:    $231,040.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.737** **Nonpriority creditor's name and mailing address**
ILLUME HOLDING COMPANY LLC
P.O. BOX 74008742
CHICAGO, IL 60674-8742

As of the petition filing date, the claim is:                    $204,201.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.738** **Nonpriority creditor's name and mailing address**
ILLUSTRATION DIVISION INC
1123 BROADWAY, STE 807
NEW YORK, NY 10011

As of the petition filing date, the claim is:                    $7,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.739** **Nonpriority creditor's name and mailing address**
IMG MODELS
304 PARK AVE SOUTH
NEW YORK, NY 10010

As of the petition filing date, the claim is:                    $135,328.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.740** **Nonpriority creditor's name and mailing address**
IMI MSW LLC
P.O. BOX 846133
DALLAS, TX 75284-6133

As of the petition filing date, the claim is:                    $87,942.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.741** | **Nonpriority creditor's name and mailing address**
IN STYLE USA INC
307 WEST 36TH ST
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**  $1,520.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.742** | **Nonpriority creditor's name and mailing address**
IN THE RUSHIES
194 EDGAR ST
ASHEVILLE, NC 28806

**As of the petition filing date, the claim is:**  $126.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.743** | **Nonpriority creditor's name and mailing address**
IN TOMS SONS INTERNATIONAL
327 W 36TH ST, STE 400
NEW YORK, NY 10018
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**  $220.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.744** | **Nonpriority creditor's name and mailing address**
INDEED INC
P.O. BOX 660367
DALLAS, TX 75266-0367

**As of the petition filing date, the claim is:**  $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.745** **Nonpriority creditor's name and mailing address**

INDRA LARSSEN LLC
228 PARK AVE S, STE 34985
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**                $5,650.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.746** **Nonpriority creditor's name and mailing address**

INDUSTRIAL BATTERY
P.O. BOX 63369
CHARLOTTE, NC 28263-3369

**As of the petition filing date, the claim is:**                $1,621.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.747** **Nonpriority creditor's name and mailing address**

INDUSTRIAL TEXTIL DE PUEBLA
CALLE C NO 11
PARQUE INDUSTRIAL PUEBLA 2000
MEXICO

**As of the petition filing date, the claim is:**                $2,239.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.748** **Nonpriority creditor's name and mailing address**

INDUSTRY MODEL GROUP LC
59 CHELSEA PIERS, 3RD FL
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**                $4,800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.749** | **Nonpriority creditor's name and mailing address**
INFORM SYSTEMS DATA DOCUMENTS
P.O. BOX 1588
ARDEN, NC 28704

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,139.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address**
INLAND US MANAGEMENT LLC
13068 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address**
INMAR SUPPLY CHAIN SOLUTIONS LLC
1821 COUNTY LINE RD
PLANT CITY, FL 33566

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $398,116.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address**
INT S.A.
CALZADA ROOSEVELT 22-43 ZONA 11
EDIFICIO TIKAL FUTURA
GUATEMALA CITY,
GUATEMALA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,220,128.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.753**

**Nonpriority creditor's name and mailing address**
INTELLIGRATED SYSTEMS LLC
7901 INNOVATION WAY
MASON, VA 45040-9498

**As of the petition filing date, the claim is:**          $3,295.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.754**

**Nonpriority creditor's name and mailing address**
INTENTIONALLY BLANK

**As of the petition filing date, the claim is:**          $3,514.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.755**

**Nonpriority creditor's name and mailing address**
INTER TRADE SYSTEMS INC

**As of the petition filing date, the claim is:**          $758.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.756**

**Nonpriority creditor's name and mailing address**
INTERFAB SHIRT MANUFACTURING LTD
PLOT-302/547, KUNIA, GASA UNION
GAZIPUR SADAR, DHAKA, BANGLADESH
BANGLADESH

**As of the petition filing date, the claim is:**          $781,906.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.757** **Nonpriority creditor's name and mailing address**
INTERFAB SHIRT MANUFACTURING LTD
PLOT-302/547, KUNIA, GASA UNION
GAZIPUR SADAR, DHAKA, BANGLADESH
BANGLADESH

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**
4991

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.758** **Nonpriority creditor's name and mailing address**
INTERNATIONAL INTEGRATED
137 COMMERICAL ST, STE 100
PLAINVIEW, NY 11803

As of the petition filing date, the claim is:    **$2,470.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.759** **Nonpriority creditor's name and mailing address**
INTERNATIONAL SOS ASSISTANCE INC
3600 HORIZON BLVD, STE 300
TREVOSE, MA 19053

As of the petition filing date, the claim is:    **$40,578.17**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.760** **Nonpriority creditor's name and mailing address**
INTERNATIONAL TRANSACTION FEES

As of the petition filing date, the claim is:    **$7.19**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.761** | **Nonpriority creditor's name and mailing address**
INTERSHOES NEGOCIOS
AVENIDA PAULO VI 1200
FRANCA, 14403-143
BRAZIL

**As of the petition filing date, the claim is:**    $72,992.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.762** | **Nonpriority creditor's name and mailing address**
INTERTEK TESTING SERVICES HK LTD
2/F, GARMENT CENTRE
576 CASTLE PEAK RD
CHEUNG SHA WAN,
HONG KONG

**As of the petition filing date, the claim is:**    $2,449.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.763** | **Nonpriority creditor's name and mailing address**
INTEVI INC
1250 BROADWAY, 36TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**    $109,352.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.764** | **Nonpriority creditor's name and mailing address**
INTEX
A 61, TURN RD, OKHLA PHASE II
S-13 OKHLA INDUSTRIAL AREA
NEW DELHI, 110020
INDIA

**As of the petition filing date, the claim is:**    $553.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                     Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.765** | **Nonpriority creditor's name and mailing address**
INTIFIL SA
NEUHOFSTRASSE 10
SCHINDELLEGI, CH-8834
SWITZERLAND

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,816.44

---

**3.766** | **Nonpriority creditor's name and mailing address**
INTOXIMETERS
2081 CRAIG RD
ST. LOUIS, MO 63146

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$725.75

---

**3.767** | **Nonpriority creditor's name and mailing address**
INTUILAB SA
2460 VOIE L'OCCITANE
REGENT PARK II
BAT 2
LABÈGE, 31670
FRANCE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$370.00

---

**3.768** | **Nonpriority creditor's name and mailing address**
INX TECHONOLOGIES INC
515 PLAINFIELD AVE 2
EDISON, NJ 08817

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$215,932.80

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.769** | **Nonpriority creditor's name and mailing address**
IPS PACKAGING CORP
P.O. BOX 2009
FOUNTAIN INN, SC 29644

**As of the petition filing date, the claim is:**    $111,657.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.770** | **Nonpriority creditor's name and mailing address**
IRIS KIM
164 PINE ST
NEW HYDE PARK, NY 11040

**As of the petition filing date, the claim is:**    $1,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.771** | **Nonpriority creditor's name and mailing address**
IRIS TABORSKY TASA LLC
100 GREENPOINT AVE, APT 3R
BROOKLYN, NY 11222

**As of the petition filing date, the claim is:**    $4,179.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.772** | **Nonpriority creditor's name and mailing address**
IRL SYSTEMS INC
1650 BATH AVE
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**    $1,089.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.773** | **Nonpriority creditor's name and mailing address**
IRON MOUNTAIN
P.O. BOX 27129
NEW YORK, NY 10087-7129

**As of the petition filing date, the claim is:**    $36,087.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.774** | **Nonpriority creditor's name and mailing address**
ISA TAPIA
611 BROADWAY, STE 818
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**    $3,765.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.775** | **Nonpriority creditor's name and mailing address**
ISP PAINTING INC
4003 PLAINFIELD - NAPERVILLE RD
NAPERVILLE, IL 60564

**As of the petition filing date, the claim is:**    $529,857.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address**
IST MANAGEMENT SERVICES INC
934 GLENWOOD AVE, STE 250
ATLANTA, GA 30316-1816

**As of the petition filing date, the claim is:**    $220,545.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.777** **Nonpriority creditor's name and mailing address**
ITOCHU TEXTILE PROMINENT (ASIA)
A, UNIT 2118 21/F MIRA PL TOWER
132 NATHAN RD
TSIM SHA TSUI, KLN,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $6,718.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.778** **Nonpriority creditor's name and mailing address**
J OBRIEN CO INC
40 COMMERCE ST
SPRINGFIELD, NJ 07081

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,167.64
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.779** **Nonpriority creditor's name and mailing address**
J T MAGEN & COMPANY INC
44 WEST 28TH ST, 11TH FL
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,239.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.780** **Nonpriority creditor's name and mailing address**
J. CREW BRAND, LLC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $156,874,766.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<strong>Amount of claim</strong>

---

**3.781** | **Nonpriority creditor's name and mailing address**
J. CREW DOMESTIC BRAND, LLC
225 LIBERTY ST, 17TH FL
NEW YORK, NY 10281

**As of the petition filing date, the claim is:**    $9,833,333.11
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.782** | **Nonpriority creditor's name and mailing address**
J. CREW FRANCE SAS

**As of the petition filing date, the claim is:**    $2,314,228.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.783** | **Nonpriority creditor's name and mailing address**
J. CREW HONG KONG LIMITED
1401 HUTCHISON HOUSE
10 HARCOURT RD
HONG KONG

**As of the petition filing date, the claim is:**    $3,091,511.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.784** | **Nonpriority creditor's name and mailing address**
J. CREW HONG KONG SERVICES, LIMITED

**As of the petition filing date, the claim is:**    $49,528,538.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.785**

**Nonpriority creditor's name and mailing address**
J. CREW INTERNATIONAL, INC

**As of the petition filing date, the claim is:**   $1,918,633.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.786**

**Nonpriority creditor's name and mailing address**
J. CREW NETHERLANDS C.V.
770 BROADWAY
10TH FL
NEW YORK, NY 10003-9512

**As of the petition filing date, the claim is:**   $38,247,956.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.787**

**Nonpriority creditor's name and mailing address**
J. CREW SOURCING ASIA, LIMITED

**As of the petition filing date, the claim is:**   $29,155.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.788**

**Nonpriority creditor's name and mailing address**
J. CREW U.K. LIMITED

**As of the petition filing date, the claim is:**   $4,876,784.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.789** | **Nonpriority creditor's name and mailing address**
JACOBSON GROUP USA LLC
530 7TH AVE, STE 1404
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$92,743.50

**3.790** | **Nonpriority creditor's name and mailing address**
JADE KNITTING & GARMENT FACTORY
BLK A-D 3/F WAH HING IND MANSIONS
36 TAI YAU ST
SANPOKONG, KLN,
HONG KONG

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,571,811.63

**3.791** | **Nonpriority creditor's name and mailing address**
JAG MODELS INC
154 WEST 14TH ST, 2ND FL
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$44,363.00

**3.792** | **Nonpriority creditor's name and mailing address**
JAMESTOWN PCM MASTER TENANT LP
P.O. BOX 531614
ATLANTA, GA 30353-1614

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$54,661.23

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.793**    **Nonpriority creditor's name and mailing address**

JAMESTOWN PREMIER BERKELEY
P.O. BOX 39000
DEPT 35113
SAN FRANCISCO, CA 94139

**As of the petition filing date, the claim is:**    $42,026.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.794**    **Nonpriority creditor's name and mailing address**

JASON MARKK INC
353 S BROADWAY, STE 300
LOS ANGELES, CA 90013

**As of the petition filing date, the claim is:**    $10,255.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.795**    **Nonpriority creditor's name and mailing address**

JBC CONNECT CA LLC
108 WEST 39TH ST, 7TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $260,087.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.796**    **Nonpriority creditor's name and mailing address**

JC RENNIE & CO LTD
MILLADEN MILL
MINTLAW ABERDEENSHIRE, AB42 5DF
UNITED KINGDOM

**As of the petition filing date, the claim is:**    $12,211.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.797** **Nonpriority creditor's name and mailing address**
JE WOONG COMPANY LIMITED
8 HOK CHEUNG ST
HUNG HOM,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$156.75

---

**3.798** **Nonpriority creditor's name and mailing address**
JEMALS ATLANTIC LLC
P.O. BOX 714435
CINCINNATI, OH 45271-4435

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,298.58

---

**3.799** **Nonpriority creditor's name and mailing address**
JENN KARAKKAL CONSULTING LLC
105 DUANE ST 51D
NEW YORK, NY 10007

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

$79,006.00

---

**3.800** **Nonpriority creditor's name and mailing address**
JENNIFER RIGGS
3607 W CLEMENT RD
BOISE, ID 83704

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.90

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.801** | **Nonpriority creditor's name and mailing address**
JEREMY JACOB SCHLANGEN
174 FRANKLIN ST, APT 3
BROOKLYN, NY 11222

As of the petition filing date, the claim is:    $8,975.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address**
JERSEY SHORE PREMIUM OUTLETS LLC
SIMON PROPERTY GROUP, INC
ATTN: PREMIUM OUTLETS
INDIANAPOLIS, IN 46204

As of the petition filing date, the claim is:    $172,671.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address**
JESSE WHITE SECRETARY OF STATE

As of the petition filing date, the claim is:    $153.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address**
JIANGSU GUOTAI HUASHENG
16/F-22/F,GUOTAI NEW CENTURY SQ, NO 125
MIDDLE RENMIN RD
CHINA

As of the petition filing date, the claim is:    $10,822.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

 

Amount of claim

---

**3.805**  **Nonpriority creditor's name and mailing address**
JIANGSU SANHE SHOE & GARMENTS
2 LITONG RD JINHU COUNTY
HUAI AN CITY JIANGSU PROVINCE, 100
CHINA

**As of the petition filing date, the claim is:**    $37,011.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.806**  **Nonpriority creditor's name and mailing address**
JIANGSU SOIPOI CO LTD
NO 113 SHAZHOU WEST RD
ZHANGJIAGANG, 100 215600
CHINA

**As of the petition filing date, the claim is:**    $1,442.48
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.807**  **Nonpriority creditor's name and mailing address**
JIING SHENG KNITTING CO LTD
11F, 376 JEN AI RD, SEC 4
TAIPEI, 10693
TAIWAN

**As of the petition filing date, the claim is:**    $925,019.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.808**  **Nonpriority creditor's name and mailing address**
JINTAI CHITUAN THAILAND CO LTD
7 RAMKHAMHAENG RD
HUA MAK, BANG KAPI, 10240
THAILAND

**As of the petition filing date, the claim is:**    $108,288.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.809**  **Nonpriority creditor's name and mailing address**

JK SOURCING COMPANY LIMITED
29 TAI YAU ST, STE 1407
SAN PO KONG, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,240.50

---

**3.810**  **Nonpriority creditor's name and mailing address**

JKD STUDIO LLL INC
83 CANAL ST ROOM 408
NEW YORK, NY 10002

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,623.00

---

**3.811**  **Nonpriority creditor's name and mailing address**

JOHN MINI DISTINCTIVE LANDSCAPES
250 BRENNER DR
CONGERS, NY 10920

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,905.27

---

**3.812**  **Nonpriority creditor's name and mailing address**

JOHN PEREZ LOCATIONS INC
322 WEST 52ND ST, STE 339
NEW YORK, NY 10019

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,000.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.813** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,750.00
JOHN SCOTT GILBREATH
20 EXCHANGE PL 2507
NEW YORK, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $348.00
JOHNS PRO WINDOW CLEANING
733 E AIRPORT AVE, STE 205
BATON ROUGE, LA 70806

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,383.86
JOHNSON CONTROLS FIRE PROTECTION
DEPT CH 10320
PALATINE, IL 60055-0321

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $16,253.22
JONES LANG LASALLE BROKERAGE INC
95661 TREASURY CENTER DR
CHICAGO, IL 60694-5661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.817**  **Nonpriority creditor's name and mailing address**
JOOLZ USA INC
228 EAST 45TH ST, STE 9E
NEW YORK, NY 10017

As of the petition filing date, the claim is:                                     $75.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.818**  **Nonpriority creditor's name and mailing address**
JORDAN LAWRENCE GROUP L C
702 SPIRIT 40 PARK DR, STE 100
CHESTERFIELD, MO 63005

As of the petition filing date, the claim is:                                  $39,827.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.819**  **Nonpriority creditor's name and mailing address**
JOSEPH LTD.

As of the petition filing date, the claim is:                                  **UNKNOWN**
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.820**  **Nonpriority creditor's name and mailing address**
JOSEPH WILLIAMS
331 SUMMER ST, UNIT 1
SOMERVILLE, MA 02144

As of the petition filing date, the claim is:                                   $2,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.821**

**Nonpriority creditor's name and mailing address**
JPMA GLOBAL INC
7335 HENRI BOURASSA EAST
MONTREAL, QC H1E 3T5
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,125.06

**3.822**

**Nonpriority creditor's name and mailing address**
JPPF DC HOLDING REIT INC
P.O. BOX 37722
BALTIMORE, MD 21297-3722

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$305,735.45

**3.823**

**Nonpriority creditor's name and mailing address**
JSP ELECTRICAL CONTRACTING CORP
178 INDUSTRIAL LOOP
STATEN ISLAND, NY 10309

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$110,045.40

**3.824**

**Nonpriority creditor's name and mailing address**
JU XIN CANG COMPANY LIMITED
HENNESSY RD WANCHAI
HONG KONG,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$230,386.00

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.825** | **Nonpriority creditor's name and mailing address**
KAANAS LLC

As of the petition filing date, the claim is: | $2,327.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address**
KALE WILLIAMS STUDIO LLC

As of the petition filing date, the claim is: | $800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address**
KALEIDOSCOPE CONCEPTS INC
501 FIFTH AVE, STE 2112A
NEW YORK, NY 10017

As of the petition filing date, the claim is: | $43,950.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address**
KARHU NORTH AMERICA LLC
100 CUMMINGS CENTER, STE 365E
BEVERLY, MA 07915

As of the petition filing date, the claim is: | $33,052.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.829** | **Nonpriority creditor's name and mailing address**
KATE RYAN INC
526 WEST 26TH ST LOFT 5D
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**   $5,685.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.830** | **Nonpriority creditor's name and mailing address**
KATRINA DICKSON
3245 WEST CASITAS AVE 116
LOS ANGELES, CA 90039

**As of the petition filing date, the claim is:**   $1,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.831** | **Nonpriority creditor's name and mailing address**
KATSU KAWASAKI INC
110 EAST 25TH ST, 2ND FL
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**   $91,583.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address**
KAYU DESIGN INC
1513 S CLAREMONT ST
SAN MATEO, CA 94402

**As of the petition filing date, the claim is:**   $9,274.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   209 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.833**

**Nonpriority creditor's name and mailing address**
KEANE
450 SEVENTH AVE, STE 1707
NEW YORK, NY 10123

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$8,206.25

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.834**

**Nonpriority creditor's name and mailing address**
KEIL SONOMA CORP
244 KEARNY ST, 3RD FL
SAN FRANCISCO, CA 94108

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

$49,965.34

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.835**

**Nonpriority creditor's name and mailing address**
KELLY CARES FOUNDATION
1251 N EDDY ST, STE 200
SOUTH BEND, IN 46617

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$46.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.836**

**Nonpriority creditor's name and mailing address**
KELLY LARKIN
1720 NORTH BURLING ST
CHICAGO, IL 60614

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$5,000.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.837**  **Nonpriority creditor's name and mailing address**  $259.25

KELLY SERVICES INC
P.O. BOX 820405
PHILADELPHIA, PA 19182-0405

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.838**  **Nonpriority creditor's name and mailing address**  $34,861.20

KENT KNITTERS LTD
12 NG FONG ST
SAN PO KONG, KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.839**  **Nonpriority creditor's name and mailing address**  $5,429,225.80

KEPLER GROUP LLC
6 E 32ND ST, 9TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.840**  **Nonpriority creditor's name and mailing address**  $795.00

KEVIN CHEE
1262 TABOR CT
BROOKLYN, NY 11219

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.841**  **Nonpriority creditor's name and mailing address**    $6,670.58
KEYSTONE FLORIDA PROPERTY
P.O. BOX 71345
CHICAGO, IL 60694-1345

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Basis for the claim:
Unknown    REAL ESTATE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.842**  **Nonpriority creditor's name and mailing address**    $26,962.03
KIBO SOFTWARE INC
75 REMITTANCE DR SEPT 6588
CHICAGO, IL 60675-6588

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Basis for the claim:
Unknown    OTHER TRADE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.843**  **Nonpriority creditor's name and mailing address**    $45,846.70
KIERLAND COMMONS INVESTMENT LLC
P.O. BOX 31001-2151
PASADENA, CA 91110-2151

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Basis for the claim:
Unknown    REAL ESTATE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.844**  **Nonpriority creditor's name and mailing address**    $1,540.00
KING OF PRUSSIA ASSOCIATES
160 NORTH GULPH RD
KING OF PRUSSIA, PA 19406

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**    Basis for the claim:
Unknown    REAL ESTATE

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.845** | **Nonpriority creditor's name and mailing address**

KING OF PRUSSIA ASSOCIATES
160 NORTH GULPH RD
KING OF PRUSSIA, PA 19406

As of the petition filing date, the claim is:                    $332,809.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.846** | **Nonpriority creditor's name and mailing address**

KINGS FOOTWEAR LIMITED
95 QUEENSWAY
ADMIRALTY HONG KONG
CHINA

As of the petition filing date, the claim is:                    $44,566.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.847** | **Nonpriority creditor's name and mailing address**

KINGSTEX INDUSTRIES LIMITED
UNIT 2, 4/F, HENLEY INDUSTRIAL CENTRE,
9-15 BUTE ST
MONGKOK, KOWLOON,
HONG KONG

As of the petition filing date, the claim is:                    $9,522.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.848** | **Nonpriority creditor's name and mailing address**

KIRSTY MCDOUGALL TEXTILE DESIGN
18-24 SHACKLEWELL LN, 1ST FL, C1
LONDON, GB E82EZ
UNITED KINGDOM

As of the petition filing date, the claim is:                    $3,900.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.849**  **Nonpriority creditor's name and mailing address**
KITTERY PREMIUM OUTLETS LLC
P.O. BOX 827730
PHILADELPHIA, PA 19182-7730

As of the petition filing date, the claim is:    $122,155.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.850**  **Nonpriority creditor's name and mailing address**
KMO-361 MANHASSET LLC
P.O. BOX 304
DEPT 5000
EMERSON, NJ 07630

As of the petition filing date, the claim is:    $37,500.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.851**  **Nonpriority creditor's name and mailing address**
KNEELAND CO
1405 MACBETH ST
LOS ANGELES, CA 90026

As of the petition filing date, the claim is:    $5,600.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.852**  **Nonpriority creditor's name and mailing address**
KNIGHT'S TAILORING LLC
8701 KEYSTONE XING, STE 12
INDIANAPOLIS, IN 46240

As of the petition filing date, the claim is:    $1,160.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.853**

**Nonpriority creditor's name and mailing address**
KNIT SOURCES INTERNATIONAL LTD
8 CHEUNG YUE ST
CHEUNG SHA WAN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,007,228.97

---

**3.854**

**Nonpriority creditor's name and mailing address**
KNOCK OUT MEDIA LLC
32 LAKESIDE DR
WESTON, CT 06883

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,325.00

---

**3.855**

**Nonpriority creditor's name and mailing address**
KNOLL YARNS LIMITED
1 WELLS RD ILKLEY
WEST YORKSHIRE, LS29 9JB
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,599.85

---

**3.856**

**Nonpriority creditor's name and mailing address**
KNT LIMITED
120-124 TEXACO RD
TSUEN WAN, NT 999077
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,204,003.56

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.857** **Nonpriority creditor's name and mailing address**
KOIO COLLECTIVE INC
41 WOOSTER ST, 3RD FL
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**   $19,610.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.858** **Nonpriority creditor's name and mailing address**
KOLLEKTIV MANAGEMENT
25 BRUCKNER BLVD 5M
BRONX, NY 10454

**As of the petition filing date, the claim is:**   $4,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.859** **Nonpriority creditor's name and mailing address**
KOMAR INTIMATES LLC
P.O. BOX 5227
NEW YORK, NY 10087-5227

**As of the petition filing date, the claim is:**   $45,698.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.860** **Nonpriority creditor's name and mailing address**
KONG FONG TEXTILE GROUP CO LTD
NO 1471 GUMEI RD, STE 305
SHANGHAI, 201102
CHINA

**As of the petition filing date, the claim is:**   $4,719.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                                  Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.861** | **Nonpriority creditor's name and mailing address**
KORE SWIM LLC
1323-A E ST GERTRUDE PL
SANTA ANA, CA 92705

**As of the petition filing date, the claim is:**                                    $1,249.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.862** | **Nonpriority creditor's name and mailing address**
KORN FERRY HAY GROUP INC

**As of the petition filing date, the claim is:**                                    $14,168.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address**
KPMG LLP
P.O. BOX 7777
PHILADELPHIA, PA 19175-4210

**As of the petition filing date, the claim is:**                                    $11,079.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.864** | **Nonpriority creditor's name and mailing address**
KRE COLONIE OWNER LLC
P.O. BOX 28477
NEW YORK, NY 10087-8477

**As of the petition filing date, the claim is:**                                    $37,459.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.865**

**Nonpriority creditor's name and mailing address**
KRG RIVERS EDGE LLC
P.O. BOX 752
INDIANAPOLIS, IN 46206

**As of the petition filing date, the claim is:**    $46,247.68
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.866**

**Nonpriority creditor's name and mailing address**
KRUGLIAK WILKINS GRIFFITHS &
4775 MUNSON ST NW
CANTON, OH 44718

**As of the petition filing date, the claim is:**    $4,080.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.867**

**Nonpriority creditor's name and mailing address**
KURABO INDUSTRIES LTD
2-4-31 KYUTARO-MACHI
CHUO-KU OSAKA, 5418581
JAPAN

**As of the petition filing date, the claim is:**    $3,215.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.868**

**Nonpriority creditor's name and mailing address**
KYUNG SEUNG CO LTD
408 SAMSEONGRO GANGNAMGU
SEOUL,
SOUTH KOREA

**As of the petition filing date, the claim is:**    $7,461,618.49
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.869**    **Nonpriority creditor's name and mailing address**
KYUNGWON TRADING CORP
860 PALBONG-DONG IKSAN CITY
JEOLLABUK-DO KOREA, 570-998
SOUTH KOREA

**As of the petition filing date, the claim is:**    $738,379.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.870**    **Nonpriority creditor's name and mailing address**
L&M ARCHITECTURAL GRAPHICS INC
20 MONTESANO RD
FAIRFIELD, NJ 07004

**As of the petition filing date, the claim is:**    $3,484.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.871**    **Nonpriority creditor's name and mailing address**
LA CANTERA RETAIL LTD PARTNERSHIP
SDS-12-2532
P.O. BOX 86
MINNEAPOLIS, MN 55486-2532

**As of the petition filing date, the claim is:**    $129,843.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.872**    **Nonpriority creditor's name and mailing address**
LAI TAK ENTERPRISES LTD
39 WANG CHIU RD
KOWLOON BAY, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $4,702.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.873** | **Nonpriority creditor's name and mailing address**
LAI WING KEE CLOTH FACTORY LTD
66-82 CHAI WAN KOK ST
TSUEN WAN, NT
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$239.40

**3.874** | **Nonpriority creditor's name and mailing address**
LAKE & ASHLAND LLC
333 SKOKIE BLVD, STE 111
NORTHBROOK, IL 60062

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,526.00

**3.875** | **Nonpriority creditor's name and mailing address**
LAKESIDE PRESBYTERIAN PRESCHOOL
2690 DIXIE HIGHWAY
LAKESIDE PARK, KY 41017

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$220.00

**3.876** | **Nonpriority creditor's name and mailing address**
LALALAND ARTISTS LLC
548 WEST 28TH ST, STE 640
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,408.85

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,439.67 |
| --- | --- | --- | --- |

LALIBELO LLC
247 CENTRE ST, 6TH FL, STE 14
NEW YORK, NY 10013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110,303.30 |
| --- | --- | --- | --- |

LALIRE MARCH ARCHITECTS LLP
630 9TH AVE, STE 900
NEW YORK, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $493.00 |
| --- | --- | --- | --- |

LAMPETER STRASBURG SCHOOL
P.O. BOX 428
LAMPETER, PA 17537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,144.50 |
| --- | --- | --- | --- |

LANIFICIO COMATEX SPA
VIA TERNI 3/5
OSTE MONTEMURLO, PO 59013
ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.881**

**Nonpriority creditor's name and mailing address**
LANIFICIO DELL'OLIVO SPA
VIA FRATEELI CERVI 84
CAMPI BISENZIO, FI 50013
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,447.47

---

**3.882**

**Nonpriority creditor's name and mailing address**
LANIFICIO NELLO GORI SPA
VIA PALERMO 35
MONTEMURLO, PO 59013
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$99.69

---

**3.883**

**Nonpriority creditor's name and mailing address**
LARONE CRAFTS INC
89933 ARANGA ST
MAKATI CITY, 1203
PHILIPPINES

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,279.00

---

**3.884**

**Nonpriority creditor's name and mailing address**
LARS NORD STUDIO INC
203 WEST 23RD ST, 4TH FL
NEW YORK, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,600.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

**3.885**

**Nonpriority creditor's name and mailing address**
LAS VEGAS NORTH OUTLETS LLC
P.O. BOX 827724
PHILADELPHIA, PA 19182-7724

**As of the petition filing date, the claim is:**    $58,596.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.886**

**Nonpriority creditor's name and mailing address**
LASALLE SOLUTIONS
9550 W HIGGINS RD, STE 600
ROSEMONT, IL 60018

**As of the petition filing date, the claim is:**    $11,578.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.887**

**Nonpriority creditor's name and mailing address**
LAURA KEISLING COLLECTOR
550 WASHINGTON RD
WASHINGTON, PA 15301

**As of the petition filing date, the claim is:**    $225.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.888**

**Nonpriority creditor's name and mailing address**
LAZ PARKING
15 LEWIS ST
HARTFORD, CT 06103

**As of the petition filing date, the claim is:**    $360.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.889**  **Nonpriority creditor's name and mailing address**
LDS SPA
VIA G INGHIRAMI 13
PRATO, 59100
ITALY

**As of the petition filing date, the claim is:**    $9,556.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.890**  **Nonpriority creditor's name and mailing address**
LEBCON ASSOCIATES LTD
P.O. BOX 5559
CAROL STREAM, IL 60197-5559

**As of the petition filing date, the claim is:**    $65,941.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.891**  **Nonpriority creditor's name and mailing address**
LEE MEIROWITZ
30 MAIN ST, APT 7G
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**    $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.892**  **Nonpriority creditor's name and mailing address**
LEEDS RETAIL CENTER LLC
6200 GRAND RIVER BLVD EAST, STE 446
LEEDS, AL 35094

**As of the petition filing date, the claim is:**    $1,861.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.893** | **Nonpriority creditor's name and mailing address**
LEGACY PLACE PROPERTIES LLC
P.O. BOX 782697
PHILADELPHIA, PA 19178-2697

**As of the petition filing date, the claim is:**    $96,207.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address**
LEGACY WEST INVESTORS LP
60 SOUTH MARKET ST, STE 1120
SAN JOSE, CA 95113

**As of the petition filing date, the claim is:**    $11,617.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address**
LEMON LLC
424 NW 45TH ST
SEATTLE, WA 98107

**As of the petition filing date, the claim is:**    $13,582.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address**
LENNOX NATIONAL ACCOUNT SERVICES
3511 NE 22ND AVE
FT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**    $450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.897**  **Nonpriority creditor's name and mailing address**
LES GAMINS
196 UNION ST
BROOKLYN, NY 11231

**As of the petition filing date, the claim is:**    $655.93
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.898**  **Nonpriority creditor's name and mailing address**
LET THERE BE NEON CTY INC
38 WHITE ST
NEW YORK, NY 10013

**As of the petition filing date, the claim is:**    $2,383.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.899**  **Nonpriority creditor's name and mailing address**
LEWIS LLC
254 36TH ST, STE C-446
BROOKLYN, NY 11232

**As of the petition filing date, the claim is:**    $644.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.900**  **Nonpriority creditor's name and mailing address**
LEXMARK INT'L
740 NEW CIR RD NW
LEXINGTON, KY 40550

**As of the petition filing date, the claim is:**    $10,542.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.901** **Nonpriority creditor's name and mailing address**
LF CENTENNIAL PTE LTD
10 RAEBURN PARK 03-08 BLOCK A
SINGAPORE, 088702
SINGAPORE

**As of the petition filing date, the claim is:**           $81,942.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.902** **Nonpriority creditor's name and mailing address**
LF CENTENNIAL PTE LTD COMMISSIONS
10 RAEBURN PARK 03-08 BLOCK A
SINGAPORE, 088702
SINGAPORE

**As of the petition filing date, the claim is:**           $119,401.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.903** **Nonpriority creditor's name and mailing address**
LF CENTENNIAL PTE LTD MERCHANDISE
10 RAEBURN PARK 03-08 BLOCK A
SINGAPORE, 088702
SINGAPORE

**As of the petition filing date, the claim is:**           $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.904** **Nonpriority creditor's name and mailing address**
LGA BEAUTY LLC
195 BROADWAY, 4TH FL 419
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**           $1,547.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.905**

**Nonpriority creditor's name and mailing address**
LIBERTY FABRIC LTD
REGENT ST
LONDON WIB 5AH,
UNITED KINGDOM

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$1,244.60

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.906**

**Nonpriority creditor's name and mailing address**
LIBERTY MUTUAL GROUP
P.O. BOX 7247-0109
PHILADELPHIA, PA 19170-0109

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$435.33

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.907**

**Nonpriority creditor's name and mailing address**
LIBERTY MUTUAL INSURANCE CO

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNKNOWN

UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.908**

**Nonpriority creditor's name and mailing address**
LIBERTY PLACE RETAIL ASSOCIATES LP
24408 NETWORK PL
CHICAGO, IL 60673-1408

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

$113,371.37

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.909**

**Nonpriority creditor's name and mailing address**
LIFESTORAGE
6467 MAIN ST
WILLIAMSVILLE, NY 14221
WILLIAMSVILLE, NY 14221

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$631.00

---

**3.910**

**Nonpriority creditor's name and mailing address**
LIGHTHOUSE PLACE PREMIUM OUTLETS
P.O. BOX 827749
PHILADELPHIA, PA 19182-7749

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$48,577.36

---

**3.911**

**Nonpriority creditor's name and mailing address**
LIGHTSTAT INCORPORATED
22 W WEST HILL RD
BARKHAMSTED, CT 06063

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$310.46

---

**3.912**

**Nonpriority creditor's name and mailing address**
LIH SHYUAN ENTERPRISES CO LTD
4148 3F, 96 CHANG SHOU ST
SAN CHUNG CITY TAIPEI, 241
TAIWAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$414,860.27

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.913** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00
LILY TORCH LLC
671 WATSON HOLLOW RD
WEST SHOKAN, NY 12494

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $96,000.00
LINKEDIN CORP
1000 W MAUDE
SUNNYVALE, CA 94085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34,560.00
LIVE PERSON INC
27260 NETWORK PL
CHICAGO, IL 60673-1272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66,448.20
LIVERMORE PREMIUM OUTLETS LLC
2696 SOLUTION CENTER
CHICAGO, IL 60677-2006

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.917** | **Nonpriority creditor's name and mailing address**
LK JEWELRY CO LTD
628 OPUSB/D, 611-26 GURO-DONG GURO-GU
SEOUL, 152-865
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$117,270.15

---

**3.918** | **Nonpriority creditor's name and mailing address**
LOCKNET LLC
800 JOHN C WATTS
NICHOLASVILLE, KY 40356

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$23,997.04

---

**3.919** | **Nonpriority creditor's name and mailing address**
LOLA NEW YORK LOS ANGELES INC
180 VARICK ST, STE 1124
NEW YORK, NY 10014

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$300.00

---

**3.920** | **Nonpriority creditor's name and mailing address**
LOLI BEAUTY
335 MADISON AVE, 3RD FL
NEW YORK, NY 10017

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$143.50

---

Debtor Name      **J. Crew Operating Corp.**                                                              Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.921**

**Nonpriority creditor's name and mailing address**
LOLO STUDIOS LLC
36 DAHILL RD, APT 4G
BROOKLYN, NY 11218

**As of the petition filing date, the claim is:**                    $2,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.922**

**Nonpriority creditor's name and mailing address**
LORO PIANA SPA
108 WEST 39TH ST
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                    $13,944.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.923**

**Nonpriority creditor's name and mailing address**
LOT NETWORK INC
2055 E WARNER RD, STE 101
TEMPE, AZ 85284

**As of the petition filing date, the claim is:**                    $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.924**

**Nonpriority creditor's name and mailing address**
LOUISVILLE OUTLET SHOPPES LLC
P.O. BOX 809264
CHICAGO, IL 60680-9264

**As of the petition filing date, the claim is:**                    $36,180.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.925** | **Nonpriority creditor's name and mailing address**
LOWE AND CO
3435 E THOUSAND OAKS BLVD
THOUSAND OAKS, CA 91359

**As of the petition filing date, the claim is:**    $35,402.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.926** | **Nonpriority creditor's name and mailing address**
LOWER MERION TOWNSHIP
75 E LANCASTER AVE
ARDMORE, PA 19003

**As of the petition filing date, the claim is:**    $1,577.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.927** | **Nonpriority creditor's name and mailing address**
LOWES OF BROOKLYN 1674
118 2ND AVE
BROOKLYN, NY 11215-3811

**As of the petition filing date, the claim is:**    $1,942.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.928** | **Nonpriority creditor's name and mailing address**
LRC NORTHWAY MALL
1585 FREDERICK BLVD
AKRON, OH 44320

**As of the petition filing date, the claim is:**    $47,546.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.929**

**Nonpriority creditor's name and mailing address**
LU THAI TEXTILE CO LTD
NO97 SONGLING EAST RD
ZICHUAN ZIBO, 120
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,600.00

---

**3.930**

**Nonpriority creditor's name and mailing address**
LUCY LIANG
1262 62ND ST
BROOKLYN, NY 11219

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,380.00

---

**3.931**

**Nonpriority creditor's name and mailing address**
LUEN THAI OVERSEAS MACAO
RMS 1001-1005,10/F, NANYANG PLZ
57 HUNG TO RD
KWUN TONG, KOWLOON,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,225,757.60

---

**3.932**

**Nonpriority creditor's name and mailing address**
LUNYA COMPANY
1032 BROADWAY
SANTA MONICA, CA 90401

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,515.16

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.933** | Nonpriority creditor's name and mailing address
LYNCHBURG PUBLIC WAREHOUSE LLC
554 CRAGHEAD ST, STE 100
DANVILLE, VA 24541

As of the petition filing date, the claim is:    $17,656.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.934** | Nonpriority creditor's name and mailing address
LYNCHBURG SPECIALTY ENGRAVING
3018 MEMORIAL AVE
LYNCHBURG, VA 24501

As of the petition filing date, the claim is:    $327.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.935** | Nonpriority creditor's name and mailing address
M B HAYNES CORP
P.O. BOX 16589
ASHEVILLE, NC 28816

As of the petition filing date, the claim is:    $9,932.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.936** | Nonpriority creditor's name and mailing address
M&V MACAO COMM OFF LTD
11 AUDAR C
599 AVE DA PRAIA GRANDE
MACAO, 999078
CHINA

As of the petition filing date, the claim is:    $1,031,651.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**                         Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.937**

**Nonpriority creditor's name and mailing address**
MAAK LAB
916 W BURNSIDE ST
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$45.00

---

**3.938**

**Nonpriority creditor's name and mailing address**
MABO CLOTHIER INC
925 EAST 900 SOUTH 101
SALT LAKE CITY, UT 84108

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,570.01

---

**3.939**

**Nonpriority creditor's name and mailing address**
MACERICH HHF BROADWAY PLAZA LLC
MANGEMENT OFFICE
ATTN: CENTER MANAGER
WALNUT CREEK, CA 94596

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$233,144.20

---

**3.940**

**Nonpriority creditor's name and mailing address**
MACERICH HHF CENTERS LLC
P.O. BOX 511308
LOS ANGELES, CA 90051-7863

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$116,898.44

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.941** | **Nonpriority creditor's name and mailing address**
MACERICH OAKS LP
P.O. BOX 849428
LOS ANGELES, CA 90084-9428

As of the petition filing date, the claim is:                $21,268.66
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.942** | **Nonpriority creditor's name and mailing address**
MACERICH SCG LIMITED PARTNERSHIP
P.O. BOX 843529
LOS ANGELES, CA 90084-3529

As of the petition filing date, the claim is:                $46,678.98
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.943** | **Nonpriority creditor's name and mailing address**
MACERICH TWENTY NINTH ST LLC
P.O. BOX 511308
LOS ANGELES, CA 90051-7863

As of the petition filing date, the claim is:                $20,632.94
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.944** | **Nonpriority creditor's name and mailing address**
MACKINNEY SYSTEMS INC
4411 E STATE HWY D, STE F
SPRINGFIELD, MO 65809

As of the petition filing date, the claim is:                $600.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.945** **Nonpriority creditor's name and mailing address**
MADE MODERN LLC
1527 FRANKLIN AVE, STE LL-1
MINEOLA, NY 11501

**As of the petition filing date, the claim is:**                                        $2,015.24
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.946** **Nonpriority creditor's name and mailing address**
MAGAZIJN DE BIJENKORF BV
HAAKSBERGWEG 34
AMSTERDAM, 1101 BX
NETHERLANDS

**As of the petition filing date, the claim is:**                                        $2,778.39
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.947** **Nonpriority creditor's name and mailing address**
MAGAZINE ZUM GLOBUS AG
LINTHESCHERGASSE 7 CH
ZURICH, 8001
SWITZERLAND

**As of the petition filing date, the claim is:**                                        $60,600.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.948** **Nonpriority creditor's name and mailing address**
MAGIC CITY SPRINKLER INC
1601 GRANBY ST, NE
ROANOKE, VA 24012

**As of the petition filing date, the claim is:**                                        $19,550.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.949**   **Nonpriority creditor's name and mailing address**

MAISON FRIDA
3043 W DIVERSEY AVE
CHICAGO, IL 60647

**As of the petition filing date, the claim is:**    $384.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.950**   **Nonpriority creditor's name and mailing address**

MAKE IT NICE LLC
224 W 29TH ST, 10TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**    $14,375.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.951**   **Nonpriority creditor's name and mailing address**

MAKR LLC
520 CLAY ST
WINTER PARK, FL 32789

**As of the petition filing date, the claim is:**    $469.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.952**   **Nonpriority creditor's name and mailing address**

MALL AT CHESTNUT HILL LLC
P.O. BOX 643748
PITTSBURGH, PA 15264-3748

**As of the petition filing date, the claim is:**    $217,464.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                                   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.953**  **Nonpriority creditor's name and mailing address**
MALL AT CONCORD MILLS LIMITED
P.O. BOX 100451
ATLANTA, GA 30384-0451

**As of the petition filing date, the claim is:**      $45,409.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.954**  **Nonpriority creditor's name and mailing address**
MALL AT KATY MILLS LP
P.O. BOX 100554
ATLANTA, GA 30384-0554

**As of the petition filing date, the claim is:**      $74,898.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.955**  **Nonpriority creditor's name and mailing address**
MALL AT POTOMAC MILLS LLC
P.O. BOX 277866
ATLANTA, GA 30384-7866

**As of the petition filing date, the claim is:**      $53,648.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.956**  **Nonpriority creditor's name and mailing address**
MALL AT SUMMIT LLC
P.O. BOX 644271
PITTSBURGH, PA 15264-4271

**As of the petition filing date, the claim is:**      $59,477.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.957**

**Nonpriority creditor's name and mailing address**
MAN YAN GARMENT TEXTILES CO LTD
883 CHEUNG SHA WAN RD
KOWLOON,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,372,059.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.958**

**Nonpriority creditor's name and mailing address**
MANAGEMENT ARTISTS ORGANIZATION
47 RUE DES TOURNELLES
PARIS, 75300
FRANCE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $83,732.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.959**

**Nonpriority creditor's name and mailing address**
MANCHU TIMES FASHION LIMITED
NORTH BLOCKWAY SKYWAY HOUSE 3
SHAM MONG RD, TAI KOK TSUI
KOWLOON SN,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $3,524,302.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.960**

**Nonpriority creditor's name and mailing address**
MANDARIN ENTERPRISES INTL
TSING YI INDUSTRIAL CENTRE PHASE 2
1-33 CHEUNG TAT RD
TSING YI ISLAND,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $33,398.98
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.961**   **Nonpriority creditor's name and mailing address**

MANE ENTERPRISES INC
49-29 30TH PL
LONG ISLAND CITY, NY 11101

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$596,224.12

---

**3.962**   **Nonpriority creditor's name and mailing address**

MANEBI
MANEBI (1Â° PIANO)
VIA TORTONA 21
MILAN 20144
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,550.00

---

**3.963**   **Nonpriority creditor's name and mailing address**

MANHATTAN ASSOCIATES INC
P.O. BOX 405696
ATLANTA, GA 30384-5696

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$570,399.68

---

**3.964**   **Nonpriority creditor's name and mailing address**

MANIFATTURA DI CARMIGNANO SRL
VIA FAUSTO COPPI N 2
AGLIANA, PT 51031
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,937.97

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.965**

**Nonpriority creditor's name and mailing address**

MANTECO SPA
19 VIA DELLA VIACCIA
MONTEMURLO, PO 59013
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,390.31

---

**3.966**

**Nonpriority creditor's name and mailing address**

MANUEL MEJIA
C/O ROBERT ASHER ASSOCIATES
ATTN: ROBERT ASHER
111 JOHN ST
NEW YORK, NY 10038

**Date or dates debt was incurred**
9/18/2014

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

---

**3.967**

**Nonpriority creditor's name and mailing address**

MARIA A GABELA
44 TOMPKINS AVE, APT 1
BROOKLYN, NY 11206

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.968**

**Nonpriority creditor's name and mailing address**

MARILYN AGENCY SAS
11 RUE PORTEFOIN
PARIS, 75003
FRANCE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,900.71

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.969** **Nonpriority creditor's name and mailing address**
MARISSA BACA
1720 PALMETTO ST, APT 2L
RIDGEWOOD, NY 11385

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,630.22

---

**3.970** **Nonpriority creditor's name and mailing address**
MARK EDWARD INC
330 WEST 38TH ST 507
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,760.00

---

**3.971** **Nonpriority creditor's name and mailing address**
MARKET STREET RETAIL SOUTH LLC
P.O. BOX 842375
BOSTON, MA 02284-2375

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,447.52

---

**3.972** **Nonpriority creditor's name and mailing address**
MARUBENI AMERICA CORP
P.O. BOX 776843
CHICAGO, IL 60677-6843

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,212.83

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.973** | **Nonpriority creditor's name and mailing address**
MARY GIULIANI CATERING & EVENTS
135 WEST 20TH ST, STE 600
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**    $5,498.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.974** | **Nonpriority creditor's name and mailing address**
MATS INC
179 CAMPANELLI PARKWAY
STOUGHTON, MA 02072

**As of the petition filing date, the claim is:**    $3,012.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.975** | **Nonpriority creditor's name and mailing address**
MATTHEW LABARBIERA

**As of the petition filing date, the claim is:**    $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.976** | **Nonpriority creditor's name and mailing address**
MAUDE GROUP
242 WYTHE AVE 9
BROOKLYN, NY 11249

**As of the petition filing date, the claim is:**    $731.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.977**

**Nonpriority creditor's name and mailing address**
MAVACON USA LLC
101 PLZ REAL S, UNIT 216
BOCA RATON, FL 33432

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$133,449.75

---

**3.978**

**Nonpriority creditor's name and mailing address**
MAX TRADE LIMITED
209-211 WAI YIP ST
KWUN TONG,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$335,757.39

---

**3.979**

**Nonpriority creditor's name and mailing address**
MAYFAIR
P.O. BOX 772816
CHICAGO, IL 60677-2816

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$37,632.96

---

**3.980**

**Nonpriority creditor's name and mailing address**
MB THEATREPROP

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$251.46

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.981**  **Nonpriority creditor's name and mailing address**

MC CONSTRUCTION MANAGEMENT INC
38012 N LINDA DR
CAVE CREEK, AZ 85331

As of the petition filing date, the claim is:                    $203,710.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**
Unknown                                          OTHER TRADE

**Last 4 digits of account number**            **Is the claim subject to offset?**
☑ No
☐ Yes

**3.982**  **Nonpriority creditor's name and mailing address**

MC MASTER-CARR SUPPLY CO
P.O. BOX 7690
CHICAGO, IL 60680-7690

As of the petition filing date, the claim is:                    $5,780.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**
Unknown                                          OTHER TRADE

**Last 4 digits of account number**            **Is the claim subject to offset?**
☑ No
☐ Yes

**3.983**  **Nonpriority creditor's name and mailing address**

MCKAY INVESTMENT CO LLC
2350 OAKMONT WAY, STE 204
EUGENE, OR 97401

As of the petition filing date, the claim is:                    $35,345.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**
Unknown                                          REAL ESTATE

**Last 4 digits of account number**            **Is the claim subject to offset?**
☑ No
☐ Yes

**3.984**  **Nonpriority creditor's name and mailing address**

MCP ENGLISH VILLAGE LLC
P.O. BOX 6124
HICKSVILLE, NY 11802-6124

As of the petition filing date, the claim is:                    $40,238.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**
Unknown                                          REAL ESTATE

**Last 4 digits of account number**            **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.985**  **Nonpriority creditor's name and mailing address**

MEG COMPANY INC
901 HERMOSA AVE
HERMOSA BEACH, CA 90254

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,205.00

---

**3.986**  **Nonpriority creditor's name and mailing address**

MELINDA MARIA DESIGNS
740 N LA BREA AVE
LOS ANGELES, CA 90038

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,007.67

---

**3.987**  **Nonpriority creditor's name and mailing address**

MELISSA JOY MANNING
1827 FIFTH ST, STE B
BERKELEY, CA 94710

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,540.97

---

**3.988**  **Nonpriority creditor's name and mailing address**

MEMEX SHOES SRL
VIALE DEI MILLE 137
FIRENZE, 50131
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$213,324.45

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.989**

**Nonpriority creditor's name and mailing address**
MEPT EDGEMOOR OPERATING LP
P.O. BOX 932886
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,769.70

---

**3.990**

**Nonpriority creditor's name and mailing address**
MERI MERI INC
111 ANZA BLVD, STE 100
BURLINGAME, CA 94010

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$538.44

---

**3.991**

**Nonpriority creditor's name and mailing address**
MERIDIAN CENTERCAL LLC
P.O. BOX 5000
PORTLAND, OR 97208-5000

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,202.90

---

**3.992**

**Nonpriority creditor's name and mailing address**
MERIT TAT INTERNATIONL LIMITED
FLAT G-H, 5TH FL
TUNG KIN FACTORY BLDG, 200-202
TSAT TSE MUI RD, NORTH POINT,
HONG KONG

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$356,429.23

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

---

**3.993**  **Nonpriority creditor's name and mailing address**

MERRICK PARK LLC
SDS-12-3090
P.O. BOX 86
MINNEAPOLIS, MN 55486-3090

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$253,847.13

---

**3.994**  **Nonpriority creditor's name and mailing address**

MERRIMACK PREMIUM OUTLETS
7274 SOLUTION CENTER
CHICAGO, IL 60677-7002

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,344.34

---

**3.995**  **Nonpriority creditor's name and mailing address**

MERRIMACK PREMIUM OUTLETS LLC
7274 SOLUTION CENTER
CHICAGO, IL 60677-7002

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,896.22

---

**3.996**  **Nonpriority creditor's name and mailing address**

METRO DOOR LLC
300 SONTERRA BLVD, STE 350
SAN ANTONIO, TX 78258-3972

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,858.00

---

Debtor Name     **J. Crew Operating Corp.**     Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.997**

**Nonpriority creditor's name and mailing address**
METROPOLITAN LIFE INSURANCE CO
P.O. BOX 360905
PITTSBURGH, PA 15251-6905

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$47,216.43

**3.998**

**Nonpriority creditor's name and mailing address**
METROPOLITAN PROPERTY AND
700 QUKER LN
WARICK, RI 02886

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,030.31

**3.999**

**Nonpriority creditor's name and mailing address**
MGF SOURCING US LLC
4200 REGENT ST, STE 205
COLUMBUS, OH 43219

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,853,114.61

**3.1000**

**Nonpriority creditor's name and mailing address**
MICHAEL FINE
438 SACKETT ST 2
BROOKLYN, NY 11231

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,550.00

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1001**  **Nonpriority creditor's name and mailing address**

MICHAEL MIYAHIRA
96 SCHERMEHORN ST 4A
BROOKLYN, NY 11201

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $762.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1002**  **Nonpriority creditor's name and mailing address**

MICRO GRAPHIC INFORMATION
244 SADDLE RIVER RD
SADDLE BROOK, NJ 07663

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $18,332.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1003**  **Nonpriority creditor's name and mailing address**

MICROSOFT CORP
P.O. BOX 844510
DALLAS, TX 75284-4510

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $970,986.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1004**  **Nonpriority creditor's name and mailing address**

MIDWAY CC VENTURE I LP
800 TOWN & COUNTRY BLVD, STE 200
HOUSTON, TX 77024

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $31,083.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1005**

**Nonpriority creditor's name and mailing address**
MILK MANAGEMENT LIMITED
40-44 NEWMAN ST
LONDON, WLT 1QD
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,612.29

---

**3.1006**

**Nonpriority creditor's name and mailing address**
MILLARD S DREXLER INC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,742.26

---

**3.1007**

**Nonpriority creditor's name and mailing address**
MILLEFILI SPA
VIA CARLO MARX 35
CARPI, MO 41012
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,085.80

---

**3.1008**

**Nonpriority creditor's name and mailing address**
MILLENNIUM STEEL & RACK
253 BOND ST
BROOKLYN, NY 11217

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,426.27

---

Debtor Name      **J. Crew Operating Corp.**                                  Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

### 3.1009 Nonpriority creditor's name and mailing address

MILPITAS MILLS LIMITED PARTNERSHIP
P.O. BOX 409714
ATLANTA, GA 30384-9714

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $71,798.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1010 Nonpriority creditor's name and mailing address

MIND GYM USA INC
9 E 37TH ST, 6TH FL
NEW YORK, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1011 Nonpriority creditor's name and mailing address

MINNOW SWIM
108 LIVE OAK DR
MOUNT PLEASANT, SC 29464

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $42,458.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1012 Nonpriority creditor's name and mailing address

MINOA JEWERLY CO LTD
428-2 SEONGNAE DONG GANGDONG GU
SEOUL,
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $16,707.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1013**   **Nonpriority creditor's name and mailing address**

MINUTEMAN LAND SERVICES
377 HIGHLAND AVE
NORWALK, CT 06854

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $148.89
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1014**   **Nonpriority creditor's name and mailing address**

MIRAKL INC
100 DOVER ST
SOMERVILLE, MA 02144

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $180,000.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1015**   **Nonpriority creditor's name and mailing address**

MIROMAR OUTLET WEST LLC
10801 CORKSCREW RD, STE 305
ESTERO, FL 33928

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $63,578.32
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1016**   **Nonpriority creditor's name and mailing address**

MISSION MEDIA USA INC
123 LAFAYETTE ST, 4TH FL
NEW YORK, NY 10013

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $44,119.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1017**  **Nonpriority creditor's name and mailing address**

MITSUI BUSSAN I FASHION LTD
2-3-33 NAKANOSHIMA
P.O.
BOX
100
JAPAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$828.30

---

**3.1018**  **Nonpriority creditor's name and mailing address**

MLA SOLUTIONS PRACTICE GROUP LLC
15208 COLLECTIONS CENTER DR
CHICAGO, IL 60693-5412

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$94,925.00

---

**3.1019**  **Nonpriority creditor's name and mailing address**

MOAC MALL HOLDINGS LLC
NW 5826
P.O. BOX 1450
MINNEAPOLIS, MN 55485-5826

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$73,885.24

---

**3.1020**  **Nonpriority creditor's name and mailing address**

MOBILE MEDIA
P.O. BOX 177
PINE BUSH, NY 12566

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,584.15

---

Debtor Name    **J. Crew Operating Corp.**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1021** **Nonpriority creditor's name and mailing address**

MOBILITY CONCEPTS INC
1017 54TH AVE E
FIFE, WA 98424

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,945.18

---

**3.1022** **Nonpriority creditor's name and mailing address**

MODA AARON CO LTD
250 HENNESSY RD
WANCHAI HONG KONG,
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$16.39

---

**3.1023** **Nonpriority creditor's name and mailing address**

MODERN WEAVING
320 CRANE BLVD
LOS ANGELES, CA 90065

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$923.53

---

**3.1024** **Nonpriority creditor's name and mailing address**

MOLLUSK SURF SHOP
1283 42ND AVE
SAN FRANCISCO, CA 94122

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,932.20

---

Debtor Name    **J. Crew Operating Corp.**                                 Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1025** **Nonpriority creditor's name and mailing address**

MOLOCO LLC
144 N 7TH ST 515
BROOKLYN, NY 11249

**As of the petition filing date, the claim is:**    $2,832.05

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1026** **Nonpriority creditor's name and mailing address**

MONTGOMERY MALL OWNER LLC
P.O. BOX 54738
LOS ANGELES, CA 90074-4738

**As of the petition filing date, the claim is:**    $199,842.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1027** **Nonpriority creditor's name and mailing address**

MONTY MACAO COMMERCIAL OFFSHORE
CENTRO FINANCEIRO RUA DE PEQUIM
MACAU,
CHINA

**As of the petition filing date, the claim is:**    $52.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1028** **Nonpriority creditor's name and mailing address**

MOORES ELECTRICAL &
P.O. BOX 119
ALTAVISTA, VA 24517

**As of the petition filing date, the claim is:**    $46,325.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1029**   **Nonpriority creditor's name and mailing address**

MORGAN ELEVATOR CO LTD
39-23 29TH ST
LONG ISLAND CITY, NY 11101

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$611.66

---

**3.1030**   **Nonpriority creditor's name and mailing address**

MORRISON COHEN LLP
909 THIRD AVE
NEW YORK, NY 10022-4731

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$125,237.32

---

**3.1031**   **Nonpriority creditor's name and mailing address**

MOST RECKLESSLY LLC
355 STOCKHOLM ST, APT 1L
BROOKLYN, NY 11237

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$723.22

---

**3.1032**   **Nonpriority creditor's name and mailing address**

MOUNTAIN ENERGY
288 RIVERSIDE DR
ASHEVILLE, NC 28801

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$149.35

---

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.1033**

**Nonpriority creditor's name and mailing address**
MSDS ONLINE INC
27185 NETWORK PL
CHICAGO, IL 60673-1271

**As of the petition filing date, the claim is:**        $3,449.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1034**

**Nonpriority creditor's name and mailing address**
MSJC DEVELOPMENT CO LTD
15F/A, FORTUNE PLZ
86 GUANG AN ST
SHIJIAZHUANG, 60 50011
CHINA

**As of the petition filing date, the claim is:**        $5,350.88
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1035**

**Nonpriority creditor's name and mailing address**
MTL SOURCING DMCC
261 SIRI DHAMMA MAWATHA
DUBAI
UNITED ARAB EMIRATES

**As of the petition filing date, the claim is:**        $126,591.31
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1036**

**Nonpriority creditor's name and mailing address**
MUSE MANAGEMENT INC
150 BROADWAY 1101
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**        $34,320.50
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name   **J. Crew Operating Corp.**                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

---

**3.1037**

**Nonpriority creditor's name and mailing address**
MYRIAD SUPPLY COMPANY LLC
22 WEST 19TH ST, 4TH FL
NEW YORK, NY 10011

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,662.50

---

**3.1038**

**Nonpriority creditor's name and mailing address**
NAM DINH GARMENT JOINT STOCK CO
LOT H1 H5, PHAM NGU LAO RD
HOA XA IP
NAM DINH CITY, 420000
VIETNAM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,229,523.78

---

**3.1039**

**Nonpriority creditor's name and mailing address**
NANOTOUCH RETAIL STORE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,607.50

---

**3.1040**

**Nonpriority creditor's name and mailing address**
NARAE CORP

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$89.41

---

Debtor Name   **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1041** | **Nonpriority creditor's name and mailing address**
NATALIE MARTIN COLLECTION LLC
804 N LA CIENEGA BLVD
LOS ANGELES, CA 90069

**As of the petition filing date, the claim is:**   $8,860.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1042** | **Nonpriority creditor's name and mailing address**
NATASHA PICKOWICZ

**As of the petition filing date, the claim is:**   $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1043** | **Nonpriority creditor's name and mailing address**
NATIFIC AG
INDUSTRIESTRASSE 111
AESCH BL, 4147
SWITZERLAND

**As of the petition filing date, the claim is:**   $42,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1044** | **Nonpriority creditor's name and mailing address**
NATIONAL FOREST FOUNDATION
BLDG 27, STE 3 FORT MISSOULA RD
MISSOULA, MT 59804

**As of the petition filing date, the claim is:**   $15,319.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1045** | **Nonpriority creditor's name and mailing address**

NATIONAL HANGER COMPANY
P.O. BOX 818
WATER ST
NORTH BENNINGTON, VT 05257

**As of the petition filing date, the claim is:**           $19,651.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1046** | **Nonpriority creditor's name and mailing address**

NATIONAL UNION FIRE INSURANCE CO

**As of the petition filing date, the claim is:**           UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1047** | **Nonpriority creditor's name and mailing address**

NATIVE UNION
7365 COMMERCIAL WAY, STE 115
HENDERSON, NV 89011

**As of the petition filing date, the claim is:**           $2,321.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1048** | **Nonpriority creditor's name and mailing address**

NED LITTLE ROCK LLC
P.O. BOX 419207
BOSTON, MA 02241-9207

**As of the petition filing date, the claim is:**           $2,431.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1049** **Nonpriority creditor's name and mailing address**
NEO HAIJOO CO LTD
136-138 AUSTIN RD
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**    $36,862.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1050** **Nonpriority creditor's name and mailing address**
NEST INC
501 5TH AVE 1608
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**    $30,833.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1051** **Nonpriority creditor's name and mailing address**
NESTLE WATERS
P.O. BOX 856158
LOUISVILLE, KY 40285-6158

**As of the petition filing date, the claim is:**    $6,821.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1052** **Nonpriority creditor's name and mailing address**
NEVA LIMITED
19 LAM LOK ST KLN BAY
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**    $103.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1053**  **Nonpriority creditor's name and mailing address**
NEVADA DEPT OF TAXATION
P.O. BOX 98560
LAS VEGAS, NV 89193-8560

$228.85

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1054**  **Nonpriority creditor's name and mailing address**
NEW BALANCE ATHLETIC SHOE INC
P.O. BOX 415206
BOSTON, MA 02241-5206

$663,027.55

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1055**  **Nonpriority creditor's name and mailing address**
NEW FASHION PRODUCTS INC
13344 S MAIN ST, STE B
LOS ANGELES, CA 90061

$2,743,387.94

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1056**  **Nonpriority creditor's name and mailing address**
NEW MADE LA
134 GLENDALE BLVD
LOS ANGELES, CA 90026

$2,468.96

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1057** | **Nonpriority creditor's name and mailing address**
NEW MILL SPA
VIA PALERMO 41
MONTEMURLO, 59013
ITALY

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$260.51

---

**3.1058** | **Nonpriority creditor's name and mailing address**
NEW TEX CO LTD
3F NO 97 XINPU 6TH ST
TAOYUAN CITY, 330
TAIWAN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$402,749.96

---

**3.1059** | **Nonpriority creditor's name and mailing address**
NEW YORK CARES INC
65 BROADWAY, 19TH FL
NEW YORK, NY 10006

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,000.00

---

**3.1060** | **Nonpriority creditor's name and mailing address**
NEW YORK EMBROIDERY STUDIO
327 WEST 36TH ST, 11TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,373.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1061**

**Nonpriority creditor's name and mailing address**
NEW YORK MODEL MANAGEMENT INC
7700 SUNSET BLVD
LOS ANGELES, CA 90046

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$720.00

---

**3.1062**

**Nonpriority creditor's name and mailing address**
NEW YORK URBAN LEAGUE INC
P.O. BOX 1794
NEW YORK, NY 10027

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.20

---

**3.1063**

**Nonpriority creditor's name and mailing address**
NEWMACK LLC
209 MUNSON RD
MIDDLEBURY, CT 06762

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$84,410.00

---

**3.1064**

**Nonpriority creditor's name and mailing address**
NEWTON DISTRIBUTING CO INC
245 W CENTRAL ST
NATICK, MA 01760

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,945.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1065** | **Nonpriority creditor's name and mailing address**
NEXT MANAGEMENT LLC
15 WATTS ST, 6TH FL
NEW YORK, NY 10013

As of the petition filing date, the claim is:    $161,236.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1066** | **Nonpriority creditor's name and mailing address**
NHT FASHIONS LTD
EXPORT PROCESSING ZONE
CHATTAGRAM, 4223
BANGLADESH

As of the petition filing date, the claim is:    $130,869.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1067** | **Nonpriority creditor's name and mailing address**
NICO NICO CLOTHING
117 W 9TH ST, STE 101
LOS ANGELES, CA 90015

As of the petition filing date, the claim is:    $487.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1068** | **Nonpriority creditor's name and mailing address**
NIKE COMMUNICATIONS INC
75 BROAD ST, STE 185
NEW YORK, NY 10004

As of the petition filing date, the claim is:    $61,305.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**      Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1069** Nonpriority creditor's name and mailing address

NINGBO ZHONGXIN WOOL TEXTILE
NO 288 JUYUAN RD LUOTUO ST
ZHENHAI NINGBO, 315202
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $70,685.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1070** Nonpriority creditor's name and mailing address

NOA BRANDS AMERICA INC
1460 OVERLOOK DR
LAFAYETTE, CO 80026

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $79,529.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1071** Nonpriority creditor's name and mailing address

NOBLAND INTERNATIONAL INC
NOBLAND BUILDING
197-15, KARAK-DONG
SONGPA-GU, SEOUL , 138-162
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $1,879,628.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1072** Nonpriority creditor's name and mailing address

NOBLE INDUSTRY CO LTD
49 OGEUM-RO 46 GIL SONGPA-GU
SEOUL, 138-162
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**        $2,355,425.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.1073** **Nonpriority creditor's name and mailing address**
NORTH 6TH STREET DRY GOODS LLC
134 WEST 29TH ST, 4TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**                          **$39,057.44**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1074** **Nonpriority creditor's name and mailing address**
NORTH 6TH STREET REALTY LLC
1827 FLUSHING AVE
RIDGEWOOD, NY 11385

**As of the petition filing date, the claim is:**                          **$11,068.86**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1075** **Nonpriority creditor's name and mailing address**
NORTH HILLS SCHOOL DISTRICT
135 SIXTH AVE
PITTSBURG, PA 15229-1291

**As of the petition filing date, the claim is:**                          **$1,539.08**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1076** **Nonpriority creditor's name and mailing address**
NORTHPARK MERCHANTS ASSOC
P.O. BOX 612083
DALLAS, TX 75261-2083

**As of the petition filing date, the claim is:**                          **$3,452.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1077** **Nonpriority creditor's name and mailing address**
NORTHPARK PARTNERS LP
P.O. BOX 226864
DALLAS, TX 75222-6864

As of the petition filing date, the claim is:    $317,107.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1078** **Nonpriority creditor's name and mailing address**
NORTHWOOD PL HOLDINGS LP
P.O. BOX 208281
DALLAS, TX 75320-8281

As of the petition filing date, the claim is:    $53,910.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1079** **Nonpriority creditor's name and mailing address**
NOVESTA
1133 CECILE DR
PORT MOODY, BC V3H 1M8
CANADA

As of the petition filing date, the claim is:    $6,335.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1080** **Nonpriority creditor's name and mailing address**
NP CREATION SAS
9 BIS RUE DE LA TUILERIE
ARBENT, 1100
FRANCE

As of the petition filing date, the claim is:    $93,984.19
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

### 3.1081
**Nonpriority creditor's name and mailing address**
NPD GROUP INC
24619 NETWORK PL
CHICAGO, IL 60603-1246

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$140,176.58

### 3.1082
**Nonpriority creditor's name and mailing address**
NST APPAREL INTERNATIONAL CORP
OFFSHORE INCORPORATION CENTRE
ROADTOWN TORTOLA, VG1120
BRITISH VIRGIN ISLANDS

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,963.26

### 3.1083
**Nonpriority creditor's name and mailing address**
NU ORDER INC
1901 AVE OF THE STARS 175M
LOS ANGELES, CA 90067

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,320.00

### 3.1084
**Nonpriority creditor's name and mailing address**
NWN CORP
P.O. BOX 535596
ATLANTA, GA 30353-5595

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$155,719.83

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1085**   **Nonpriority creditor's name and mailing address**

NYC FINANCE SERVICE FEE
1 CENTRE ST, 22ND FL
NEW YORK, NY 10007

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.60

---

**3.1086**   **Nonpriority creditor's name and mailing address**

OAK BROOK URBAN VENTURE LP
SDA-12 2892
P.O. BOX 86
MINNEAPOLIS, MN 55486-2892

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$260,296.70

---

**3.1087**   **Nonpriority creditor's name and mailing address**

OCEAN FAST INTERNATIONAL LTD
16 WANG HOI RD
KOWLOON BAY ,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,248,532.50

---

**3.1088**   **Nonpriority creditor's name and mailing address**

OCF HOLDINGS LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,644.56

---

Debtor Name      **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1089** | **Nonpriority creditor's name and mailing address**
ODETTE NEW YORK LLC
473 BEDFORD CENTER RD
BEDFORD, NY 10506

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $9,143.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1090** | **Nonpriority creditor's name and mailing address**
ODY ACCESSORIES
29 WEST 36TH ST, STE 402
NEW YORK, NY 10018

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                   $620,435.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1091** | **Nonpriority creditor's name and mailing address**
OFFICE UNIVERSE
745 SUMMA AVE
WESTBURY, NY 11590

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $18,796.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1092** | **Nonpriority creditor's name and mailing address**
OHLSSON MODEL & TALENT
P.O. BOX 2165
MILWAUKEE, WI 53201

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                     $1,440.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                              Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.1093** **Nonpriority creditor's name and mailing address**
OK CITY OUTLETS LLC
10275 WEST HIGGINS RD, STE 560
ROSEMONT, IL 60018

**As of the petition filing date, the claim is:**    $39,816.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1094** **Nonpriority creditor's name and mailing address**
OKABASHI BRANDS INC
POBOX 150648
OGDEN, UT 84415

**As of the petition filing date, the claim is:**    $4,159.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1095** **Nonpriority creditor's name and mailing address**
OLD ORCHARD URBAN LIMITED
P.O. BOX 743657
LOS ANGELES, CA 90074-3657

**As of the petition filing date, the claim is:**    $221,025.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1096** **Nonpriority creditor's name and mailing address**
OLR AMERICA INC
100 SOUTH FIFTH ST, STE 850
MINNEAPOLIS, MN 55402

**As of the petition filing date, the claim is:**    $51,265.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1097** **Nonpriority creditor's name and mailing address**
OMAHA OUTLETS SPE LLC
P.O. BOX 8432
DES MOINES, IA 50301

**As of the petition filing date, the claim is:**    $9,216.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1098** **Nonpriority creditor's name and mailing address**
OMEGA MODELS
15 RENDEZVOUS RIDGE EAST
CHRIST CHURCH, BB15028
BARBADOS

**As of the petition filing date, the claim is:**    $7,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1099** **Nonpriority creditor's name and mailing address**
ONES COMPANY LTD
KWANGJIN-KU
SEOUL,
SOUTH KOREA

**As of the petition filing date, the claim is:**    $1,360,733.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1100** **Nonpriority creditor's name and mailing address**
ONIA LLC
10 EAST 40TH ST, 37TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**    $2,685.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1101**  **Nonpriority creditor's name and mailing address**

ONSITE MEDIA SOLUTIONS LLC
P.O. BOX 682675
PARK CITY, UT 84068

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**         $29,788.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1102**  **Nonpriority creditor's name and mailing address**

ONTARIO MILLS LP
P.O. BOX 198844
ATLANTA, GA 30384-8844

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**         $61,022.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1103**  **Nonpriority creditor's name and mailing address**

ONWARD NEW RIVER VALLEY
2020 KRAFT DR, STE 2000
BLACKSBURG, VA 24060

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**         $1,041.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1104**  **Nonpriority creditor's name and mailing address**

OPEN REALTY ADVISORS LLC
2305 CEDAR SPRINGS RD, STE 100
DALLAS, TX 75201

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**         $5,622.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.1105** | **Nonpriority creditor's name and mailing address**
OPEN TEXT INC
24685 NETWORK PL
CHICAGO, IL 60673-1246

As of the petition filing date, the claim is:    $1,309.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1106** | **Nonpriority creditor's name and mailing address**
OPRY MILLS MALL LP
P.O. BOX 402242
ATLANTA, GA 30384-2242

As of the petition filing date, the claim is:    $62,797.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1107** | **Nonpriority creditor's name and mailing address**
ORACLE AMERICA INC
P.O. BOX 44471
SAN FRANCISCO, CA 94144-4471

As of the petition filing date, the claim is:    $664,202.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1108** | **Nonpriority creditor's name and mailing address**
ORBIS CORP

As of the petition filing date, the claim is:    $68.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1109** **Nonpriority creditor's name and mailing address**

ORIENT CRAFT LTD
LOT NO 80P, SECTOR-34
NEAR HERO HONDA CHOWK
GURGAGON, 7 122001
INDIA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $8,882.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1110** **Nonpriority creditor's name and mailing address**

ORIGAL LLP
244 LEONIA AVE
BOGOTA, NJ 07603

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $98.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1111** **Nonpriority creditor's name and mailing address**

ORION RETAIL SERVICES & FIXTURING
270 JENCKES HILL RD
SMITHFIELD, RI 02917

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,800.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1112** **Nonpriority creditor's name and mailing address**

OTIS ELEVATOR COMPANY
P.O. BOX 905454
CHARLOTTE, NC 28290

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,486.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1113** | **Nonpriority creditor's name and mailing address**
OUTLET MALL OF SAVANNAH LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**As of the petition filing date, the claim is:**    $4,548.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1114** | **Nonpriority creditor's name and mailing address**
OUTLETS AT TRAVERSE MOUNTAIN LLC
P.O. BOX 301028
LOS ANGELES, CA 90030-1028

**As of the petition filing date, the claim is:**    $50,668.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1115** | **Nonpriority creditor's name and mailing address**
OWEN & FRED CORP
42 WEST ST, STE 106
BROOKLYN, NY 11222

**As of the petition filing date, the claim is:**    $752.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1116** | **Nonpriority creditor's name and mailing address**
PACIFIC PREMIER RETAIL TRUST LLC
P.O. BOX 849471
LOS ANGELES, CA 90084-9471

**As of the petition filing date, the claim is:**    $58,265.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1117** | **Nonpriority creditor's name and mailing address**
PACKAGING CORP OF AMERICA

As of the petition filing date, the claim is:    $84,578.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1118** | **Nonpriority creditor's name and mailing address**
PAGER DUTY INC
600 TOWNSEND ST, STE 200
SAN FRANCISCO, CA 94103

As of the petition filing date, the claim is:    $2,159.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1119** | **Nonpriority creditor's name and mailing address**
PAGOSA II 2017 LLC
5307 W LOOP 289, STE 302
LUBBOCK, TX 79414

As of the petition filing date, the claim is:    $30,829.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1120** | **Nonpriority creditor's name and mailing address**
PAISLEY MAGIC
1269 1ST AVE, APT 2B
NEW YORK, NY 10065

As of the petition filing date, the claim is:    $596.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1121**  **Nonpriority creditor's name and mailing address**    $2,929.19
PALISADES VILLAGE CO LLC
101 THE GROVE DR
LOS AGELES, CA 90036

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1122**  **Nonpriority creditor's name and mailing address**    $59,185.39
PALM BEACH OUTLETS I LLC
P.O. BOX 9468
NEW YORK, NY 10087-9468

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1123**  **Nonpriority creditor's name and mailing address**    $77,029.62
PALMER SQUARE LTD PARTNERSHIP
P.O. BOX 451
EMERSON, NJ 07630

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1124**  **Nonpriority creditor's name and mailing address**    $3,911,861.59
PAN PACIFIC CO LTD
12 DIGITAL RO 31 GIL
GURO GU SEOUL
SOUTH KOREA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1125** | **Nonpriority creditor's name and mailing address**

PANTONE INC
P.O. BOX 74008781
CHICAGO, IL 60674-8781

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$2,500.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1126** | **Nonpriority creditor's name and mailing address**

PAPERG INC
350 SANSOME ST, STE 815
SAN FRANCISCO, CA 94101

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$14,000.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1127** | **Nonpriority creditor's name and mailing address**

PAQUETA CALCADOS LTDA
AVENUE 20 DE SETEMBRO
4411 BAIRRO CENTRO
SAPIRANGA, RIO GRANDE DO SUL, 93800-000
BRAZIL

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$818,201.90

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1128** | **Nonpriority creditor's name and mailing address**

PAR MARR AND ASSOCIATES LLC
525 BROADHOLLOW RD, STE 104
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$17,672.50

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1129** | **Nonpriority creditor's name and mailing address**
PARAGON OUTLETS AT GRAND PRAIRIE
P.O. BOX 748315
LOS ANGELES, CA 90074-8315

**As of the petition filing date, the claim is:**   $419.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1130** | **Nonpriority creditor's name and mailing address**
PARAVEL INC
237 32ND ST
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**   $4,024.09
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1131** | **Nonpriority creditor's name and mailing address**
PARAWIN INDUSTRIES LIMITED
HOI LUEN INDUSTRIAL CENTRE
55 HOI YUEN RD
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**   $1,400,256.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1132** | **Nonpriority creditor's name and mailing address**
PARRAS CONE DE MEXICO SA DE CV
KIOLOMETRO 35
PARRAS DE LA FUENTE, COA 27980
MEXICO

**As of the petition filing date, the claim is:**   $311.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1133** **Nonpriority creditor's name and mailing address**
PARTNERS AND SPADE LLC
324 LAFAYETTE ST, 2ND FL
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$40,000.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1134** **Nonpriority creditor's name and mailing address**
PARTS MODELS LLC
7529 FDR STATION
NEW YORK, NY 10150

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$14,400.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1135** **Nonpriority creditor's name and mailing address**
PATRICIA NUGENT TEXTILES
2259 12TH AVE WEST
SEATTLE, WA 98119

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

$6,805.00

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1136** **Nonpriority creditor's name and mailing address**
PATT'TOUCH
2 RUE DE LA FORGE
PINAUD SAINT DENIS DE PILE, 33910
FRANCE

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

$1,332.34

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1137**  **Nonpriority creditor's name and mailing address**

PAULMANN ENTERPRISES LLC
6278 N FEDERAL HIGHWAY, STE 187
FORT LAUDERDALE, FL 33308

**As of the petition filing date, the claim is:**    $21,151.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1138**  **Nonpriority creditor's name and mailing address**

PAVILION INVESTMENT LIMITED
RM 608-9 6/F HARBOUR CTR TWR 1
1 HOK CHEUNG ST
HUNG HOM,
HONG KONG

**As of the petition filing date, the claim is:**    $48,942.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1139**  **Nonpriority creditor's name and mailing address**

PAYPAL
2211 N FIRST ST
SAN JOSE, CA 95131
SAN JOSE, CA 95131

**As of the petition filing date, the claim is:**    $6,037.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1140**  **Nonpriority creditor's name and mailing address**

PBMS
181 JOHNSTON RD
WAN CHAI,
HONG KONG

**As of the petition filing date, the claim is:**    $68,272.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**                                        Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1141**  **Nonpriority creditor's name and mailing address**

PEHR DESIGNS INC
320 DAVENPORT RD, STE 300
TORONTO, ON M5R 1K6
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $2,596.39
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1142**  **Nonpriority creditor's name and mailing address**

PEMBROKE SQUARE ASSOCIATES LLC
4460 CORPORATION LN, STE 300
VIRGINIA BEACH, VA 23462

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $35,917.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1143**  **Nonpriority creditor's name and mailing address**

PENN ROSS JOINT VENTURE
1326 PAYSPHERE CIR
CHICAGO, IL 60674

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $46,687.57
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1144**  **Nonpriority creditor's name and mailing address**

PENN SQUARE MALL LTD PARTNERSHIP
32122 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                                    $65,419.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1145** **Nonpriority creditor's name and mailing address**
PENTLAND BRANDS/CANTERBURY LTD
LAKESIDE, SQUIRES LN
LONDON, N3 2QT, UK
UNITED KINGDOM

As of the petition filing date, the claim is:        $156,195.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1146** **Nonpriority creditor's name and mailing address**
PEOPLES DEVELOPMENT COMPANY INC
P.O. BOX 11505
KNOXVILLE, TN 37939

As of the petition filing date, the claim is:        $15,225.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1147** **Nonpriority creditor's name and mailing address**
PEORIA NEW MALL LLC
P.O. BOX 74991
CHICAGO, IL 60675-4991

As of the petition filing date, the claim is:        $41,696.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1148** **Nonpriority creditor's name and mailing address**
PERIMETER MALL LLC
P.O. BOX 860381
MINNEAPOLIS, MN 55486-0381

As of the petition filing date, the claim is:        $61,028.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1149**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $9,064.17
PERLMAN & PERLMAN LLP
521 5TH AVE, 30TH FL
NEW YORK, NY 10175

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1150**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $11,904.26
PERMIT ADVISORS INC
8370 WILSHIRE BLVD, STE 330
BEVERLY HILLS, CA 90211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1151**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $2,895.98
PES PARTNERS LLC
P.O. BOX 849967
LOS ANGELES, CA 90084-9967

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1152**  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $1,250.27
PETITE AJ INC
1240 S BOYLE AVE
LPS ANGELES, CA 90023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1153** Nonpriority creditor's name and mailing address

PETITE N PRETTY LLC
401 N MAPLE
BEVERLY HILLS, CA 90210

As of the petition filing date, the claim is:    $952.37

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1154** Nonpriority creditor's name and mailing address

PETITE PLUME LLC
389 RIDGE AVE
WINNETKA, IL 60093

As of the petition filing date, the claim is:    $18,761.69

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1155** Nonpriority creditor's name and mailing address

PHILADELPHIA PREMIUM OUTLETS LLC
P.O. BOX 822464
PHILADELPHIA, PA 19182-2905

As of the petition filing date, the claim is:    $96,439.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1156** Nonpriority creditor's name and mailing address

PHOENIX ENERGY TECHNOLOGIES INC
P.O. BOX 74664
CHICAGO, IL 60675-4664

As of the petition filing date, the claim is:    $3,780.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1157** | **Nonpriority creditor's name and mailing address**

PHOENIX PREMIUM OUTLETS LLC
7517 SOLUTION CENTER
CHICAGO, IL 60677-7005

**As of the petition filing date, the claim is:**   $48,264.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1158** | **Nonpriority creditor's name and mailing address**

PHOENIX FIBERS

**As of the petition filing date, the claim is:**   $3,588.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1159** | **Nonpriority creditor's name and mailing address**

PHYSICIANS TREATMENT CENTER

**As of the petition filing date, the claim is:**   $180.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1160** | **Nonpriority creditor's name and mailing address**

PICCHI SPA
VIA M TEMPESTE, 13
PRATO, 59100
ITALY

**As of the petition filing date, the claim is:**   $1,306.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1161** | **Nonpriority creditor's name and mailing address**
PIEDMONT FLEET SERVICES
201 MILL RIDGE RD
LYNCHBURG, VA 24502

**As of the petition filing date, the claim is:**            $260.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Unknown                                      OTHER TRADE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1162** | **Nonpriority creditor's name and mailing address**
PIERPASS LLC
100 OCEAN GATE, STE 410
LONG BEACH, CA 90802

**As of the petition filing date, the claim is:**            $14,132.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Unknown                                      OTHER TRADE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1163** | **Nonpriority creditor's name and mailing address**
PINORI FILATI SPA
VIA EUGENIO GESTRI, 19
PRATO, 59100
ITALY

**As of the petition filing date, the claim is:**            $5,347.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Unknown                                      MERCHANDISE VENDOR

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1164** | **Nonpriority creditor's name and mailing address**
PIONEER CARRY LLC
1229 N NORTH BRANCH 201
CHICAGO, IL 60642

**As of the petition filing date, the claim is:**            $764.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**
Unknown                                      OTHER TRADE

**Last 4 digits of account number**          **Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            292 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | Amount of claim |
|---|---|

**3.1165** **Nonpriority creditor's name and mailing address**
PIONEER PROPERTY PARTNERS
P.O. BOX 638989
CINCINNATI, OH 45263-8989

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,109.34

---

**3.1166** **Nonpriority creditor's name and mailing address**
PIP PRINTING
1709 MEMORIAL AVE
LYNCHBURG, VA 24501

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$288.08

---

**3.1167** **Nonpriority creditor's name and mailing address**
PIPP MOBILE STORAGE SYSTEMS INC
DEPT CH 19246
PALATINE, IL 60055-9246

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,888.30

---

**3.1168** **Nonpriority creditor's name and mailing address**
PITTSFORD PLAZA SPE LLC
P.O. BOX 8000
BUFFALO, NY 14267

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,603.72

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------|

**Amount of claim**

**3.1169** | **Nonpriority creditor's name and mailing address**

PLACE NATIONALE
13 FRIDAY ST
HENLEY ON THAMES, OX RG9 1AN
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $740.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1170** | **Nonpriority creditor's name and mailing address**

PLANTSCAPING INC
1865 E 40TH ST
CLEVELAND, OH 44103

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $842.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1171** | **Nonpriority creditor's name and mailing address**

PLEASANT PRAIRIE PREMIUM OUTLETS LL
P.O. BOX 776288
CHICAGO, IL 60677-6288

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $100,325.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1172** | **Nonpriority creditor's name and mailing address**

PLYMOUTH TOWNSHIP
700 BELVOIR RD
PLYMOUTH MEETING, PA 19462

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,161.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1173** **Nonpriority creditor's name and mailing address**

PMG WORLDWIDE LLC
2845 WEST 7TH ST
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**    $3,103,095.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1174** **Nonpriority creditor's name and mailing address**

POK E JOES

**As of the petition filing date, the claim is:**    $5,701.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1175** **Nonpriority creditor's name and mailing address**

POMEROY IT SOLUTION SALES CO INC
P.O. BOX 936645
ATLANTA, GA 31193-6645

**As of the petition filing date, the claim is:**    $59,644.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1176** **Nonpriority creditor's name and mailing address**

POOL 28 LLC
272 KRIPPLEBUSH RD
ACCORD, NY 12404

**As of the petition filing date, the claim is:**    $1,675.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1177** **Nonpriority creditor's name and mailing address**
POSTERSCOPE USA INC
P.O. BOX 28003
NEW YORK, NY 10087-8003

**As of the petition filing date, the claim is:**    $162,533.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1178** **Nonpriority creditor's name and mailing address**
POWELL'S TRUCK & EQUIPMENT INC
P.O. BOX 11928
LYNCHBURG, VA 24506-1928

**As of the petition filing date, the claim is:**    $5,296.26
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1179** **Nonpriority creditor's name and mailing address**
PPP LLC
P.O. BOX 72165
CLEVELAND, OH 44192-0002

**As of the petition filing date, the claim is:**    $5,620.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1180** **Nonpriority creditor's name and mailing address**
PPSA LLC
P.O. BOX 509015
SAN DIEGO, CA 92150-9015

**As of the petition filing date, the claim is:**    $178,685.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1181** **Nonpriority creditor's name and mailing address**
PR NEWSWIRE
P.O. BOX 5897
NEW YORK, NY 10087-5897

**As of the petition filing date, the claim is:**   $29,541.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1182** **Nonpriority creditor's name and mailing address**
PR WOODLAND LTD PARTNERSHIP
P.O. BOX 73858
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**   $4,684.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1183** **Nonpriority creditor's name and mailing address**
PRACTISING LAW INSTITUTE
1177 AVE OF THE AMERICAS
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**   $16,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1184** **Nonpriority creditor's name and mailing address**
PRECISION TEXTILE COLOR INC
244 LIBERTY ST, UNIT 4
BROCKTON, MA 02301

**As of the petition filing date, the claim is:**   $7,566.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1185** | **Nonpriority creditor's name and mailing address**
PREIT ASSOCIATES LP
P.O. BOX 373747
CLEVELAND, OH 44193-3747

**As of the petition filing date, the claim is:**    $27,369.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1186** | **Nonpriority creditor's name and mailing address**
PREMIUM OUTLET PARTNERS LP
P.O. BOX 822873
PHILADELPHIA, PA 19182-2905

**As of the petition filing date, the claim is:**    $1,536,052.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1187** | **Nonpriority creditor's name and mailing address**
PREMIUMBEAT.COM

**As of the petition filing date, the claim is:**    $98.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1188** | **Nonpriority creditor's name and mailing address**
PREVIOUSLY UNRELEASED
123 PIERREPONT ST 2A
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**    $5,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1189** Nonpriority creditor's name and mailing address

PRINCIPAL LIFE INSURANCE CO
P.O. BOX 310300
PROPERTY 026810
DES MOINES, IA 50331-0300

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$149,761.56

---

**3.1190** Nonpriority creditor's name and mailing address

PRISA LHC LLC
P.O. BOX 732937
DALLAS, TX 75303

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$127,296.88

---

**3.1191** Nonpriority creditor's name and mailing address

PRO SPORTS GIAO THUY JSC
4A AREA NGO DONG TOWN
NAM DINH PROVINCE, 10000
VIETNAM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,525,619.86

---

**3.1192** Nonpriority creditor's name and mailing address

PROCQUISTO LLC
2 WINGED FOOT DR
LARCHMONT, NY 10538

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,758.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1193** Nonpriority creditor's name and mailing address
PROFESSIONAL GRAPHICS SYSTEMS &
3 WEST MAIN ST
ELMSFORD, NY 10523

As of the petition filing date, the claim is:    $31,354.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
OTHER TRADE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1194** Nonpriority creditor's name and mailing address
PROFITS FUND FASHION
88 CONTAINER PORT RD
KWAI CHUNG, NT
HONG KONG

As of the petition filing date, the claim is:    $1,539,576.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
MERCHANDISE VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1195** Nonpriority creditor's name and mailing address
PROSPERITY TEXTILE (HK) LTD
PHASE 2, 57 SHA TSUI RD
TSUEN WAN,
HONG KONG

As of the petition filing date, the claim is:    $7,034.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
MERCHANDISE VENDOR

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1196** Nonpriority creditor's name and mailing address
PROTIVITI INC
12269 COLLECTIONS CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is:    $154,928.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

Basis for the claim:
OTHER TRADE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1197** **Nonpriority creditor's name and mailing address**
PT UNGARAN SARI GARMENTS
NO 235 GENUK UNGARAN BARAT
KAB SEMARANG, 3 50512
INDONESIA

As of the petition filing date, the claim is:    $17,388.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1198** **Nonpriority creditor's name and mailing address**
PUBLIC STORAGE
4605 W MARKET ST
GREENSBORO, NC 27407-1289

As of the petition filing date, the claim is:    $380.22
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1199** **Nonpriority creditor's name and mailing address**
PULSE PUBLISHING ADMINSTRATION LLC
16130 VENTURA BLVD, STE 310
ENCINO, CA 91436

As of the petition filing date, the claim is:    $1,666.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1200** **Nonpriority creditor's name and mailing address**
PURGO JEWELRY (HK) CO LTD
NO 14-24 AU PUI WAN ST FOTAN
HONG KONG,
HONG KONG

As of the petition filing date, the claim is:    $527,137.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1201**

**Nonpriority creditor's name and mailing address**
PUTTING ME TOGETHER
2367 SALISBURY DR
SAN DIEGO, CA 92123

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

---

**3.1202**

**Nonpriority creditor's name and mailing address**
PYRAMID WALDEN COMPANY LP
P.O. BOX 8000
DEPT 496
BUFFALO, NY 14267

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$84,845.50

---

**3.1203**

**Nonpriority creditor's name and mailing address**
QINGDAO DREAM CLASSIC FASHION
NO 11 XIECHENG RD
CHENGYANG DISTRICT QINGDAO, 266108
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$98,874.23

---

**3.1204**

**Nonpriority creditor's name and mailing address**
QINGDAO HANSHIN ART CRAFTS CO LTD
206 GUOCHENG RD CHENGYANG QU
QINGDAO CITY, 266109
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$208.40

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    302 of 427

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1205**  **Nonpriority creditor's name and mailing address**
QINGDAO MODA JEWELRY CO LTD
LI YANG LU NAN CHENG YANG-QU
QINGDAO, 120 266109
CHINA

**As of the petition filing date, the claim is:**                     $162,010.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1206**  **Nonpriority creditor's name and mailing address**
QINGDAO SEMYUNG JEWELRY CO LTD
BEIBU GONGYEYUAN GUMIAOTOUCUN
CHENGYANG QINGDAO,
CHINA

**As of the petition filing date, the claim is:**                     $867.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1207**  **Nonpriority creditor's name and mailing address**
QINGDAO SEUNG HYUN PACKING CO LTD
LIUTING ST
QINGDAO CHENGYANG DISTRICT, 266109
CHINA

**As of the petition filing date, the claim is:**                     $7,344.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1208**  **Nonpriority creditor's name and mailing address**
QUAD GRAPHICS INC
P.O. BOX 842858
BOSTON, MA 02284-2858

**As of the petition filing date, the claim is:**                     $321,488.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.1209** | **Nonpriority creditor's name and mailing address**

QUANTIS INC
240 COMMERCIAL ST, STE 3B
BOSTON, MA 02109

**As of the petition filing date, the claim is:**    $37,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1210** | **Nonpriority creditor's name and mailing address**

QUE FACTORY LLC
4070 HUBBARD ST
EMERYVILLE, CA 94608

**As of the petition filing date, the claim is:**    $233.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1211** | **Nonpriority creditor's name and mailing address**

QUIET TOWN INC
98 4TH ST, STE 408
BROOKLYN, NY 11231

**As of the petition filing date, the claim is:**    $18,900.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1212** | **Nonpriority creditor's name and mailing address**

QUIZNOS
18013 FOREST RD, STE A01
FOREST, VA 24551

**As of the petition filing date, the claim is:**    $1,129.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1213**  **Nonpriority creditor's name and mailing address**

QUODDY INC
550 LISBON ST LEVEL 2
LEWISTON, ME 04240

**As of the petition filing date, the claim is:**    $1,450.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1214**  **Nonpriority creditor's name and mailing address**

R K INDUSTRIES IV
NO A 7&8 THIRU-VI-KA INDL
CHENNAI, 600032
INDIA

**As of the petition filing date, the claim is:**    $4,757,846.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1215**  **Nonpriority creditor's name and mailing address**

R R MANN FENCING CO INC
19327 LEESVILLE RD, STE D
LYNCHBURG, VA 24502

**As of the petition filing date, the claim is:**    $2,675.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1216**  **Nonpriority creditor's name and mailing address**

RAAB & RAAB INC
704 228TH AVE NE 451
SAMMAMISH, WA 98074

**As of the petition filing date, the claim is:**    $31,956.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1217** | **Nonpriority creditor's name and mailing address**

RACKSPACE US INC
P.O. BOX 730759
DALLAS, TX 75373-0759

As of the petition filing date, the claim is:    $842,460.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1218** | **Nonpriority creditor's name and mailing address**

RAEN OPTICS LLC
1722 SOUTH COAST HWY
OCEANSIDE, CA 92054

As of the petition filing date, the claim is:    $1,985.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1219** | **Nonpriority creditor's name and mailing address**

RAINBOW TEXTILES INC
1-9-1 EDOBORI NISHI-KU
OSAKA 550-0002,
JAPAN

As of the petition filing date, the claim is:    $4,254.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1220** | **Nonpriority creditor's name and mailing address**

RANIKA EXPORTS DESIGN
C-27 & C-28 SEC 8 NOIDA
UTTER PRADHESH, 201301
INDIA

As of the petition filing date, the claim is:    $11,615.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1221** **Nonpriority creditor's name and mailing address**
RAPID SCALE INC
P.O. BOX 840477
DALLAS, TX 75284-0477

**As of the petition filing date, the claim is:**    $140,950.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1222** **Nonpriority creditor's name and mailing address**
RATH COMMUNICATIONS

**As of the petition filing date, the claim is:**    $156.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1223** **Nonpriority creditor's name and mailing address**
RATTI SPA
150 EAST 42ND ST, 28TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**    $29,230.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1224** **Nonpriority creditor's name and mailing address**
RAYMOND LEASING CORP
P.O. BOX 301590
DALLAS, TX 75303-1590

**As of the petition filing date, the claim is:**    $8,101.04
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**                                  Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1225** | **Nonpriority creditor's name and mailing address**
RCPI CLEANING SERVICES LLC
P.O. BOX 30156
NEW YORK, NY 10087-0156

**As of the petition filing date, the claim is:**                    $3,061.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1226** | **Nonpriority creditor's name and mailing address**
RCPI LANDMARK PROPERTIES LLC
P.O. BOX 33173
NEWARK, NJ 07188-3173

**As of the petition filing date, the claim is:**                    $887,047.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1227** | **Nonpriority creditor's name and mailing address**
RECYCLING EQUIPMENT INC
P.O. BOX 1474
HICKORY, NC 28603-1474

**As of the petition filing date, the claim is:**                    $14,185.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1228** | **Nonpriority creditor's name and mailing address**
RED MODEL MANAGEMENT
302 WEST 37TH ST, 3RD FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**                    $36,360.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1229** Nonpriority creditor's name and mailing address
RED WING BRANDS OF AMERICA
24062 NETWORK PL
CHICAGO, IL 60673-1240

As of the petition filing date, the claim is:                    $15,470.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1230** Nonpriority creditor's name and mailing address
REED SMITH LLP
10 WACKER DR
CHICAGO, IL 60606-7507

As of the petition filing date, the claim is:                    $6,348.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1231** Nonpriority creditor's name and mailing address
REGIONAL INCOME TAX AGENCY
P.O. BOX 89475
CLEVELAND, OH 44101-6475

As of the petition filing date, the claim is:                    $3,899.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1232** Nonpriority creditor's name and mailing address
RENT ALL INC
1106 HENDERSONVILLE RD
ASHEVILLE, NC 28803

As of the petition filing date, the claim is:                    $323.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1233** | **Nonpriority creditor's name and mailing address**
RETAIL VALUE INVESTMENT PROGRAM
DEPT 102728209703392
P.O. BOX 92361
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**    $54,034.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1234** | **Nonpriority creditor's name and mailing address**
RETROSUPERFUTURE INC
3531 SUNSET BLVD
LOS ANGELES, CA 90026

**As of the petition filing date, the claim is:**    $4,484.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1235** | **Nonpriority creditor's name and mailing address**
REUSABLE TRANSPORT PACKAGING
172 13TH ST NORTH
ST PETERSBURG, FL 33705

**As of the petition filing date, the claim is:**    $5,889.72
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1236** | **Nonpriority creditor's name and mailing address**
REVERE PAPER PRODUCTS CORP
76 PASSAIC ST
WOOD RIDGE, NJ 07075

**As of the petition filing date, the claim is:**    $2,904.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.1237** **Nonpriority creditor's name and mailing address**
REWARDSTYLE INC
3102 OAK LAWN AVE, 19TH FL
DALLAS, TX 75219

**As of the petition filing date, the claim is:**                              $4,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1238** **Nonpriority creditor's name and mailing address**
REXEL INC
P.O. BOX 418453
BOSTON, MA 02241-8453

**As of the petition filing date, the claim is:**                              $35,440.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1239** **Nonpriority creditor's name and mailing address**
REXEL USA
P.O. BOX 742833
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**                              $659.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1240** **Nonpriority creditor's name and mailing address**
RGM FASHION LTD
88 LEI MUK RD
KWAI CHUNG, NT
HONG KONG

**As of the petition filing date, the claim is:**                              $8,283,001.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1241**

**Nonpriority creditor's name and mailing address**
RHONE APPAREL
12217 LONE PEAK PKWY, STE 200
DRAPER, UT 84020

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,342.09

---

**3.1242**

**Nonpriority creditor's name and mailing address**
RICHA GLOBAL EXPORTS PVT LTD
219 UDYOG VIHAR
GURUGRAM, 7 122016
INDIA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,786,301.53

---

**3.1243**

**Nonpriority creditor's name and mailing address**
RICHES GALORE LTD
WICKHAM BAY RD TOWN
TORTOLA, VG1 110
BRITISH VIRGIN ISLANDS

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,181,977.66

---

**3.1244**

**Nonpriority creditor's name and mailing address**
RIGGS ASSOCIATES LLC
P.O. BOX 5
MT PLEASANT, SC 29465

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$33,037.18

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1245** Nonpriority creditor's name and mailing address

RIO APPAREL HK LTD
77 MODY RD, STE 1019, 10TH FL
TSIMSHATSUI EAST, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,154,275.25

---

**3.1246** Nonpriority creditor's name and mailing address

RISE SMART INC
55 ALMADEN BOULEVARD, STE 800
SAN JOSE, CA 95113

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,500.00

---

**3.1247** Nonpriority creditor's name and mailing address

RIVERSIDE TOOL AND DYE
1110 E COLUMBIA AVE
PHILADELPHIA, PA 19125

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,704.00

---

**3.1248** Nonpriority creditor's name and mailing address

RIZE DESIGN
P.O. BOX 201
WODEN ACT, 2606
AUSTRALIA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,562.50

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1249**   **Nonpriority creditor's name and mailing address**
RJ BENNETT REPRESENTS INC
601 EAST 20TH ST, STE 10H
NEW YORK, NY 10010

As of the petition filing date, the claim is:     $3,120.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1250**   **Nonpriority creditor's name and mailing address**
RJR ASSESSORIA COMERCIAL LTDA
599 SALA 03 BAIRRO RIO BRANCO
NOVO HAMBURGO, 93310-110
BRAZIL

As of the petition filing date, the claim is:     $102,984.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1251**   **Nonpriority creditor's name and mailing address**
RKB HANDYMAN SERVICES INC
330 MOTOR PARKWAY, STE 306
HAUPPAUGE, NY 11788

As of the petition filing date, the claim is:     $47,186.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1252**   **Nonpriority creditor's name and mailing address**
RM WILLIAMS US NY LLC

As of the petition filing date, the claim is:     $22,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1253**  **Nonpriority creditor's name and mailing address**

ROADRUNNER FOOD BANK INC
5840 OFFICE BLVD NE
ALBURQUERQUE, NM 87109

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $492.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1254**  **Nonpriority creditor's name and mailing address**

ROGER CABELLO PHOTOGRAPHY
197 COUNTY RD
CLIFFWOOD, NJ 07721

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $3,575.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1255**  **Nonpriority creditor's name and mailing address**

RONIS BROS
39 HARRIET PL
LYNBROOK, NY 11563

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $13,040.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1256**  **Nonpriority creditor's name and mailing address**

ROOKIE HUMANS LLC
142 WYOMING AVE
MAPLEWOOD, NJ 07040

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                      $488.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1257**

**Nonpriority creditor's name and mailing address**
ROPA SIETE LEGUAS INC
1831 E MILLS AVE
EL PASO, TX 79901

**As of the petition filing date, the claim is:**   $76,797.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1258**

**Nonpriority creditor's name and mailing address**
ROPES & GRAY LLP
800 BOYLSTON ST
BOSTON, MA 02199-3600

**As of the petition filing date, the claim is:**   $7,819.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1259**

**Nonpriority creditor's name and mailing address**
ROSEVILLE FOUNTAINS LP
540 FULTON AVE
SACRAMENTO, CA 95825

**As of the petition filing date, the claim is:**   $47,653.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1260**

**Nonpriority creditor's name and mailing address**
ROUGH TRADE RETAIL LLC
64 N 9TH ST
BROOKLYN, NY 11249

**As of the petition filing date, the claim is:**   $6,197.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1261** **Nonpriority creditor's name and mailing address**
ROUND ROCK PREMIUM OUTLETS LP
P.O. BOX 822312
PHILADELPHIA, PA 19182-2312

**As of the petition filing date, the claim is:**   $52,119.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1262** **Nonpriority creditor's name and mailing address**
ROUSE PROVIDENCE LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-3060

**As of the petition filing date, the claim is:**   $194,262.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1263** **Nonpriority creditor's name and mailing address**
ROUTE 35 SHREWSBURY LIMITED
P.O. BOX 780856
PHILADELPHIA, PA 19178-0856

**As of the petition filing date, the claim is:**   $126,019.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1264** **Nonpriority creditor's name and mailing address**
ROYAL LASER MFG INC
25 CLAIREVILLE DR
ETOBICOKE, ON M9W 5Z7
CANADA

**As of the petition filing date, the claim is:**   $33,579.17
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1265**  **Nonpriority creditor's name and mailing address**

RPAI SOUTHWEST MANAGEMENT LLC
15105 COLLECTIONS DR
CHICAGO, IL 60693-5105

**As of the petition filing date, the claim is:**    $82,548.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1266**  **Nonpriority creditor's name and mailing address**

RPI FIG GARDEN LP
P.O. BOX 860457
MINNEAPOLIS, MN 55486-0457

**As of the petition filing date, the claim is:**    $20,553.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1267**  **Nonpriority creditor's name and mailing address**

RSG LANDSCAPING & LAWN CARE INC
P.O. BOX 110
CONCORD, VA 24538

**As of the petition filing date, the claim is:**    $2,839.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1268**  **Nonpriority creditor's name and mailing address**

RSM MAINTENANCE LLC
461 FROM RD, 2ND FL
PARAMUS, NJ 07652

**As of the petition filing date, the claim is:**    $32,542.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1269** | **Nonpriority creditor's name and mailing address**
RUDY L HAWKINS ELECTRICAL
P.O. BOX 3930
CHESTER, VA 23831

**As of the petition filing date, the claim is:** | $3,626.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1270** | **Nonpriority creditor's name and mailing address**
RUG RENOVATING CO INC
532 N GROVE ST
EAST ORANGE, NJ 07017

**As of the petition filing date, the claim is:** | $3,679.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1271** | **Nonpriority creditor's name and mailing address**
RUGGLES SIGN
P.O. BOX 349
VERSAILLES, KY 40383

**As of the petition filing date, the claim is:** | $22,757.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1272** | **Nonpriority creditor's name and mailing address**
RWP SOLUTIONS
295 MADISON AVE, 16TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:** | $29,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1273** **Nonpriority creditor's name and mailing address**
SA GALLERIA IV LP
1481 PAYSPHERE CIR
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**    $39,998.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1274** **Nonpriority creditor's name and mailing address**
SA GALLERIA LLC
1481 PAYSPHERE CIR
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**    $29,250.52
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1275** **Nonpriority creditor's name and mailing address**
SADA SYSTEMS INC
5250 LANKERSHIM BLVD 620
NORTH HOLLYWOOD, CA 91601

**As of the petition filing date, the claim is:**    $87,418.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1276** **Nonpriority creditor's name and mailing address**
SADDLE CREEK CORP

**As of the petition filing date, the claim is:**    $55,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**                                            Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

---

**3.1277** **Nonpriority creditor's name and mailing address**

SAFETY KLEEN CORP
P.O. BOX 382066
PITTSBURGH, PA 15250

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,052.72

---

**3.1278** **Nonpriority creditor's name and mailing address**

SAFETY NATIONAL CASUALTY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UNKNOWN

**Is the claim subject to offset?**
☑ No
☐ Yes

**UNKNOWN**

---

**3.1279** **Nonpriority creditor's name and mailing address**

SAGE LAW GROUP LLC
3100 ARAPAHOE AVE, STE 120
BOULDER, CO 80303

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,100.00

---

**3.1280** **Nonpriority creditor's name and mailing address**

SAINT MARK SCHOOL
399 WOODWARD AVE
BUFFALO, NY 14214

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$85.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1281** **Nonpriority creditor's name and mailing address**
SAITEX INTERNATIONAL DONG NAI
AMATA IND PARK LONG BINH WARD
BIEN HOA CITY, 81000
VIETNAM

**As of the petition filing date, the claim is:**    $3,772,351.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1282** **Nonpriority creditor's name and mailing address**
SALESFORCE.COM INC
P.O. BOX 203141
DALLAS, TX 75320

**As of the petition filing date, the claim is:**    $55,927.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1283** **Nonpriority creditor's name and mailing address**
SALISH NETWORKS INC
8825 34TH AVE NE, STE L 148
QUIL CEDA VILLAGE, WA 98271

**As of the petition filing date, the claim is:**    $748.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1284** **Nonpriority creditor's name and mailing address**
SAMS CLUB 6458
P.O. BOX 9001152
LOUISVILLE, KY 40290-1152

**As of the petition filing date, the claim is:**    $3,677.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                              Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1285**  **Nonpriority creditor's name and mailing address**

SAN FRANCISCO TAX COLLECTOR
ROOM 107 CITY HALL
SAN FRANCISCO, CA 94102-4696

**As of the petition filing date, the claim is:**                                     $13,386.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1286**  **Nonpriority creditor's name and mailing address**

SAN MARCOS PREMIUM OUTLETS LP
P.O. BOX 776300
CHICAGO, IL 60677-6300

**As of the petition filing date, the claim is:**                                     $36,741.26

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1287**  **Nonpriority creditor's name and mailing address**

SANNAM S4 LIMITED
6 NEHRU PL, 3RD FL
NEW DELHI, 110019
INDIA

**As of the petition filing date, the claim is:**                                     $5,252.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1288**  **Nonpriority creditor's name and mailing address**

SANTA FE LOFTS LLC
1200 S SANTA FE AVE 327
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**                                     $16,976.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1289** | **Nonpriority creditor's name and mailing address**

SARAH LAIRD INC
134 SPRING ST, STE 201
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**    $26,955.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1290** | **Nonpriority creditor's name and mailing address**

SARAH SWINK

**As of the petition filing date, the claim is:**    $162.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1291** | **Nonpriority creditor's name and mailing address**

SAS GRAPHIC SUPPLY
52 FADEM RD
SPRINGFIELD, NJ 07081

**As of the petition filing date, the claim is:**    $7,035.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1292** | **Nonpriority creditor's name and mailing address**

SASHA + LUCCA
650 SIXTH AVE, APT 4H
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**    $1,041.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

<br>

Amount of claim

**3.1293** **Nonpriority creditor's name and mailing address**

SAUCONY INC
9341 CTLAND DR NE
ROCKFORD, MI 49351

**As of the petition filing date, the claim is:**     $20,130.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1294** **Nonpriority creditor's name and mailing address**

SAUL HOLDINGS LTD PARTNERSHIP
P.O. BOX 38042
BALTIMORE, MD 21297-8042

**As of the petition filing date, the claim is:**     $37,602.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1295** **Nonpriority creditor's name and mailing address**

SAWGRASS MILLS PHASE II LP
P.O. BOX 277861
ATLANTA, GA 30384-7861

**As of the petition filing date, the claim is:**     $136,226.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1296** **Nonpriority creditor's name and mailing address**

SAYRE ENTERPRISES INC
324 EAST 32ND ST
BUENA VISTA, VA 24416

**As of the petition filing date, the claim is:**     $20,370.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1297**  **Nonpriority creditor's name and mailing address**
SCANDATA SYSTEMS INC
288 NORTH RD
MILTON, VT 05468

**As of the petition filing date, the claim is:**    $2,291.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1298**  **Nonpriority creditor's name and mailing address**
SCG CITY CENTRE ONE LLC
P.O. BOX 847031
DALLAS, TX 75284-7031

**As of the petition filing date, the claim is:**    $47,188.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1299**  **Nonpriority creditor's name and mailing address**
SCHINDLER ELEVATOR CORP
P.O. BOX 70433
CHICAGO, IL 60673-0433

**As of the petition filing date, the claim is:**    $16,628.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1300**  **Nonpriority creditor's name and mailing address**
SCHOOL OF THE OSAGE

**As of the petition filing date, the claim is:**    $53.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.1301** | **Nonpriority creditor's name and mailing address**
SCHREIBER PULVIRENTI LLC
160 MOUNTAIN AVE
PARK RIDGE, NJ 07656

As of the petition filing date, the claim is:    $8,390.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1302** | **Nonpriority creditor's name and mailing address**
SCHULZ & LYMAN TURNKEY SERVICES
115 WATER ST, STE B
HALLOWELL, ME 04347

As of the petition filing date, the claim is:    $322,159.04
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1303** | **Nonpriority creditor's name and mailing address**
SCHWINGHAMMER LIGHTING INC
335 WEST 38TH ST
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $1,533.12
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1304** | **Nonpriority creditor's name and mailing address**
SCOTTSDALE FASHION SQUARE
P.O. BOX 31001-2156
PASADENA, CA 91110-2156

As of the petition filing date, the claim is:    $67,770.36
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                        Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

**3.1305**    **Nonpriority creditor's name and mailing address**
SCRUBBER CITY INC

As of the petition filing date, the claim is:          $14.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1306**    **Nonpriority creditor's name and mailing address**
SDG FASHION MALL LP
P.O. BOX 775748
CHICAGO, IL 60677-5748

As of the petition filing date, the claim is:          $206,097.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1307**    **Nonpriority creditor's name and mailing address**
SEA STAR BEACHWEAR LLC
584 BROADWAY 312
NEW YORK, NY 10012

As of the petition filing date, the claim is:          $2,094.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1308**    **Nonpriority creditor's name and mailing address**
SEA VEES INC
118 E ORTEGA ST
SANTA BARBARA, CA 93101

As of the petition filing date, the claim is:          $4,854.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.1309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $111.44
SEAMLESS NORTH AMERICA
1065 AVE OF THE AMERICAS
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,000.00
SECOND PRODUCTIONS LLC
4 HOPE ST, APT 2
BROOKLYN, NY 11211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,728.42
SEDGWICK CLAIMS MGMT SERV INC
36392 TREASURY CENTER
CHICAGO, IL 60694-6300

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,055.00
SEDGWICK DESIGN LTD
27A ELMORE ST
LONDON, N1 3AW
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1313** | **Nonpriority creditor's name and mailing address**

SEE CREATURES DESIGN
116 RICHMOND RD
BRIGHTON, SE BN2 3RN
UNITED KINGDOM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$650.00

---

**3.1314** | **Nonpriority creditor's name and mailing address**

SEE MANAGEMENT INC
307 SEVENTH AVE, STE 1607
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$89,831.50

---

**3.1315** | **Nonpriority creditor's name and mailing address**

SELECT EXPRESS & LOGISTICS
P.O. BOX 2671
NEW YORK, NY 10108

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$755.45

---

**3.1316** | **Nonpriority creditor's name and mailing address**

SELECT SERVICES A PRODUCTION
733 NE 74TH ST
MIAMI, FL 33138

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,020.02

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1317** | **Nonpriority creditor's name and mailing address**
SELTROL INC
P.O. BOX 17739
GREENVILLE, SC 29606-8739

**As of the petition filing date, the claim is:**   $137.86
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1318** | **Nonpriority creditor's name and mailing address**
SEMRUSH INC
7 NESHAMINY INTERPLEX, STE 301
TREVOSE, PA 19053-6975

**As of the petition filing date, the claim is:**   $4,353.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1319** | **Nonpriority creditor's name and mailing address**
SEN COMMUNICATIONS INC
912 CHAD LN
TAMPA, FL 33619

**As of the petition filing date, the claim is:**   $782.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1320** | **Nonpriority creditor's name and mailing address**
SENN VISCIANO CANGES P C
1700 LINCOLN ST, STE 4300
DENVER, CO 80203

**As of the petition filing date, the claim is:**   $5,526.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1321**  **Nonpriority creditor's name and mailing address**

SERVICECHANNEL.COM INC
P.O. BOX 392642
PITTSBURGH, PA 15251-9642

**As of the petition filing date, the claim is:**        $41,770.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1322**  **Nonpriority creditor's name and mailing address**

SERVIZI E SETA
VIA SOLATA 17
OCCHIEPPO SUPERIORE, BI 13898
ITALY

**As of the petition filing date, the claim is:**        $2,117.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1323**  **Nonpriority creditor's name and mailing address**

SET SHOP
36 WEST 20ST
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**        $587.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1324**  **Nonpriority creditor's name and mailing address**

SETH WILLIAM FARBMAN
25 SHORE DR
LARCHMONT, NY 10538

**As of the petition filing date, the claim is:**        $31,250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1325**    **Nonpriority creditor's name and mailing address**

SETTLERS R1 INC
2 COMMON CT, UNIT C13
NORTH CONWAY, NH 03860

**As of the petition filing date, the claim is:**    $23,602.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1326**    **Nonpriority creditor's name and mailing address**

SEVEN HUNDRED REALTY CORP
15499 W DIXIE HWY
NORTH MIAMI BEACH, FL 33162

**As of the petition filing date, the claim is:**    $117,961.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1327**    **Nonpriority creditor's name and mailing address**

SEVEN SEAS GARMENT
6/F 35 TAI YAU ST
SAN PO KONG, KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**    $176.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1328**    **Nonpriority creditor's name and mailing address**

SF CENTRE LIMITED PARTNERSHIP
P.O. BOX 56993
LOS ANGELES, CA 90074-6993

**As of the petition filing date, the claim is:**    $7,048.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1329** **Nonpriority creditor's name and mailing address**
SG INTERNATIONAL INC
247 WEST 38TH ST, STE 610
NEW YORK, NY 10018

**As of the petition filing date, the claim is:** $7,250.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1330** **Nonpriority creditor's name and mailing address**
SGT LIMITED
37-39 HUNG TO RD
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:** $1,330.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1331** **Nonpriority creditor's name and mailing address**
SHANGHAI BROADWAY INT'L TRADING
NO83 LOU SHAN GUAN RD
SHANGHAI, 200336
CHINA

**As of the petition filing date, the claim is:** $90,068.43
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1332** **Nonpriority creditor's name and mailing address**
SHAOXING KEQIAO SUSAN TEXTILE CO
WONDER PLZ KEQIAO
SHAOXING, 130
CHINA

**As of the petition filing date, the claim is:** $1,440.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**                          Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

Amount of claim

---

**3.1333** | **Nonpriority creditor's name and mailing address**
SHASHI TANDRA
17135 AVALON WAY
LAWRENCEVILLE, NJ 08648

**As of the petition filing date, the claim is:** $33.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1334** | **Nonpriority creditor's name and mailing address**
SHELBY COUNTY
419 WASHINGTON ST
SHELBYVILLE, KY 40065

**As of the petition filing date, the claim is:** $75.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1335** | **Nonpriority creditor's name and mailing address**
SHELLEY PARKER

**As of the petition filing date, the claim is:** $320.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1336** | **Nonpriority creditor's name and mailing address**
SHERMAN OAKS FASHION ASSOC LP
P.O. BOX 56991
LOS ANGELES, CA 90074-6991

**As of the petition filing date, the claim is:** $20,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1337**

**Nonpriority creditor's name and mailing address**
SHIN IL TEX CO LTD
JUNGRI DONG SEOGU 1083
DAEGU
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$35,635.00

---

**3.1338**

**Nonpriority creditor's name and mailing address**
SHIRLEY CHEE
1262 TABOR CT
BROOKLYN, NY 11219

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,150.00

---

**3.1339**

**Nonpriority creditor's name and mailing address**
SHOP 601 LLC
520 W 27TH ST, STE 601
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,349.53

---

**3.1340**

**Nonpriority creditor's name and mailing address**
SHOPPERTRAK RCT CORP
233 SOUTH WACKER DR, 41ST FL
CHICAGO, IL 60606

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,866.81

---

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1341** **Nonpriority creditor's name and mailing address**

SHOPS AT MISSION VIEJO LLC
7415 SOLUTION CENTER
CHICAGO, IL 60677-7004

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$93,621.92

---

**3.1342** **Nonpriority creditor's name and mailing address**

SHOPS AT SUMMERLIN NORTH LP
P.O. BOX 205206
DEPT 205202
DALLAS, TX 75320-5206

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,815.90

---

**3.1343** **Nonpriority creditor's name and mailing address**

SHORT HILLS ASSOCIATES LLC
P.O. BOX 67000
DETROIT, MI 48267-0535

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$518,714.42

---

**3.1344** **Nonpriority creditor's name and mailing address**

SHORT PUMP TOWN CENTER LLC
P.O. BOX 72054
CLEVELAND, OH 44192-0054

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$111,903.00

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.1345**  **Nonpriority creditor's name and mailing address**

SHRED IT USA LLC
28883 NETWORK PL
CHICAGO, IL 60673-1288

**As of the petition filing date, the claim is:**    $588.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1346**  **Nonpriority creditor's name and mailing address**

SHUN SENG HOP YICK COMPANY LTD
63-65 HUNG TO RD
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $1,303,364.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1347**  **Nonpriority creditor's name and mailing address**

SICK INC
6900 WEST 110TH ST
BLOOMINGTON, MN 55438

**As of the petition filing date, the claim is:**    $3,100.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1348**  **Nonpriority creditor's name and mailing address**

SIERRA CONSULTING GROUP INC
36 MAPLE PL, STE 206
MANHASSET, NY 11030

**As of the petition filing date, the claim is:**    $1,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-------------------------------------------------------|

Amount of claim

**3.1349** **Nonpriority creditor's name and mailing address**

SIGNATURE BUILDING SYSTEMS INC
375 5TH AVE, 5TH FL
NEW YORK, NY 10016

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $755.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1350** **Nonpriority creditor's name and mailing address**

SIGNATURE INDUSTRIES INC
32 ST JOHN'S PL
FREEPORT, NY 11520

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $2,494.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1351** **Nonpriority creditor's name and mailing address**

SILA STUDIOS INC
26 KANE PL, APT 2
BROOKLYN, NY 11233

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $2,578.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1352** **Nonpriority creditor's name and mailing address**

SILVER SANDS GL I LLC MALL
7282 SOLUTION CENTER
CHICAGO, IL 60677-7002

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $101,170.01
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor Name      **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1353**  **Nonpriority creditor's name and mailing address**
SIMON MANAGEMENT ASSOCIATES LLC
60 COLUMBIA RD, BLDG B, 3RD FL
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,285.00

---

**3.1354**  **Nonpriority creditor's name and mailing address**
SIMON PREIT GLOUCESTER
P.O. BOX 776118
CHICAGO, IL 60677-6118

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,747.98

---

**3.1355**  **Nonpriority creditor's name and mailing address**
SIMON PROPERTY GROUP (TEXAS) LP
867620 RELIABLE PARKWAY
CHICAGO, IL 60686-0076

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$57,287.50

---

**3.1356**  **Nonpriority creditor's name and mailing address**
SIMON PROPERTY GROUP LP
P.O. BOX 776330
CHICAGO, IL 60677-6300

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$634,264.57

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1357**   **Nonpriority creditor's name and mailing address**   $69,904.80
SIMON PROPERTY GROUP TEXAS LP
P.O. BOX 822693
PHILADELPHIA, PA 19182-2693

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   **Basis for the claim:**
Unknown   REAL ESTATE

**Last 4 digits of account number**   **Is the claim subject to offset?**
☑ No
☐ Yes

**3.1358**   **Nonpriority creditor's name and mailing address**   $350,504.62
SKILLNET SOLUTIONS INC
1901 S BASCOM AVE, STE 600
CAMPBELL, CA 95008

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   **Basis for the claim:**
Unknown   OTHER TRADE

**Last 4 digits of account number**   **Is the claim subject to offset?**
☑ No
☐ Yes

**3.1359**   **Nonpriority creditor's name and mailing address**   $396.00
SKILLSHARE
35 E 21ST ST, 5TH FL
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   **Basis for the claim:**
Unknown   OTHER TRADE

**Last 4 digits of account number**   **Is the claim subject to offset?**
☑ No
☐ Yes

**3.1360**   **Nonpriority creditor's name and mailing address**   $345.00
SKS USA CORP
2412 EAST MAIN ST
OLNEY, IL 62450

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   **Basis for the claim:**
Unknown   OTHER TRADE

**Last 4 digits of account number**   **Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.1361** | **Nonpriority creditor's name and mailing address**
SLACK TECHNOLOGIES INC
P.O. BOX 207795
DALLAS, TX 75320-7795

**As of the petition filing date, the claim is:**           $57,022.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1362** | **Nonpriority creditor's name and mailing address**
SLAM TRUCK AND TRAILER LLC
P.O. BOX 134
MARSHALL, NC 28753

**As of the petition filing date, the claim is:**           $4,649.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1363** | **Nonpriority creditor's name and mailing address**
SLANTT
5904 TUMBLING CIR
AUSTIN, TX 78731

**As of the petition filing date, the claim is:**           $1,023.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1364** | **Nonpriority creditor's name and mailing address**
SM & SE LLC
15901 COLLINS AVE 1504
SUNNY ISLES BEACH, FL 33160

**As of the petition filing date, the claim is:**           $99.43
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.1365**   **Nonpriority creditor's name and mailing address**
SMART GLOBAL ENTERPRISES LIMITED
37 WING HONG ST
CHEUNG SHA WAN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $18,704.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1366**   **Nonpriority creditor's name and mailing address**
SMILING BUTTON INC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $237.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1367**   **Nonpriority creditor's name and mailing address**
SNOW CREEK LANDSCAPING LLC
226 CLAYTON RD
ARDEN, NC 28704

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,957.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1368**   **Nonpriority creditor's name and mailing address**
SNOWE INC
181 CANAL ST, 3RD FL
NEW YORK, NY 10013

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $3,955.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with **NONPRIORITY** Unsecured Claims |

**Amount of claim**

**3.1369** | **Nonpriority creditor's name and mailing address**
SOCIAL CHORUS INC
P.O. BOX 398333
SAN FRANCISCO, CA 94139-8333

**As of the petition filing date, the claim is:**    $92,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1370** | **Nonpriority creditor's name and mailing address**
SOCIAL COMPLIANCE SERVICE ASIA
NO 1 HUNG TO RD, 23RD FL
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $33,350.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1371** | **Nonpriority creditor's name and mailing address**
SOILA AGUILAR
EL MAESTRO ITA BARCENAS
VILLA NEUVA,
GUATEMALA

**As of the petition filing date, the claim is:**    $2,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1372** | **Nonpriority creditor's name and mailing address**
SOKO
10 ARKANSAS ST, STE A
SAN FRANCISCO, CA 94107

**As of the petition filing date, the claim is:**    $1,673.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1373** | **Nonpriority creditor's name and mailing address**
SOKOL PACKAGING GROUP
213 W 35TH ST, STE 801
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$159,398.74

---

**3.1374** | **Nonpriority creditor's name and mailing address**
SOLID AND STRIPED LLC
529 WEST 20TH ST, STE 7E
NEW YORK, NY 10011

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,887.00

---

**3.1375** | **Nonpriority creditor's name and mailing address**
SOLIUM CAPITAL
P.O. BOX 123530
DALLAS, TX 75312-3530

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,810.49

---

**3.1376** | **Nonpriority creditor's name and mailing address**
SOLUDOS LLC
58O BROADWAY 1001
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,725.00

---

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1377** **Nonpriority creditor's name and mailing address**
SOLUTIONS MANAGEMENT INC
P.O. BOX 1027
REMSENBURG, NY 11960

As of the petition filing date, the claim is: $49,457.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1378** **Nonpriority creditor's name and mailing address**
SOMELOS TECIDOS SA
APARTADO 52
GUIMARAES, 4801-909
PORTUGAL

As of the petition filing date, the claim is: $568.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1379** **Nonpriority creditor's name and mailing address**
SOMERSET COLLECTION LIMITED
16129 COLLECTIONS CENTER DR
CHICAGO, IL 60693

As of the petition filing date, the claim is: $241,732.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1380** **Nonpriority creditor's name and mailing address**
SONNY MERRYMAN INC
P.O. BOX 495
RUSTBURG, VA 24588-0495

As of the petition filing date, the claim is: $2,505.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1381** | **Nonpriority creditor's name and mailing address**
SOUL ARTIST MANAGEMENT
11 WEST 25TH ST, 9TH FL
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**    $59,975.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1382** | **Nonpriority creditor's name and mailing address**
SOUNDTRACK YOUR BRAND
P.O. BOX 35146 1798
SEATTLE, WA 98124-5146

**As of the petition filing date, the claim is:**    $12,245.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1383** | **Nonpriority creditor's name and mailing address**
SOURCE INTELLIGENCE
1921 PALOMAR OAKS WAY 205
CARLSBAD, CA 92008

**As of the petition filing date, the claim is:**    $38,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1384** | **Nonpriority creditor's name and mailing address**
SOUTH COAST PLAZA
P.O. BOX 54876
LOS ANGELES, CA 90074-4876

**As of the petition filing date, the claim is:**    $584,954.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.1385**

**Nonpriority creditor's name and mailing address**
SOUTH COAST PLAZA SECURITY
3315 FAIRVIEW RD
COSTA MESA, CA 92626

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,300.00

---

**3.1386**

**Nonpriority creditor's name and mailing address**
SOUTH GRANVILLE 211-217 COLUMBUS
1209 ORANGE ST
WILMINGTON, DE 19801

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$68,580.64

---

**3.1387**

**Nonpriority creditor's name and mailing address**
SOUTH PACIFIC FASHIONS LTD
108 HOWMING ST
KWUN TONG KOWLOON,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$919,805.56

---

**3.1388**

**Nonpriority creditor's name and mailing address**
SOUTHDALE CENTER LLC
P.O. BOX 404874
ATLANTA, GA 30384-4874

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$141,711.24

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1389** | **Nonpriority creditor's name and mailing address**
SOUTHEASTERN DOCK & DOOR
667 PERIMETER RD
GREENVILLE, SC 29605

**As of the petition filing date, the claim is:**    $2,965.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1390** | **Nonpriority creditor's name and mailing address**
SOUTHERN AIR INC
P.O. BOX 4205
LYNCHBURG, VA 24502

**As of the petition filing date, the claim is:**    $44,381.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1391** | **Nonpriority creditor's name and mailing address**
SOUTHERN ELEVATOR COMPANY INC
P.O. BOX 538596
ATLANTA, GA 30353-8596

**As of the petition filing date, the claim is:**    $2,213.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1392** | **Nonpriority creditor's name and mailing address**
SOUTHERN MAINTENANCE SUPPLY CO
320 PAGE ST
LYNCHBURG, VA 24501

**As of the petition filing date, the claim is:**    $547.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1393** | **Nonpriority creditor's name and mailing address**
SPECIALTY EXTERMINATING CO INC
5086 SOUTH AMHERST HWY
MADISON HEIGHTS, VA 24572

**As of the petition filing date, the claim is:**    $2,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1394** | **Nonpriority creditor's name and mailing address**
SPECIALTY LIGHTING GROUP
74 PICKERING ST
PORTLAND, CT 06480

**As of the petition filing date, the claim is:**    $57,233.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1395** | **Nonpriority creditor's name and mailing address**
SPECTRUM
400 ATLANTIC ST, 10TH FL
STAMFORD, CT 06901

**As of the petition filing date, the claim is:**    $202.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1396** | **Nonpriority creditor's name and mailing address**
SPENCER TECHNOLOGIES
P.O. BOX 844071
BOSTON, MA 02284-4071

**As of the petition filing date, the claim is:**    $2,777.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1397** **Nonpriority creditor's name and mailing address**
SPERRY TOP SIDER
P.O. BOX 535391
ATLANTA, GA 30353-5391

**As of the petition filing date, the claim is:**    $114,039.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1398** **Nonpriority creditor's name and mailing address**
SPLITS59
2045 VIOLET ST
LOS ANGELES, CA 90021

**As of the petition filing date, the claim is:**    $65,802.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1399** **Nonpriority creditor's name and mailing address**
SPRINGTEX LTD
28 QUEENS RD
CENTRAL
HONG KONG

**As of the petition filing date, the claim is:**    $2,712.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1400** **Nonpriority creditor's name and mailing address**
SPS COMMERCE INC
P.O. BOX 205782
DALLAS, TX 75320-5782

**As of the petition filing date, the claim is:**    $41,257.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

### 3.1401
**Nonpriority creditor's name and mailing address**
SQ BARRETT LOWE

**As of the petition filing date, the claim is:**    $6,275.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1402
**Nonpriority creditor's name and mailing address**
ST JOHNS TOWN CENTER 2
P.O. BOX 100177
ATLANTA, GA 30384-0177

**As of the petition filing date, the claim is:**    $50,204.13
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1403
**Nonpriority creditor's name and mailing address**
ST LOUIS PREMIUM OUTLETS LLC
P.O. BOX 775857
CHICAGO, IL 60677-5857

**As of the petition filing date, the claim is:**    $7,397.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1404
**Nonpriority creditor's name and mailing address**
ST. JOHNS COUNTY ALARM PROGRAM
P.O. BOX 142916
IRVING, TX 75014

**As of the petition filing date, the claim is:**    $80.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.1405** **Nonpriority creditor's name and mailing address**

STANDARD PARKING CORP
8391 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1406** **Nonpriority creditor's name and mailing address**

STANLEY CONVERGENT SECURITY
DEPT CH 10651
PALATINE, IL 60055

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $74,206.93
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1407** **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
P.O. BOX 70242
PHILADELPHIA, PA 19176-0242

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $80,161.88
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1408** **Nonpriority creditor's name and mailing address**

STAPLES CONTRACT&COMMERCIAL INC
P.O. BOX 64935
BALTIMORE, MD 21264-4935

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,293.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1409**    **Nonpriority creditor's name and mailing address**    $689.41

STATE BAGS LLC
584 BROADWAY, STE 302
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1410**    **Nonpriority creditor's name and mailing address**    $3,816.80

STATE ONE INC
224 W 35TH ST, RM 1407
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1411**    **Nonpriority creditor's name and mailing address**    $28,770.22

STEELE CANVAS BASKET CORP
201 WILLIAMS ST
CHELSEA, MA 02150

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1412**    **Nonpriority creditor's name and mailing address**    $137,097.83

STEFANINI INC
27100 WEST 11 MILE RD TOWER 100
SOUTHFIELD, MI 48034

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1413** **Nonpriority creditor's name and mailing address**
STEPTOE & JOHNSON LLP
P.O. BOX 603212
CHARLOTTE, NC 28260-3212

**As of the petition filing date, the claim is:**    $20,324.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1414** **Nonpriority creditor's name and mailing address**
STERLING APPAREL LTD
9 SHEUNG HEI ST
SAN PO KONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $12,517,225.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1415** **Nonpriority creditor's name and mailing address**
STINE GOYA
AMALIEGADE 42, 1ST FL, ENTRANCE B
COPENHAGEN, 1256
DENMARK

**As of the petition filing date, the claim is:**    $166.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1416** **Nonpriority creditor's name and mailing address**
STOP-PEST CONTROL CORP
212 WEST 35TH ST, 15TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**    $1,593.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1417** **Nonpriority creditor's name and mailing address**
STORED VALUE SOLUTIONS
101 BULLITT LANE, STE 305
LOUISVILLE, KY 40222

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,916.98

**3.1418** **Nonpriority creditor's name and mailing address**
STORQ INC
3330 20TH ST
SAN FRANCISCO, CA 94110

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,067.65

**3.1419** **Nonpriority creditor's name and mailing address**
STREET RETAIL INC
LOCKBOX 9320
P.O. BOX 8500
PHILADELPHIA, PA 19178-9320

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$86,141.82

**3.1420** **Nonpriority creditor's name and mailing address**
STREET RETAIL WEST 3 LP
P.O. BOX 846073
LOS ANGELES, CA 90084-6073

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$215,578.28

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1421** | **Nonpriority creditor's name and mailing address**
STREET RETAIL WEST I LP
P.O. BOX 846073
LOS ANGELES, CA 90084-6073

**As of the petition filing date, the claim is:** $187,114.06
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1422** | **Nonpriority creditor's name and mailing address**
STRS L3 ACQ1 LLC
P.O. BOX 639205
CINCINNATI, OH 45263-9205

**As of the petition filing date, the claim is:** $73,215.44
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1423** | **Nonpriority creditor's name and mailing address**
STYLE FASHION TRADING LIMITED
18 LUARD RD
WANCHAI HONG KONG,
CHINA

**As of the petition filing date, the claim is:** $1,694,921.27
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1424** | **Nonpriority creditor's name and mailing address**
STYLES MANUFACTURING CORP
3571 HARGALE RD
OCEANSIDE, NY 11572

**As of the petition filing date, the claim is:** $18,855.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1425** **Nonpriority creditor's name and mailing address**
SUBURBAN PROPANE
P.O. BOX 1138
BENNINGTON, VT 05201-1138

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $737.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1426** **Nonpriority creditor's name and mailing address**
SUJEAN RIM

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $3,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1427** **Nonpriority creditor's name and mailing address**
SUMMER TRAN BEAUTY LLC
45 WEST 67TH ST, APT 17D
NEW YORK, NY 10023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,650.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1428** **Nonpriority creditor's name and mailing address**
SUMMERSALT INC
201 S CENTRAL AVE, STE 300
CLAYTON, MO 63105

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $7,507.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1429**    **Nonpriority creditor's name and mailing address**    $4,920.00
SUMMIT ENERGY SERVICES INC
25716 NETWORK PL
CHICAGO, IL 60673-1257

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.1430**    **Nonpriority creditor's name and mailing address**    $192.62
SUN RISING FASHION HK CO LTD
704 PRINCE EDWARD RD E
SAN PO KONG, KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.1431**    **Nonpriority creditor's name and mailing address**    $2,023.40
SUNBELT RENTALS INC
P.O. BOX 409211
ATLANTA, GA 30384-9211

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.1432**    **Nonpriority creditor's name and mailing address**    $20,819.00
SUNDRY CLOTHING INC
3763 SOUTH HILL ST
LOS ANGELES, CA 90007

**As of the petition filing date, the claim is:**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1433** | **Nonpriority creditor's name and mailing address**
SUNFLOWER MERCANTILE HK LTD
2 CHEUNG YEE ST
CHEUNG SHA WAN
HONG KONG

**As of the petition filing date, the claim is:** $209,543.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1434** | **Nonpriority creditor's name and mailing address**
SUNG HWA TRADING CO LTD
275-6 YANGJAE DONG
SEOCHO KU SEOUL,
SOUTH KOREA

**As of the petition filing date, the claim is:** $301,738.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1435** | **Nonpriority creditor's name and mailing address**
SUNLINE SANKEI YOKOHAMA
171 HOI BUN RD
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:** $2,692.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1436** | **Nonpriority creditor's name and mailing address**
SUPER REGIONAL MALLS OPERATING
P.O. BOX 404570
ATLANTA, GA 30384-4570

**As of the petition filing date, the claim is:** $28,515.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1437** | **Nonpriority creditor's name and mailing address**
SUPERL (HONG KONG) LIMITED
833 CHEUNG SHA WAN RD
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**   $742,022.74
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1438** | **Nonpriority creditor's name and mailing address**
SURVEYMONKEY.COM
815 NW 13TH AVE, STE D
PORTLAND, OR 97209

**As of the petition filing date, the claim is:**   $365.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1439** | **Nonpriority creditor's name and mailing address**
SUSAN G KOMAN BREAST CANCER
5005 LBJ FREEWAY, STE 526
DALLAS, TX 75244

**As of the petition filing date, the claim is:**   $182.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1440** | **Nonpriority creditor's name and mailing address**
SUSIE LEE
190 9TH ST, UNIT A
FAIRVIEW, NJ 07022

**As of the petition filing date, the claim is:**   $2,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1441** | **Nonpriority creditor's name and mailing address**
SUSTAINABLE APPAREL
P.O. BOX 237
SAN FRANCISCO, CA 94104-0237

**As of the petition filing date, the claim is:** | $45,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1442** | **Nonpriority creditor's name and mailing address**
SUY CO LTD
461 YEOKSAM-RO GANGNAM-KU
SEOUL, 135-280
SOUTH KOREA

**As of the petition filing date, the claim is:** | $4,441,725.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1443** | **Nonpriority creditor's name and mailing address**
SUZHOU AO ZHI BAO TEXTILE CO LTD
ZHEN ZE TOWN
WUJIANG, 100
CHINA

**As of the petition filing date, the claim is:** | $48,727.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1444** | **Nonpriority creditor's name and mailing address**
SUZHOU JCTEX CO LTD
TAIANEDANG RD 47
SUZHOU JIANGSU,
CHINA

**As of the petition filing date, the claim is:** | $3,620.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                              Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1445** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,204.34**

SYSTEMS GROUP INC
24040 CAMINO DEL AVION, UNIT 284A
MONARCH BEACH, CA 92629

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1446** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$564.80**

SZ BLOCKPRINTS LTD
42 COOPERSALE RD
LONDON, E9 6BA
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1447** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$130,748.65**

T-C FORUM AT CARLSBAD LLC
P.O. BOX 749928 (LA LOXBOX)
LOS ANGELES, CA 90074-9928

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1448** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$98,389.04**

TAI NAN TEXTILES LIMITED
34 TAI YAU ST
SAN PO KONG,
HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    363 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1449** | **Nonpriority creditor's name and mailing address**
TAI SHINGTEX (HK) CO LIMITED
1 MONG LUNG ST
SHAU KEI WAN,
HONG KONG

**As of the petition filing date, the claim is:**          $214,073.66
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1450** | **Nonpriority creditor's name and mailing address**
TAINAN ENTERPRISES CO LTD
HAN-CHOU S RD
TAIPEI,
TAIWAN

**As of the petition filing date, the claim is:**          $2,764,394.56
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1451** | **Nonpriority creditor's name and mailing address**
TAKIHYO COMPANY LTD
21 WEST 38TH ST, 4TH FL
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**          $10,739.05
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1452** | **Nonpriority creditor's name and mailing address**
TALENT FORCE
P.O. BOX 95072
CHICAGO, IL 60694-5072

**As of the petition filing date, the claim is:**          $3,057.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1453** Nonpriority creditor's name and mailing address

TALENT TEXTILES COMPANY LTD
15 CHEUNG YUE ST
LAI CHI KOK, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $492.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1454** Nonpriority creditor's name and mailing address

TALISMAN LTD
GANAKBARI SAVAR
DHAKA, 1349
BANGLADESH

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $548,408.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1455** Nonpriority creditor's name and mailing address

TALON
501 PARK RD
OJAI, CA 93023

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $2,950.41
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1456** Nonpriority creditor's name and mailing address

TALX UC EXPRESS EQUIFAX
4076 PAYSPHERE CIR
CHICAGO, IL 60674-4076

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $15,776.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    365 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1457** Nonpriority creditor's name and mailing address
TAMPA PREMIUM OUTLETS LLC
P.O. BOX 776226
CHICAGO, IL 60677-6226

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$52,860.18

---

**3.1458** Nonpriority creditor's name and mailing address
TAMPA WESTSHORE ASSOCIATES L..P.
THE TAUBMAN COMPANY
200 EAST LONG LAKE RD
BLOOMFIELD HILLS, MI 48303-0200

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$166,178.78

---

**3.1459** Nonpriority creditor's name and mailing address
TANGER NATIONAL HARBOR LLC
P.O. BOX 414408
BOSTON, MA 02241-4408

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,323.85

---

**3.1460** Nonpriority creditor's name and mailing address
TANGER OUTLETS DEER PARK LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$58,055.26

---

Debtor Name **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1461** Nonpriority creditor's name and mailing address

TANGER PROPERTIES LIMITED
P.O. BOX 414225
BOSTON, MA 02241-4225

As of the petition filing date, the claim is:                    $479,291.75
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1462** Nonpriority creditor's name and mailing address

TANGOE US INC
P.O. BOX 731352
DALLAS, TX 75373-1352

As of the petition filing date, the claim is:                    $24,268.77
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1463** Nonpriority creditor's name and mailing address

TARA REHAK PRODUCTIONS
301 GRAND ST, UNIT B
JERSEY CITY, NJ 07302

As of the petition filing date, the claim is:                    $8,697.48
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1464** Nonpriority creditor's name and mailing address

TARGET
1000 ROUTE 66, UNIT E
OCEAN, NJ 07712

As of the petition filing date, the claim is:                    $15,206.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name     **J. Crew Operating Corp.**     Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1465**   **Nonpriority creditor's name and mailing address**

TAT FUNG TEXTILE CO LTD
NO 26-32 HEI ST
KWAI CHUNG, NT
HONG KONG

**As of the petition filing date, the claim is:**          $10,607.11

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1466**   **Nonpriority creditor's name and mailing address**

TAUBMAN AUBURN HILLS ASSOC LP
P.O. BOX 67000
DETROIT, MI 48267-1245

**As of the petition filing date, the claim is:**          $68,556.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1467**   **Nonpriority creditor's name and mailing address**

TAUBMAN CHERRY CREEK SHOPPING
DEPT 89801
P.O. BOX 67000
DETROIT, MI 48267-0898

**As of the petition filing date, the claim is:**          $247,356.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1468**   **Nonpriority creditor's name and mailing address**

TAUBMAN REALTY GROUP LP
P.O. BOX 674566
DETROIT, MI 48267-4566

**As of the petition filing date, the claim is:**          $134,726.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1469** | Nonpriority creditor's name and mailing address
TAVEX ALGODONERA SA
110 WEST 40TH ST, RM 506
NEW YORK, NY 10018

As of the petition filing date, the claim is: | $237.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1470** | Nonpriority creditor's name and mailing address
TAYLOR COMMUNICATIONS
P.O. BOX 91047
CHICAGO, IL 60693-1047

As of the petition filing date, the claim is: | $67,751.40

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1471** | Nonpriority creditor's name and mailing address
TAYLOR JAMES LLC
200 E GRAYSON, STE 112
SAN ANTONIO, TX 78215

As of the petition filing date, the claim is: | $70,262.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1472** | Nonpriority creditor's name and mailing address
TCB MAYFAIR I LLC
100 S WACKER DR, STE 950
CHICAGO, IL 60606

As of the petition filing date, the claim is: | $44,698.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1473** **Nonpriority creditor's name and mailing address**
TCH TEXTILES AND ACCESSORIES LTD
25-27 LUK HOP ST
SAN PO KONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $2,636.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1474** **Nonpriority creditor's name and mailing address**
TEAMCRAFT ROOFING INC
1316 NORTH LONG ST
SALISBURY, NC 28144

**As of the petition filing date, the claim is:**    $7,263.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1475** **Nonpriority creditor's name and mailing address**
TECHOLUTION LLC
3 WORLD FINANCIAL CENTER, 24TH FL
NEW YORK, NY 10281

**As of the petition filing date, the claim is:**    $500,469.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1476** **Nonpriority creditor's name and mailing address**
TERI B TALENT & MODEL
1115 BROADWAY, 11TH FL
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**    $6,480.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name     **J. Crew Operating Corp.**     Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.1477**  **Nonpriority creditor's name and mailing address**

TERRYBERRY COMPANY LLC
2033 OAK INDUSTRIAL DR NE
GRAND RAPIDS, MI 49505

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,765.29

---

**3.1478**  **Nonpriority creditor's name and mailing address**

TESSUTI DI SONDRIO
LARGO SANTA MARGHERITA 1
VALDAGNO, VI 36078
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$849.06

---

**3.1479**  **Nonpriority creditor's name and mailing address**

TEX LINK ENTERPRISES LTD
16-18 HING YIP ST
KWUN TONG KOWLOON,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,822.70

---

**3.1480**  **Nonpriority creditor's name and mailing address**

TEXBANK LTD
61 HOI YUEN RD
KWUN TONG,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,017.60

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.1481**  **Nonpriority creditor's name and mailing address**

TEXMA INTERNATIONAL CO LTD
114 NEI-HU
TAIPEI
TAIWAN

As of the petition filing date, the claim is:                          $4,020,035.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1482**  **Nonpriority creditor's name and mailing address**

TEXTIL SANTANDERINA SA
S/N CABEZON DE LA SAL
CANTABRIA, 39500
SPAIN

As of the petition filing date, the claim is:                          $467.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1483**  **Nonpriority creditor's name and mailing address**

TFPI INC
5322 AVE N
BROOKLYN, NY 11234

As of the petition filing date, the claim is:                          $4,529.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1484**  **Nonpriority creditor's name and mailing address**

TH PRODUCTIONS
599 BROADWAY, 10TH FL
NEW YORK, NY 10012

As of the petition filing date, the claim is:                          $30,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1485** **Nonpriority creditor's name and mailing address**
THE AMERICANA AT BRAND LLC
P.O. BOX 31001-1320
PASADENA, CA 91110-1320

**As of the petition filing date, the claim is:**          **$339,458.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1486** **Nonpriority creditor's name and mailing address**
THE ARVIND MILLS LIMITED
ELECTRONIC CITY PHASE 1
BANGALORE KARNATAKA,
INDIA

**As of the petition filing date, the claim is:**          **$58,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1487** **Nonpriority creditor's name and mailing address**
THE BANK OF NEW YORK

**As of the petition filing date, the claim is:**          **UNKNOWN**
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
UNKNOWN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1488** **Nonpriority creditor's name and mailing address**
THE BERNARD GROUP INC
19011 LAKE DR EAST
CHANHASSEN, MN 55317

**As of the petition filing date, the claim is:**          **$12,339.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                              Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1489**

**Nonpriority creditor's name and mailing address**
THE CACTUS CLUB

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$240.00

---

**3.1490**

**Nonpriority creditor's name and mailing address**
THE CIVIL ENGINEERS LTD
HORINDHORA HEMAYETPUR SAVAR
DHAKA, 1340
BANGLADESH

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$871,135.65

---

**3.1491**

**Nonpriority creditor's name and mailing address**
THE DESIGN LIBRARY
400 MARKET INDUSTRIAL PARK, STE 1
WAPPINGERS FALLS, NY 12590

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$200.00

---

**3.1492**

**Nonpriority creditor's name and mailing address**
THE DOMAIN MALL LLC
P.O. BOX 406597
ATLANTA, GA 30384-6597

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$192,595.21

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1493**  **Nonpriority creditor's name and mailing address**

THE FOUNTAINS AT FARAH LP
123 W MILLS AVE, STE 600
EL PASO, TX 79901

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,281.04

**3.1494**  **Nonpriority creditor's name and mailing address**

THE GOOD PATCH BY LA MEND
202 LAVISTA DR
NASHVILLE, TN 37215

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,176.00

**3.1495**  **Nonpriority creditor's name and mailing address**

THE GRAYSON SCHOOL
211 MATSONFORD RD
RADNOR, PA 19087

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$589.00

**3.1496**  **Nonpriority creditor's name and mailing address**

THE GREAT EROS
135 WYTHE AVE
BROOKLYN, NY 11249

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$372.91

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

<b>Amount of claim</b>

---

**3.1497** **Nonpriority creditor's name and mailing address**
THE GREENE TOWN CENTER LLC
P.O. BOX 304
EMERSON, NJ 07630

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$40,211.86

---

**3.1498** **Nonpriority creditor's name and mailing address**
THE LATCH KEY
605 LANCASTER ST
OAKLAND, CA 94601

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$636.30

---

**3.1499** **Nonpriority creditor's name and mailing address**
THE LAUNDRESS INC
247 W 30TH ST, STE 7F
NEW YORK, NY 10001

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,646.17

---

**3.1500** **Nonpriority creditor's name and mailing address**
THE LINDSAY THOMPSON COMPANY LLC
30 IRVING PL, 8TH FL
NEW YORK, NY 10003

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$53,012.44

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1501**  **Nonpriority creditor's name and mailing address**

THE LIONS MODEL MANAGEMENT LLC
286 5TH AVE, 12TH FL
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**    $25,946.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1502**  **Nonpriority creditor's name and mailing address**

THE MACERICH PARTNERSHIP LP
P.O. BOX 848927
LOS ANGELES, CA 90084-8927

**As of the petition filing date, the claim is:**    $122,311.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1503**  **Nonpriority creditor's name and mailing address**

THE MILES GROUP
685 THIRD AVE, 22ND FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**    $105,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1504**  **Nonpriority creditor's name and mailing address**

THE NEW YORK CITY BAR ASSOC

**As of the petition filing date, the claim is:**    $158.89

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1505** | **Nonpriority creditor's name and mailing address**
THE NEWS INC
495 BROADWAY, 5TH FL
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**    $2,600.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1506** | **Nonpriority creditor's name and mailing address**
THE PACK AMERICA CORP
P.O. BOX 70280
PHILADELPHIA, PA 19176-0280

**As of the petition filing date, the claim is:**    $111,699.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1507** | **Nonpriority creditor's name and mailing address**
THE PARK SCHOOL OF BUFFALO
4625 HARLEM RD
AMHERST, NY 14226

**As of the petition filing date, the claim is:**    $437.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1508** | **Nonpriority creditor's name and mailing address**
THE PERSONAL FINANCE NETWORK INC

**As of the petition filing date, the claim is:**    $555.10
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1509** | **Nonpriority creditor's name and mailing address**
THE PHYLMAR GROUP INC
10513 SANTA MONICA BLVD
LOS ANGELES, CA 90025

**As of the petition filing date, the claim is:**    $18,574.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1510** | **Nonpriority creditor's name and mailing address**
THE PYTHIAN GROUP INC
319 MCRAE AVE, STE 500
OTTOWA, ON K1Z 0B9
CANADA

**As of the petition filing date, the claim is:**    $65,548.37
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1511** | **Nonpriority creditor's name and mailing address**
THE RETAIL PROPERTY TRUST
P.O. BOX 772809
CHICAGO, IL 60677-2809

**As of the petition filing date, the claim is:**    $819,426.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1512** | **Nonpriority creditor's name and mailing address**
THE SHOPS AT SADDLE CREEK INC
16972 COLLECTIONS CENTER DR
CHICAGO, IL 60693-0169

**As of the petition filing date, the claim is:**    $96,100.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    379 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1513** **Nonpriority creditor's name and mailing address**

THE SOCIETY MODEL MANAGEMENT INC
156 FIFTH AVE, STE 800
NEW YORK, NY 10010

**As of the petition filing date, the claim is:**    $112,202.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1514** **Nonpriority creditor's name and mailing address**

THE SURFERS JOURNAL
191 AVENIDA LA PATA
SAN CLEMENTE, CA 92673

**As of the petition filing date, the claim is:**    $75.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1515** **Nonpriority creditor's name and mailing address**

THE UPS STORE
3200 DUFFRIN ST, UNIT 18B
TORONTO, ON M6A 0A1
CANADA

**As of the petition filing date, the claim is:**    $74.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1516** **Nonpriority creditor's name and mailing address**

THELMA
1012 SAINT ANDREWS BLVD, UNIT B
CHARLESTON, SC 29407

**As of the petition filing date, the claim is:**    $6,530.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1517**   **Nonpriority creditor's name and mailing address**   $287.71

THESSELLE LLC
46660 SENTINEL DR
FREMONT, CA 94539

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1518**   **Nonpriority creditor's name and mailing address**   $2,007.21

THIMBLE COLLECTION
45 MILORD ST 2
BOSTON, MA 02118

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1519**   **Nonpriority creditor's name and mailing address**   $113,073.87

THOMAS NEAL
311 VANDERBILT ST, APT 2
BROOKLYN, NY 11218

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1520**   **Nonpriority creditor's name and mailing address**   $48.48

THOMPSON LOCK & SUPPLY CORP
P.O. BOX 61
WHITE PLAINS, NY 10605

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1521** Nonpriority creditor's name and mailing address

THOMSON INSOURCE
33317 TREASURY CENTER
CHICAGO, IL 60694-3300

**As of the petition filing date, the claim is:**    $14,325.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1522** Nonpriority creditor's name and mailing address

THOREAU SERVICES INC
5301 BEETHOVEN ST, STE 109
LOS ANGELES, CA 90066

**As of the petition filing date, the claim is:**    $542.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1523** Nonpriority creditor's name and mailing address

THREE POTATO FOUR LLC

**As of the petition filing date, the claim is:**    $7,100.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1524** Nonpriority creditor's name and mailing address

THRIVE MES LLC
134 W S BOUNDARY ST
PERRYSBURG, OH 43551

**As of the petition filing date, the claim is:**    $3,576.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        382 of 427

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1525**

**Nonpriority creditor's name and mailing address**
THUMP LLC

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$750.00

---

**3.1526**

**Nonpriority creditor's name and mailing address**
THYSSENKRUPP ELEVATOR CORP
P.O. BOX 3796
CAROL STREAM, IL 60132-3796

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$976.49

---

**3.1527**

**Nonpriority creditor's name and mailing address**
TIAA COMMERCIAL FINANCE INC
P.O. BOX 911608
DENVER, CO 80291-1608

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,043.58

---

**3.1528**

**Nonpriority creditor's name and mailing address**
TIANHAI LACE CO LTD
NO 213 LIANGUANG RD
GUANGZHOU, 190
CHINA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,872.90

---

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1529**  **Nonpriority creditor's name and mailing address**
TIEN AN CORP LIMITED

**As of the petition filing date, the claim is:**                    $705.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1530**  **Nonpriority creditor's name and mailing address**
TIEN-HU TRADING (HONG KONG) LTD
55 HUNG TO RD
KWUN TONG, KLN
HONG KONG

**As of the petition filing date, the claim is:**                    $5,279,933.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1531**  **Nonpriority creditor's name and mailing address**
TIME WARNER CABLE
P.O. BOX 105046
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**                    $921.63
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1532**  **Nonpriority creditor's name and mailing address**
TIMES ASIA LIMITED
760 CHEUNG SHA WAN RD
KOWLOON
HONG KONG

**As of the petition filing date, the claim is:**                    $179.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1533** **Nonpriority creditor's name and mailing address**

TINKER WATCHES LLC
242 WYTHE AVE 9
BROOKLYN, NY 11249

**As of the petition filing date, the claim is:**    $5,710.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1534** **Nonpriority creditor's name and mailing address**

TKEES INC
96 SPADINA AVE, STE 205
TORONTO, ON M5V 2J6
CANADA

**As of the petition filing date, the claim is:**    $10,571.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1535** **Nonpriority creditor's name and mailing address**

TLF KATHRYNS FLOWER

**As of the petition filing date, the claim is:**    $1,426.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1536** **Nonpriority creditor's name and mailing address**

TOCU XIV LLC
200 RIVER MARKET AVE, STE 500
LITTLE ROCK, AR 72202

**As of the petition filing date, the claim is:**    $59,873.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**Amount of claim**

**3.1537** **Nonpriority creditor's name and mailing address**

TOLLEGNO 1900 SPA
VIA GRAMSCI 11
TOLLEGNO, BI 13818
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,298.79

---

**3.1538** **Nonpriority creditor's name and mailing address**

TOP SHELF STAFFING
68 WEST 39TH ST, STE 3W
NEW YORK, NY 10018

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$645.10

---

**3.1539** **Nonpriority creditor's name and mailing address**

TOPO DESIGNS LLC
2399 BLAKE ST, STE 125
DENVER, CO 80205

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,037.47

---

**3.1540** **Nonpriority creditor's name and mailing address**

TOUCH AND GO INC
1416 E BURNETT ST, UNIT 1
SIGNAL HILL, CA 90755

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,472.12

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1541** **Nonpriority creditor's name and mailing address**
TOWER CLEANERS & TAILORS
176 E WALTON ST
CHICAGO, IL 60611

**As of the petition filing date, the claim is:**    $495.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1542** **Nonpriority creditor's name and mailing address**
TOWN OF NATICK

**As of the petition filing date, the claim is:**    $400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1543** **Nonpriority creditor's name and mailing address**
TPF EQUITY REIR OPERATING
P.O. BOX 745857
LOS ANGELES, CA 90074-5857

**As of the petition filing date, the claim is:**    $2,828.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1544** **Nonpriority creditor's name and mailing address**
TPG VI MANAGEMENT LLC
301 COMMERCE ST, STE 3300
FT WORTH, TX 76102

**As of the petition filing date, the claim is:**    $198,082.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1545**

**Nonpriority creditor's name and mailing address**
TRACE STAFFING SOLUTIONS LLC
6001 CHATHAM CENTER DR ST 300
SAVANNAH, GA 31405

**As of the petition filing date, the claim is:** $2,606.84
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1546**

**Nonpriority creditor's name and mailing address**
TRALIANT LLC
1600 ROSECRANS AVE
MANHATTAN BEACH, CA 90266

**As of the petition filing date, the claim is:** $4,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1547**

**Nonpriority creditor's name and mailing address**
TRANSOURCE
P.O. BOX 931898
ATLANTA, GA 31193

**As of the petition filing date, the claim is:** $9,292.65
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1548**

**Nonpriority creditor's name and mailing address**
TRANSPEED TRADING LIMITED
30-38 TSUEN KING CIRCUIT
TSUEN WAN NT,
HONG KONG

**As of the petition filing date, the claim is:** $17,470.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
MERCHANDISE VENDOR

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1549** Nonpriority creditor's name and mailing address

TREND SRL UNIPERSONALE
VIA VILLA FONTANA 49
SAN COLOMBANO, LU 55018
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $320,508.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1550** Nonpriority creditor's name and mailing address

TRIBE ALIVE LLC
126 S MAIN ST, STE 100
FORT WORTH, TX 76104

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $31,057.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1551** Nonpriority creditor's name and mailing address

TRIMBLE INC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $2,924.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1552** Nonpriority creditor's name and mailing address

TRINTECH INC
P.O. BOX 205367
DALLAS, TX 75320-5367

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:    $3,646.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1553** | **Nonpriority creditor's name and mailing address**
TROY GROUP INC

As of the petition filing date, the claim is:                    $4,319.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1554** | **Nonpriority creditor's name and mailing address**
TRUE FIT CORP
60 STATE ST 12TH FL
BOSTON, MA 02190

As of the petition filing date, the claim is:                    $199,998.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1555** | **Nonpriority creditor's name and mailing address**
TRUE INC
P.O. BOX 1517
NEW YORK, NY 10021

As of the petition filing date, the claim is:                    $14,932.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1556** | **Nonpriority creditor's name and mailing address**
TRUPAR AMERICA INC
160 WILSON RD
BENTLEYVILLE, PA 15314

As of the petition filing date, the claim is:                    $6,106.56

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1557** **Nonpriority creditor's name and mailing address**
TSG CHESTERFIELD LIFESTYLE LLC
2127 INNERBELT BUSINESS CENTER DR
ST LOUIS, MO 63114

**As of the petition filing date, the claim is:**    $7,910.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1558** **Nonpriority creditor's name and mailing address**
TSO VERO BEACH LP
1170 PEACHTREE ST NE, STE 2000
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**    $2,267.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1559** **Nonpriority creditor's name and mailing address**
TSO WAREHOUSE ROW PROPERTY OWNER LP
THE SIMPSON ORGANIZATION
1170 PEACHTREE ST NE, STE 2000
ATLANTA, GA 30309

**As of the petition filing date, the claim is:**    $29,244.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1560** **Nonpriority creditor's name and mailing address**
TTEC DIGITAL LLC
9197 S PEORIA ST
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**    $241,435.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**                                Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1561**

**Nonpriority creditor's name and mailing address**
TUNG HANG HANDBAG FACTORY LTD
64 HOI YUEN RD
KWUN TONG, KLN
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$190,711.86

---

**3.1562**

**Nonpriority creditor's name and mailing address**
TWELVE SOUTH PARTNERS LLC
P.O. BOX 22149
NASHVILLE, TN 37202

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,900.07

---

**3.1563**

**Nonpriority creditor's name and mailing address**
TWIN CITIES OUTLETS EAGAN LLC
P.O. BOX 826511
PHILADELPHIA, PA 19182-6511

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$56,492.16

---

**3.1564**

**Nonpriority creditor's name and mailing address**
TWMB ASSOCIATES LLC
P.O. BOX 414225
BOSTON, MA 02241-4225

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,811.97

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1565** | **Nonpriority creditor's name and mailing address**
TYCO INTEGRATED SECURITY LLC
LOCKBOX 223670
PITTSBURGH, PA 15251-2670

**As of the petition filing date, the claim is:**   $18,748.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1566** | **Nonpriority creditor's name and mailing address**
TYREE PLUMBING INC
7111 PEACHTREE RD
LYNCHBURG, VA 24502

**As of the petition filing date, the claim is:**   $483.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1567** | **Nonpriority creditor's name and mailing address**
TYSONS CORNER LLC
P.O. BOX 849554
LOS ANGELES, CA 90084-9554

**As of the petition filing date, the claim is:**   $113,030.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1568** | **Nonpriority creditor's name and mailing address**
UL STR
REGENT CENTRE 63 WO YI HOP RD
KWAI CHUNG NT,
HONG KONG

**As of the petition filing date, the claim is:**   $6,434.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**                          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.1569**  **Nonpriority creditor's name and mailing address**

ULINE SHIP SUPPLIES
12575 ULINE DR
PLEASANT PRAIRIE, WI 53158
PLEASANT PRAIRIE, WI 53158

**As of the petition filing date, the claim is:**                          $14.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1570**  **Nonpriority creditor's name and mailing address**

UNDERBARRES
1737 RIGGS PL NW, APT B
WASHINGTON, DC 20009

**As of the petition filing date, the claim is:**                          $4,310.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1571**  **Nonpriority creditor's name and mailing address**

UNIFY HR LLC
105 DECKER CT 530
IRVING, TX 75062

**As of the petition filing date, the claim is:**                          $4,636.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1572**  **Nonpriority creditor's name and mailing address**

UNIMAC GRAPHICS LLC
350 MICHELE PL
CARLSTADT, NJ 07072

**As of the petition filing date, the claim is:**                          $1,142.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     394 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1573** **Nonpriority creditor's name and mailing address**

UNITEC VER TECH ELEVATOR COMPANY
P.O. BOX 33106
NEWARK, NJ 07188-0130

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $405.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1574** **Nonpriority creditor's name and mailing address**

UNITED ELECTRONIC SVCS INC 984
2801 WEST TYVOLA RD
CHARLOTTE, NC 28217

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $19,712.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1575** **Nonpriority creditor's name and mailing address**

UNITED FIRE PROTECTION CORP
1 MARK RD
KENILWORTH, NJ 07033

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,823.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1576** **Nonpriority creditor's name and mailing address**

UNITED INFINITE CORP TAIWAN BRANCH
JIHU RD NEIHU DISTRICT
TAIPEI CITY, 114
TAIWAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $6,081,343.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                        Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1577**  **Nonpriority creditor's name and mailing address**

UNITED SECURITY AND CONTROL
6405 MERRIMAN RD, STE 204
ROANOKE, VA 24018

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,469.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1578**  **Nonpriority creditor's name and mailing address**

UNITED TEXTILE INC TAIWAN BRANCH
JIHU RD NEIHU DISTRICT
TAIPEI CITY, 114
TAIWAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,870,006.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1579**  **Nonpriority creditor's name and mailing address**

UNITIKA TRADING CO LTD
5-7 HOMMACHI 2-CHOME CHUO-KU
OSAKA, 5410053
JAPAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,120.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1580**  **Nonpriority creditor's name and mailing address**

UNIVERSAL E BUSINESS SOLUTIONS LLC
70 ADAMS ST, 3RD FL
HOBOKEN, NJ 07030

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $6,912.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.1581** | **Nonpriority creditor's name and mailing address**
UNIVERSAL INTERNATIONAL MAX LTD
STAR HOUSE 3 SALISBURY RD
TSIM SHA TSUI, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $249,394.73
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1582** | **Nonpriority creditor's name and mailing address**
UNIVERSITY PARK MALL LLC
867525 RELIABLE PARKWAY
CHICAGO, IL 60686-0075

**As of the petition filing date, the claim is:**    $53,719.46
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1583** | **Nonpriority creditor's name and mailing address**
UNIVERSITY VILLAGE L P
P.O. BOX 24702
SEATTLE, WA 98124-0702

**As of the petition filing date, the claim is:**    $67,219.83
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1584** | **Nonpriority creditor's name and mailing address**
UOVO

**As of the petition filing date, the claim is:**    $3,602.27
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1585**  **Nonpriority creditor's name and mailing address**

UPPER MERION TOWNSHIP
175 W VALLEY FORGE RD
KING OF PRUSSIA, PA 19406

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,681.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1586**  **Nonpriority creditor's name and mailing address**

UPS CANADA LTD
P.O. BOX 4900
STATION A
TORONTO, ON M5W 0A7
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $17,658.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1587**  **Nonpriority creditor's name and mailing address**

UPS SUPPLY CHAIN SOLUTIONS
101 MARCEL-LAURIN BLVD
ST-LAURENT, QC H4N 2M3
CANADA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $46,163.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1588**  **Nonpriority creditor's name and mailing address**

UPV CENTER LP
P.O. BOX 775836
CHICAGO, IL 60677-5836

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $80,286.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1589** **Nonpriority creditor's name and mailing address**
UPW LIMITED
833 CHEUNG SHA WAN RD
KOWLOON,
HONG KONG

**As of the petition filing date, the claim is:**    $21,867.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1590** **Nonpriority creditor's name and mailing address**
URBAN EDGE PROPERTIES LP
P.O. BOX 416391
BOSTON, MA 02241-6391

**As of the petition filing date, the claim is:**    $128,865.62
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1591** **Nonpriority creditor's name and mailing address**
URBAN SHOPPING CENTERS LP
P.O. BOX 86
MINNEAPOLIS, MN 55486-2886

**As of the petition filing date, the claim is:**    $157,382.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1592** **Nonpriority creditor's name and mailing address**
US 21 INC
2721 PROSPERITY AVE STE300
FAIRFAX, VA 22031

**As of the petition filing date, the claim is:**    $437.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.1593**  **Nonpriority creditor's name and mailing address**
US APPAREL & TEXTILES PVT LTD
3 KM DEFENSE RAIWIND RD
LAHORE, 53700
PAKISTAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,332,637.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1594**  **Nonpriority creditor's name and mailing address**
USPG PORTFOLIO FIVE LLC
P.O. BOX 64-3906
CINCINNATI, OH 45264-3906

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $29,665.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1595**  **Nonpriority creditor's name and mailing address**
USPS
P.O. BOX 7247-0166
PHILADELPHIA, PA 19170-0166

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $43.70
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1596**  **Nonpriority creditor's name and mailing address**
UTC VENTURE LLC
P.O. BOX 55976
LOS ANGELES, CA 90074-5976

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $163,865.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.1597** Nonpriority creditor's name and mailing address

UTICA SQUARE SHOPPING CENTER INC
1437 SOUTH BOULDER AVE, STE 1400
TULSA, OK 74119

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,025.90

---

**3.1598** Nonpriority creditor's name and mailing address

UVERITECH
1743 S GRAND AVE
GLENDORA, CA 91740

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,249.90

---

**3.1599** Nonpriority creditor's name and mailing address

VACILANDO QUILTING
809 DALE DR
SAN MARCOS, TX 78666

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$494.20

---

**3.1600** Nonpriority creditor's name and mailing address

VALLEY FAIR UTC LLC
P.O. BOX 55702
LOS ANGELES, CA 90074-5702

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$132,167.38

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.1601** **Nonpriority creditor's name and mailing address**
VANDEGRIFT FORWARDING
100 WALNUT AVE, STE 600
CLARK, NJ 07066

**As of the petition filing date, the claim is:**    $36,972.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1602** **Nonpriority creditor's name and mailing address**
VANDERBILT MPD CORP
P.O. BOX 1317
MANCHESTER CENTER, VT 05255

**As of the petition filing date, the claim is:**    $47,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1603** **Nonpriority creditor's name and mailing address**
VANESSA CARLTON

**As of the petition filing date, the claim is:**    $500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1604** **Nonpriority creditor's name and mailing address**
VANS
13911 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**    $254,879.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1605**   **Nonpriority creditor's name and mailing address**    $1,000.00
VC TOURS INC

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown    OTHER TRADE

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1606**   **Nonpriority creditor's name and mailing address**    $14,050.60
VEJA FAIR TRADE
13 RUE DE LA CERISAIE
PARIS, 75011
FRANCE

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown    MERCHANDISE VENDOR

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1607**   **Nonpriority creditor's name and mailing address**    $1,404.93
VERACITY NETWORKS
170 ELECTION RD, STE 200
DRAPER, UT 84020-6420

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown    OTHER TRADE

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

---

**3.1608**   **Nonpriority creditor's name and mailing address**    $123,570.51
VERIFONE INC
4060 SOLUTIONS CENTER
CHICAGO, IL 60677

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   Basis for the claim:
Unknown    OTHER TRADE

**Last 4 digits of account number**   Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

### 3.1609 Nonpriority creditor's name and mailing address

VERITAS TECHNOLOGIES LLC
P.O. BOX 740626
LOS ANGELES, CA 90074-0626

**As of the petition filing date, the claim is:**    $102,986.10

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1610 Nonpriority creditor's name and mailing address

VERITE INC
44 BELCHERTOWN RD
AMHERST, MA 01002

**As of the petition filing date, the claim is:**    $26,660.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1611 Nonpriority creditor's name and mailing address

VERIZON WIRELESS
P.O. BOX 489
NEWARK, NJ 07101-0489

**As of the petition filing date, the claim is:**    $166,913.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.1612 Nonpriority creditor's name and mailing address

VERSATILE MOBILE SYSTEMS
19105 36TH AVE WEST, STE 106
LYNNWOOD, WA 98036

**As of the petition filing date, the claim is:**    $653.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1613** | **Nonpriority creditor's name and mailing address**
VF JEANSWEAR LP
400 N ELM ST
GREENSBORO, NC 27401

**As of the petition filing date, the claim is:** — $3,938.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1614** | **Nonpriority creditor's name and mailing address**
VIACOM INTERNATIONAL INC
P.O. BOX 412276
BOSTON, MA 02241-2276

**As of the petition filing date, the claim is:** — $1,516.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1615** | **Nonpriority creditor's name and mailing address**
VICTORY INTERNATIONAL INC
NO 77 SHENGLI 12TH ST
TAICHUNG, 310
CHINA

**As of the petition filing date, the claim is:** — $5,395,257.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1616** | **Nonpriority creditor's name and mailing address**
VILLAGE OF SOUTHAMPTON
151 WINDMILL LN
SOUTHAMPTON, NY 11968

**As of the petition filing date, the claim is:** — $80.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

---

**3.1617** | **Nonpriority creditor's name and mailing address**

VINYL DEVELOPMENT LLC
P.O. BOX 128
SOUTH HARWICH, MA 02661

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$85,400.00

---

**3.1618** | **Nonpriority creditor's name and mailing address**

VIOLET INTERNATIONAL LTD
NO 100 HUANG PU DA DAO WEST
GUANGZHOU, 510627
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$67.50

---

**3.1619** | **Nonpriority creditor's name and mailing address**

VIRGINIA SIN ENTERPRISES LLC
276 GREENPOINT AVE 8106
BROOKLYN, NY 11222

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$153.50

---

**3.1620** | **Nonpriority creditor's name and mailing address**

VISIONLAND CO LTD
131 TOEGYE-RO
JUNG-GU SEOUL, 04537
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$59,830.24

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1621** | **Nonpriority creditor's name and mailing address**
VITALE BARBERIS CANONICO SPA
VIA DIAGONALE 296
PRATRIVERO, BI 13832
ITALY

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,204.37

---

**3.1622** | **Nonpriority creditor's name and mailing address**
VM ARCHITECTURE STUDIO P C
20 W 22ND ST, STE 1609
NEW YORK, NY 10010

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$455.00

---

**3.1623** | **Nonpriority creditor's name and mailing address**
VOIANCE LANGUAGE SERVICES LLC
P.O. BOX 74008101
CHICAGO, IL 60674-8101

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$55.30

---

**3.1624** | **Nonpriority creditor's name and mailing address**
VORNADO REALTY LP
P.O. BOX 416419
BOSTON, MA 02241-6419

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$286,627.60

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.1625** | **Nonpriority creditor's name and mailing address**
VVA LLC
117 EAST 31ST ST
NEW YORK, NY 10016

As of the petition filing date, the claim is:                    $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1626** | **Nonpriority creditor's name and mailing address**
W SERVICES GROUP LLC
500 WHEELER RD
HAUPPAUGE, NY 11788

As of the petition filing date, the claim is:                $197,633.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1627** | **Nonpriority creditor's name and mailing address**
W W GRAINGER INC
DEPT 648-809172273
PALATINE, IL 60038-0001

As of the petition filing date, the claim is:                 $19,177.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1628** | **Nonpriority creditor's name and mailing address**
W&P DESIGN
52 MERCER ST, 3RD FL
NEW YORK, NY 10013

As of the petition filing date, the claim is:                  $2,342.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1629** **Nonpriority creditor's name and mailing address**
W-LD LEGENDS HOLDINGS VII LLC
P.O. BOX 505333
ST LOUIS, MO 63150-5333

**As of the petition filing date, the claim is:**   $44,659.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1630** **Nonpriority creditor's name and mailing address**
W-S PEAK CANTON PROPERTIES LLC
P.O. BOX 845821
BOSTON, MA 02284-5821

**As of the petition filing date, the claim is:**   $1,432.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1631** **Nonpriority creditor's name and mailing address**
WACHTER INC
P.O. BOX 801711
KANSAS CITY, MO 64180

**As of the petition filing date, the claim is:**   $25,585.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1632** **Nonpriority creditor's name and mailing address**
WALMART.COM
702 SW 8TH ST
BENTONVILLE, AR 72716

**As of the petition filing date, the claim is:**   $6,293.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.** Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.1633** | **Nonpriority creditor's name and mailing address**
WALTER SCHUPFER MGMT OF CA INC
1018 AMOROSO PL
VENICE, CA 90291

As of the petition filing date, the claim is:                    **$2,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1634** | **Nonpriority creditor's name and mailing address**
WALTON FOOTHILLS HOLDINGS VI LLC
P.O. BOX 51723
LOS ANGELES, CA 90051-6023

As of the petition filing date, the claim is:                    **$43,116.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1635** | **Nonpriority creditor's name and mailing address**
WATERLOO PREMIUM OUTLETS LLC
P.O. BOX 827756
PHILADELPHIA, PA 19182-7756

As of the petition filing date, the claim is:                    **$51,015.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1636** | **Nonpriority creditor's name and mailing address**
WE SPEAK LLC
276 5TH AVE, STE 704
NEW YORK, NY 10001

As of the petition filing date, the claim is:                    **$7,294.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1637**  **Nonpriority creditor's name and mailing address**
WEBB CHEMICAL AND PAPER CO INC
2500 WEST DIXON BLVD
SHELBY, NC 28151

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $1,403.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1638**  **Nonpriority creditor's name and mailing address**
WENDY DILLON PIETRANGELO ESQ
18935 E SHORELAND AVE
ROCKY RIVER, OH 44116

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $2,593.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1639**  **Nonpriority creditor's name and mailing address**
WENDY GREENBERG
68 BRUNDAGE RIDGE RD
BEFORD, NY 10506

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $16,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1640**  **Nonpriority creditor's name and mailing address**
WERRES CORP
P.O. BOX 759022
BALTIMORE, MD 21275

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    $3,302.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1641** **Nonpriority creditor's name and mailing address**
WEST CLAYTON ATHENS GA
150 W BROAD ST
ATLANTA, GA 30601

**As of the petition filing date, the claim is:**    $46,544.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1642** **Nonpriority creditor's name and mailing address**
WEST FARMS MALL LLC
P.O. BOX 67000
DETROIT, MI 48267-0555

**As of the petition filing date, the claim is:**    $261,126.78
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
REAL ESTATE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1643** **Nonpriority creditor's name and mailing address**
WESTERN MANAGEMENT GROUP
237 WEST MAIN ST
LOS GATOS, CA 95030-6818

**As of the petition filing date, the claim is:**    $1,325.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1644** **Nonpriority creditor's name and mailing address**
WESTERN OFFICE PORTFOLIO PROPERTY
P.O. BOX 846905
LOS ANGELES, CA 90084-6905

**As of the petition filing date, the claim is:**    $61,445.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Unknown

**Basis for the claim:**
OTHER TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1645** | Nonpriority creditor's name and mailing address
WESTFIELD TOPANGA OWNER LLC
FILE 54734
LOS ANGELES, CA 90074-4734

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,038.40

**3.1646** | Nonpriority creditor's name and mailing address
WESTLAND GARDEN STATE PLAZA
FILE 56816
LOS ANGELES, CA 90074-6816

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$348,478.84

**3.1647** | Nonpriority creditor's name and mailing address
WFP RETAIL CO LP
P.O. BOX 758950
BALTIMORE, MD 21275-8950

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$369,875.10

**3.1648** | Nonpriority creditor's name and mailing address
WGSN INC
229 WEST 43RD ST, 7TH FL
NEW YORK, NY 10036

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,491.44

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1649**  **Nonpriority creditor's name and mailing address**
WHIT LLC
195 N 5TH ST
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**    $511.08
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1650**  **Nonpriority creditor's name and mailing address**
WHL SOURCING & MANUFACTURING LTD
4/F NO 2 SEC 1 TUNHUA S RD
TAIPEI, 10506
TAIWAN

**As of the petition filing date, the claim is:**    $2,406,246.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1651**  **Nonpriority creditor's name and mailing address**
WILD AND WOLF INC
432 PARK AVE S, 15TH FL
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**    $204.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1652**  **Nonpriority creditor's name and mailing address**
WILEY & WILSON INC
127 NATIONWIDE DR
LYNCHBURG, VA 24502-4272

**As of the petition filing date, the claim is:**    $3,071.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1653** Nonpriority creditor's name and mailing address

WILHELMINA INTERNATIONAL INC
DEPT 8107
P.O. BOX 650002
DALLAS, TX 75265-8107

As of the petition filing date, the claim is:    $56,421.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1654** Nonpriority creditor's name and mailing address

WILLIAMSBURG PORTFOLIO HOLDINGS
600 WASHINGTON AVE, STE 1100
ST LOUIS, MO 63101

As of the petition filing date, the claim is:    $50,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1655** Nonpriority creditor's name and mailing address

WILLOW GLEN EDUCATION FOUNDATION
P.O. BOX 8096
SAN JOSE, CA 95155

As of the petition filing date, the claim is:    $127.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1656** Nonpriority creditor's name and mailing address

WILMINGTON SAVINGS FUND SOCIETY, FSB
500 DELAWARE AVE
WILMINGTON, DE 19801

As of the petition filing date, the claim is:    $625,475,614.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNSECURED DEFICIENCY ON THE TERM LOAN

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1657** **Nonpriority creditor's name and mailing address**
WILSON CANAL PLACE II LLC
P.O. BOX 758883
BALTIMORE, MD 21275-8883

**As of the petition filing date, the claim is:**    $65,230.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1658** **Nonpriority creditor's name and mailing address**
WILSONS SEPTIC TANK & PORTABLE
P.O. BOX 4619
LYNCHBURG, VA 24502

**As of the petition filing date, the claim is:**    $311.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1659** **Nonpriority creditor's name and mailing address**
WINDSTREAM
P.O. BOX 9001908
LOUISVILLE, KY 40290-1908

**As of the petition filing date, the claim is:**    $2,109.42
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1660** **Nonpriority creditor's name and mailing address**
WINNER STEP CORP LTD
30 CANTON RD
TSIMSHATSUI, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $1,295,758.83
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.1661**  **Nonpriority creditor's name and mailing address**

WINNITEX LIMITED
9 HOI SHING RD TSUEN WAN NT
KOWLOON,
HONG KONG

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $83,686.09

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1662**  **Nonpriority creditor's name and mailing address**

WINTER BEACH PRODUCTIONS
3711 MADISON AVE
BROOKFIELD, IL 60513

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $2,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1663**  **Nonpriority creditor's name and mailing address**

WIP WHOLESALE LLC
5903 WESTSIDE AVE
NORTH BERGEN, NJ 07047

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,144.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1664**  **Nonpriority creditor's name and mailing address**

WIT & DELIGHT LLC

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $10,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1665** | **Nonpriority creditor's name and mailing address**
WOMEN IN NEED INC
115 WEST 31ST ST
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**   $300.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1666** | **Nonpriority creditor's name and mailing address**
WOMEN MANAGEMENT
199 LAFAYETTE ST, 7TH FL
NEW YORK, NY 10012

**As of the petition filing date, the claim is:**   $125,879.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1667** | **Nonpriority creditor's name and mailing address**
WOOIN INDUSTRIES LTD
197-5 GURO DONG GURO KU
SEOUL, 152-743
SOUTH KOREA

**As of the petition filing date, the claim is:**   $2,129,969.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1668** | **Nonpriority creditor's name and mailing address**
WORKSMITH INC
1524 SOUTH INTERSTATE 35, STE 220
AUSTIN, TX 78704

**As of the petition filing date, the claim is:**   $206,915.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1669** Nonpriority creditor's name and mailing address
WORLD TEXTILE SOURCING INC
530 SEVENTH AVE 506
NEW YORK, NY 10018

As of the petition filing date, the claim is:    $235,796.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1670** Nonpriority creditor's name and mailing address
WORLD TRADE INTERACTIV

As of the petition filing date, the claim is:    $200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1671** Nonpriority creditor's name and mailing address
WORLDATWORK
P.O. BOX 51508
LOS ANGELES, CA 90051

As of the petition filing date, the claim is:    $265.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1672** Nonpriority creditor's name and mailing address
WP LAVORI IN CORSO SRL
VIA DELL ARCOVEGGIO 59/5
BOLOGNA, 40129
ITALY

As of the petition filing date, the claim is:    $18,210.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**                                          Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

---

**3.1673** **Nonpriority creditor's name and mailing address**

WS TAMPA OWNER LLC
C/O WS ASSET MANAGEMENT INC
33 BOYLSTON ST, STE 3000
CHESTNUT HILL, MA 02467

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $3,227.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1674** **Nonpriority creditor's name and mailing address**

WS TICE'S CORNER MARKETPLACE LLC
DAVID ADAM REALTY, INC
57 WILTON RD, STE 200
WESTPORT, CT 06880

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $89,894.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1675** **Nonpriority creditor's name and mailing address**

WSM HINGHAM PROPERTIES LLC
P.O. BOX 3274
BOSTON, MA 02241-3274

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $100,195.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1676** **Nonpriority creditor's name and mailing address**

WUXI DONGZHOU TEXTILE CO LTD
NO 15 XINSHI RD
WUXI CITY, 100 214000
CHINA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**      $8,336.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.1677** | **Nonpriority creditor's name and mailing address**
WYNRIGHT CORP
P.O. BOX 71383
CHICAGO, IL 60694-1383

**As of the petition filing date, the claim is:**    $4,532.96
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1678** | **Nonpriority creditor's name and mailing address**
XCEPTANCE SOFTWARE TECHNOLOGIES
1 BROADWAY, 14TH FL
CAMBRIDGE, MA 02142

**As of the petition filing date, the claim is:**    $51,947.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1679** | **Nonpriority creditor's name and mailing address**
XINGTAI H AND J TEXTILES CO LTD
YINGHUA ST DEVELOPMENT ZONE
XINGTAI CITY, 60 54001
CHINA

**As of the petition filing date, the claim is:**    $537.14
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1680** | **Nonpriority creditor's name and mailing address**
YAGI TSUSHO HONG KONG LTD
132 NATHAN RD
KOWLOON, KLN
HONG KONG

**As of the petition filing date, the claim is:**    $63,990.53
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.1681** **Nonpriority creditor's name and mailing address**
YAKJIN TRADING CORP
WIRYESEONG-DAERO 138 SONGPA-GU
SEOUL, 138-834
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $1,155.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1682** **Nonpriority creditor's name and mailing address**
YALE UNIVERSITY
P.O. BOX 1306
NEW HAVEN, CT 06505

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $35,793.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
REAL ESTATE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1683** **Nonpriority creditor's name and mailing address**
YJ GLOBAL CO LTD
401 YANGCHEON-RO GANGSEO-GU
SEOUL REPUBLIC OF KOREA,
SOUTH KOREA

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $5,658.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1684** **Nonpriority creditor's name and mailing address**
YOLANDE GAGNIER INC
171 CLERMONT AVE, APT 4B
BROOKLYN, NY 11205

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $4,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name      **J. Crew Operating Corp.**     Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

---

**3.1685** | **Nonpriority creditor's name and mailing address**
YORK INTERNATIONAL CORP
P.O. BOX 730747
DALLAS, TX 75373-0747

**As of the petition filing date, the claim is:**          $10,986.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1686** | **Nonpriority creditor's name and mailing address**
YOUR CAUSE HOLDINGS LLC
6505 W PARK BLVD, STE 306 PBM 369
PLANO, TX 75093

**As of the petition filing date, the claim is:**          $36,147.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1687** | **Nonpriority creditor's name and mailing address**
ZALANDO MARKETING SERVICES GMBH
TAMARA-DANZ-STR 1
BERLIN, 10243
GERMANY

**As of the petition filing date, the claim is:**          $216,773.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1688** | **Nonpriority creditor's name and mailing address**
ZEBRA RETAIL SOLUTIONS LLC
60 PLANT AVE
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**          $210,032.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.1689** **Nonpriority creditor's name and mailing address**
ZHEJIANG FORTUNE APPAREL CO LTD
9/F 1888 JIANGHUI RD
HANGZHOU, 130 310051
CHINA

**As of the petition filing date, the claim is:**                    $2,039,916.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1690** **Nonpriority creditor's name and mailing address**
ZHEJIANG JINHUA HUATAI
NO 777 WEST BINHONG RD
JINHUA, 130
CHINA

**As of the petition filing date, the claim is:**                    $4,997.91
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1691** **Nonpriority creditor's name and mailing address**
ZHEJIANG MIZUDA TEXTILE PRINTING
NO 288 TIANZIWEI RD
HUZHOU ZHEJIANG,
CHINA

**As of the petition filing date, the claim is:**                    $51,453.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.1692** **Nonpriority creditor's name and mailing address**
ZHEJIANG XINAO TEXTILES INC
NO 48 ZHENZHI ST
TONGXIANG, 130
CHINA

**As of the petition filing date, the claim is:**                    $51,027.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MERCHANDISE VENDOR

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.1693** | **Nonpriority creditor's name and mailing address** | | $3,410.47

ZOOM VIDEO COMMUNICATIONS INC
P.O. BOX 398843
SAN FRANCISCO, CA 94139-8843

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1694** | **Nonpriority creditor's name and mailing address** | | $1,082.43

ZORO TOOLS INC

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1695** | **Nonpriority creditor's name and mailing address** | | $720.00

ZURI MODEL AND TALENT
1999 AVE OF THE STARS, STE 1100
LOS ANGELES, CA 90067

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
OTHER TRADE

**Date or dates debt was incurred**
Unknown

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    425 of 427

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                                $0.00

**5b. Total claims from Part 2**                                    $1,286,060,977.95

**5c. Total claims of Parts 1 and 2**                              $1,286,060,977.95
    Lines 5a + 5b = 5c

| Debtor Name | J. Crew Operating Corp. |
| --- | --- |
| United States Bankruptcy Court for the Eastern District of Virginia | |
| Case number (if known): | 20-32186 |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | MERCHANT AGREEMENT<br>AFTERPAY MERCHANT AGREEMENT | AFTERPAY US, INC<br>222 KEARNY ST, STE 600<br>SAN FRANCISCO, CA 94108 |
| --- | --- | --- | --- |
| | State the term remaining<br>List the contract number of any government contract | 07/14/2019 - 07/14/2021 | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT<br>AMENDMENT TO THE CONTRACT FOR WAREHOUSING & DISTRIBUTION SERVICES | BLECKMANN NEDERLAND B.V.<br>EEKBOERSTRAAT 25<br>7575 AV<br>OLDENZAAL,<br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | 07/01/2018 - N/A | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT<br>AMENDMENT TO THE CONTRACT FOR WAREHOUSING & DISTRIBUTION SERVICES | BLECKMANN NEDERLAND B.V.<br>EEKBOERSTRAAT 25<br>7575 AV<br>OLDENZAAL,<br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | 07/01/2018 - N/A | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT<br>TRANSPORT SERVICE LEVEL AGREEMENT - 2014 | BLECKMANN NEDERLAND NV<br>EEKBOERSTRAAT 25<br>OLDENZAAL, 7575 AV<br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | 02/02/2015 - N/A | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT<br>CONTRACT FOR WAREHOUSING & DISTRIBUTION SERVICES | BLECKMANN NEDERLAND NV<br>EEKBOERSTRAAT 25<br>OLDENZAAL, 7575 AV<br>NETHERLANDS |
| | State the term remaining<br>List the contract number of any government contract | 02/02/2015 - N/A | |

Debtor Name   **J. Crew Operating Corp.**   Case number (if known): **20-32186**

| | Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **AMENDMENT SECOND AMENDMENT TO AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK ONE RIGHTER PARKWAY, STE 100 WILMINGTON, DE 19803** |
| | State the term remaining | 07/31/2018 - 01/31/2024 | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **AMENDMENT SECOND AMENDMENT TO AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK ONE RIGHTER PARKWAY, STE 100 WILMINGTON, DE 19803** |
| | State the term remaining | 07/31/2018 - 01/31/2024 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **FIRST AMENDMENT TO AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK ONE RIGHTER PARKWAY, STE 100 WILMINGTON, DE 18903** |
| | State the term remaining | 08/29/2016 - N/A | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **FIRST AMENDMENT TO AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK ONE RIGHTER PARKWAY, STE 100 WILMINGTON, DE 18903** |
| | State the term remaining | 05/11/2011 - N/A | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **AMENDMENT SECOND AMENDMENT TO AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK ONE RIGHTER PARKWAY, STE 100 WILMINGTON, DE 19803** |
| | State the term remaining | 07/31/2018 - 01/31/2024 | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **AMENDMENT SECOND AMENDMENT TO AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK ONE RIGHTER PARKWAY, STE 100 WILMINGTON, DE 19803** |
| | State the term remaining | 07/31/2018 - 01/31/2024 | |
| | List the contract number of any government contract | | |

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **CREDIT CARD PROGRAM AGREEMENT AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK**<br>**DELAWARE CORPORATE CENTER**<br>**ONE RIGHTER PARKWAY, STE 100**<br>**WILMINGTON, DE 19803** |
| | State the term remaining | 05/11/2011 - 01/01/2021 | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **CREDIT CARD PROGRAM AGREEMENT AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **COMENITY BANK**<br>**DELAWARE CORPORATE CENTER**<br>**ONE RIGHTER PARKWAY, STE 100**<br>**WILMINGTON, DE 19803** |
| | State the term remaining | 05/11/2011 - 01/01/2021 | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **THIRD AMENDMENT TO LEASE** | **COVENTRY REAL ESTATE PARTNERS, LLC**<br>**C/O SITE CENTERS CORP**<br>**ATTN: LEGAL COUNSEL**<br>**3300 ENTERPRISE PKWY**<br>**BEACHWOOD, OH 44122** |
| | State the term remaining | 05/03/2015 - 01/31/2023 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **THIRD AMENDMENT TO LEASE** | **COVENTRY REAL ESTATE PARTNERS, LTD**<br>**C/O SITE CENTERS CORP**<br>**ATTN: LEGAL COUNSEL**<br>**3300 ENTERPRISE PKWY**<br>**BEACHWOOD, OH 44122** |
| | State the term remaining | 05/03/2015 - 01/31/2023 | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **AGREEMENT INDEMNFICATION AGREEMENT** | **D.J. BAKER** |
| | State the term remaining | 4/24/2020 | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **THIRD AMENDMENT TO LEASE** | **DDR DEER PARK TOWN CENTER, LLC**<br>**ATTENTION: EXECUTIVE VICE PRESIDENT**<br>**3300 ENTERPRISE PARKWAY**<br>**BEACHWOOD, OH 44122** |
| | State the term remaining | 05/03/2015 - 01/31/2023 | |
| | List the contract number of any government contract | | |

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

---

| | ☐ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | THIRD AMENDMENT TO LEASE | DDR DEER PARK TOWN CENTER, LLC<br>ATTENTION: GENERAL COUNSEL<br>3300 ENTERPRISE PARKWAY<br>BEACHWOOD, OH 44122 |
| | State the term remaining<br>List the contract number of any government contract | 05/03/2015 - 01/31/2023 | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM<br>TRANSARMOR DATA PROTECTION SERVICES ADDENDUM | FIRST DATA SERVICES, LLC<br>5565 GLENRIDGE CONNECTOR NE, STE 2000<br>ATLANTA, GA 30342 |
| | State the term remaining<br>List the contract number of any government contract | 06/21/2018 - 06/21/2020 | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE<br>LEASE AGREEMENT | FLO-TECH LLC<br>10 WATERVIEW BLVD<br>PARSIPPANY, NJ 07054 |
| | State the term remaining<br>List the contract number of any government contract | 10/01/2018 - 01/10/2021 | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT<br>MANAGEMENT AGREEMENT | J. CREW VIRGINIA, INC.<br>770 BROADWAY<br>NEW YORK, NY 10003 |
| | State the term remaining<br>List the contract number of any government contract | 12/18/2001 | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | SALES AGREEMENT<br>SALES AGREEMENT | J. CREW VIRGINIA, INC.<br>770 BROADWAY<br>NEW YORK, NY 10003 |
| | State the term remaining<br>List the contract number of any government contract | 12/18/2001 | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATION AGREEMENT<br>ADMINISTRATION AGREEMENT | J. CREW VIRGINIA, INC.<br>770 BROADWAY<br>NEW YORK, NY 10003 |
| | State the term remaining<br>List the contract number of any government contract | 12/18/2001 | |

Debtor Name    **J. Crew Operating Corp.**                    Case number (if known): **20-32186**

▉    **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT LANDLORD'S CONSENT TO SUBLEASE** | **LOEB & LOEB LLP** ATTN: RAYMOND A SANSEVERINO, ESQ 345 PARK AVE NEW YORK, NY 10154 |
| | State the term remaining List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT AGREEMENT OF SUBLEASE** | **LOEB & LOEB LLP** ATTN: RAYMOND A SANSEVERINO, ESQ 345 PARK AVE NEW YORK, NY 10154 |
| | State the term remaining List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | **THIRD AMENDMENT TO LEASE** | **PR II DEER PARK TOWN CENTER LLC** ATTN: EVP - LEASING 3300 ENTERPRISE PKWY BEACHWOOD, OH 44122 |
| | State the term remaining List the contract number of any government contract | 05/03/2015 - 01/31/2023 | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | **THIRD AMENDMENT TO LEASE** | **RETAIL VALUE INVESTMENT PROGRAM LIMITED** DEPT 102728209703392 P.O. BOX 92361 CLEVELAND, OH 44193 |
| | State the term remaining List the contract number of any government contract | 05/03/2015 - 01/31/2023 | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT LANDLORD'S CONSENT TO SUBLEASE** | **THE BANK OF NEW YORK MELLON** C/O CBRE, INC - PORTFOLIO SERVICES ATTN: BNY MELLON, LEASE NO: 107-0000 6055 PRIMARY PARKWAY BUILDING II, STE 300 MEMPHIS, TN 38119 |
| | State the term remaining List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT LANDLORD'S CONSENT TO SUBLEASE** | **THE BANK OF NEW YORK MELLON** ATTN: DIRECTOR OF GLOBAL REAL ESTATE SERVICES 101 BARCLAY ST - 7E NEW YORK, NY 10286 |
| | State the term remaining List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT<br>LANDLORD'S CONSENT TO SUBLEASE | THE BANK OF NEW YORK MELLON<br>ATTN: REAL ESTATE COUNSEL<br>BNY MELLON CENTER, AIM 151-1910<br>500 GRANT ST<br>PITTSBURGH, PA 15258-0001 |
| | State the term remaining<br>List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT<br>SUBLEASE AGREEMENT | THE BANK OF NEW YORK MELLON<br>101 BARCLAY ST - AIM 101-0700<br>NEW YORK, NY 10286 |
| | State the term remaining<br>List the contract number of any government contract | 05/09/2018 - 05/31/2023 | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT<br>AGREEMENT OF SUBLEASE | THE BANK OF NEW YORK MELLON<br>ATTN: BNY MELLON, LEASE NO: 107-0000, STE 300<br>6055 PRIMARY PARKWAY BUILDING II<br>MEMPHIS, TN 38119 |
| | State the term remaining<br>List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT<br>AGREEMENT OF SUBLEASE | THE BANK OF NEW YORK MELLON<br>ATTN: DIRECTOR OF GLOBAL REAL ESTATE SERVICES<br>101 BARCLAY ST - 7E<br>NEW YORK, NY 10286 |
| | State the term remaining<br>List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT<br>AGREEMENT OF SUBLEASE | THE BANK OF NEW YORK MELLON<br>ATTN: REAL ESTATE COUNSEL<br>BNY MELLON CENTER, AIM 151-1910<br>500 GRANT ST<br>PITTSBURGH, PA 15258-0001 |
| | State the term remaining<br>List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | COMMENCEMENT AGREEMENT<br>COMMENCEMENT DATE AGREEMENT | THE BANK OF NEW YORK MELLON<br>240 GREENWICH ST<br>4W<br>NEW YORK, NY 10286 |
| | State the term remaining<br>List the contract number of any government contract | 01/23/2019 - N/A | |

Debtor Name    **J. Crew Operating Corp.**    Case number (if known): **20-32186**

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | **LETTER AGREEMENT**<br>**SUBLEASE AGREEMENT** | **VORNADO REALTY L.P.**<br>**888 SEVENTH AVE**<br>**NEW YORK, NY 10019** |
| | State the term remaining<br>List the contract number of any government contract | 05/09/2018 - 05/31/2023 | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE AGREEMENT**<br>**LANDLORD'S CONSENT TO SUBLEASE** | **WFP TOWER B CO. L.P.**<br>**C/O BROOKFIELD FINANCIAL PROPERTIES, LP**<br>**250 VESEY ST**<br>**15TH FLOOR**<br>**NEW YORK, NY 10281-1023** |
| | State the term remaining<br>List the contract number of any government contract | 05/10/2018 - 09/30/2034 | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | **CREDIT CARD PROGRAM AGREEMENT**<br>**AMENDED AND RESTATED PRIVATE LABEL CREDIT CARD PROGRAM AGREEMENT** | **WORLD FINANCIAL NETWORK NATIONAL BANK**<br>**ONE RIGHTER PARKWAY, STE 100**<br>**WILMINGTON, DE 19803** |
| | State the term remaining<br>List the contract number of any government contract | 05/11/2011 - N/A | |

| Debtor Name | **J. Crew Operating Corp.** |
|---|---|

**United States Bankruptcy Court for the Eastern District of Virginia**

| Case number (if known): | **20-32186** |
|---|---|

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**   Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply |
| 2.1 | **CHINOS INTERMEDIATE HOLDINGS B, INC.** | | Bank of America, NA | ☒ D ☒ E/F ☐ G |
| 2.2 | **CHINOS INTERMEDIATE HOLDINGS B, INC.** | | Wilmington Savings Fund Society, FSB | ☒ D ☒ E/F ☐ G |
| 2.3 | **GRACE HOLMES, INC.** | | Bank of America, NA | ☒ D ☒ E/F ☐ G |
| 2.4 | **GRACE HOLMES, INC.** | | Coventry Real Estate Partners, LLC | ☐ D ☐ E/F ☒ G |
| 2.5 | **GRACE HOLMES, INC.** | | Coventry Real Estate Partners, Ltd | ☐ D ☐ E/F ☒ G |

Debtor Name    **J. Crew Operating Corp.**                          Case number (if known): **20-32186**

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | Mailing Address | **Name** | *Check all schedules that apply* |
| 2.6 | **GRACE HOLMES, INC.** | | DDR Deer Park Town Center, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.7 | **GRACE HOLMES, INC.** | | DDR Deer Park Town Center, LLC | ☐ D  ☐ E/F  ☑ G |
| 2.8 | **GRACE HOLMES, INC.** | | PR II Deer Park Town Center LLC | ☐ D  ☐ E/F  ☑ G |
| 2.9 | **GRACE HOLMES, INC.** | | Retail Value Investment Program Limited | ☐ D  ☐ E/F  ☑ G |
| 2.10 | **GRACE HOLMES, INC.** | | Wilmington Savings Fund Society, FSB | ☑ D  ☑ E/F  ☐ G |
| 2.11 | **H. F. D. NO. 55 INC.** | | Bank of America, NA | ☑ D  ☑ E/F  ☐ G |
| 2.12 | **H. F. D. NO. 55 INC.** | | Wilmington Savings Fund Society, FSB | ☑ D  ☑ E/F  ☐ G |
| 2.13 | **H.F.D. NO. 55, INC.** | | Coroc/Hilton Head I L.L.C. | ☐ D  ☐ E/F  ☑ G |

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

---

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply* |
| 2.14  **H.F.D. NO. 55, INC.** | | Coroc/Hilton Head I L.L.C. | ☐ D<br>☐ E/F<br>☑ G |
| 2.15  **H.F.D. NO. 55, INC.** | | Coroc/Hilton Head I L.L.C. | ☐ D<br>☐ E/F<br>☑ G |
| 2.16  **H.F.D. NO. 55, INC.** | | R.R. Hilton Head, Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.17  **H.F.D. NO. 55, INC.** | | Rothchild Realty Inc. | ☐ D<br>☐ E/F<br>☑ G |
| 2.18  **J. CREW GROUP, INC.** | | Bank of America, NA | ☑ D<br>☑ E/F<br>☐ G |
| 2.19  **J. CREW GROUP, INC.** | | First Data Services, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.20  **J. CREW GROUP, INC.** | | Loeb & Loeb LLP | ☐ D<br>☐ E/F<br>☑ G |
| 2.21  **J. CREW GROUP, INC.** | | The Bank of New York Mellon | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **J. Crew Operating Corp.** | | Case number (if known): **20-32186** |

---

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.22  **J. CREW GROUP, INC.** | | The Bank of New York Mellon | ☐ D<br>☐ E/F<br>☑ G |
| 2.23  **J. CREW GROUP, INC.** | | The Bank of New York Mellon | ☐ D<br>☐ E/F<br>☑ G |
| 2.24  **J. CREW GROUP, INC.** | | The Bank of New York Mellon | ☐ D<br>☐ E/F<br>☑ G |
| 2.25  **J. CREW GROUP, INC.** | | The Bank of New York Mellon | ☐ D<br>☐ E/F<br>☑ G |
| 2.26  **J. CREW GROUP, INC.** | | Vornado Realty L.P. | ☐ D<br>☐ E/F<br>☑ G |
| 2.27  **J. CREW GROUP, INC.** | | Vornado Realty L.P. | ☐ D<br>☐ E/F<br>☑ G |
| 2.28  **J. CREW GROUP, INC.** | | Wilmington Savings Fund Society, FSB | ☑ D<br>☑ E/F<br>☐ G |
| 2.29  **J. CREW INC.** | | Liberty Place Retail Associates, L.P. | ☐ D<br>☐ E/F<br>☑ G |

| Debtor Name | **J. Crew Operating Corp.** | Case number (if known): **20-32186** |

**Additional Page(s) if Debtor has More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | Mailing Address | **Name** | *Check all schedules that apply* |
| 2.30 **J. CREW INC.** | | Philadelphia Liberty Place, Inc. | ☐ D ☐ E/F ☑ G |
| 2.31 **J. CREW INTERNATIONAL, INC.** | | Bank of America, NA | ☑ D ☑ E/F ☐ G |
| 2.32 **J. CREW INTERNATIONAL, INC.** | | Wilmington Savings Fund Society, FSB | ☑ D ☑ E/F ☐ G |
| 2.33 **J. CREW VIRGINIA INC.** | | Bank of America, NA | ☑ D ☑ E/F ☐ G |
| 2.34 **J. CREW VIRGINIA INC.** | | Wilmington Savings Fund Society, FSB | ☑ D ☑ E/F ☐ G |
| 2.35 **J. CREW, INC.** | | Bank of America, NA | ☑ D ☑ E/F ☐ G |
| 2.36 **J. CREW, INC.** | | Wilmington Savings Fund Society, FSB | ☑ D ☑ E/F ☐ G |
| 2.37 **MADEWELL INC.** | | Bank of America, NA | ☑ D ☑ E/F ☐ G |

| Debtor Name | **J. Crew Operating Corp.** | | Case number (if known): **20-32186** |
|---|---|---|---|

| | **Additional Page(s) if Debtor has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.38 **MADEWELL INC.** | | First Data Services, LLC | ☐ D<br>☐ E/F<br>☑ G |
| 2.39 **MADEWELL INC.** | | Wilmington Savings Fund Society, FSB | ☑ D<br>☑ E/F<br>☐ G |

| Official Form 206H | **Schedule H: Codebtors** | Page 6 of  6 |
|---|---|---|

| | |
|---|---|
| **Debtor Name** | J. Crew Operating Corp. |
| **United States Bankruptcy Court for the Eastern District of Virginia** | |
| **Case Number:** | 20-32186 |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*   (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the J. Crew Operating Corp., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 478 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on: 6/12/2020
MM / DD / YYYY

Signature   /s/ Vincent Zanna

Vincent Zanna
Printed Name

Chief Financial Officer
Title