**WEIL, GOTSHAL & MANGES LLP**
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:   (212) 310-8007

**HUNTON ANDREWS KURTH LLP**
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

------------------------------------------------------------ x
                                                             :
In re                                                        :     Chapter 11
                                                             :
CHINOS HOLDINGS, INC., *et al.*,                             :     Case No. 20–32181 (KLP)
                                                             :
                    Debtors.[1]                              :     (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES

Upon the motion (the "**Motion**")[2] of Chinos Holdings, Inc. and its debtor affiliates in the above-captioned chapter 11 cases (collectively, the "**Debtors**" and as reorganized, the

---

[1] On August 26, 2020, the Court confirmed the *Second Amended Joint Prearranged Chapter 11 Plan of Reorganization of Chinos Holdings, Inc. and Its Affiliated Debtors (with Technical Changes)* (Docket No. 861) (as modified, amended or supplemented, the "**Plan**"), which went effective on September 10, 2020.

The Reorganized Debtors, along with the last four digits of each entities' federal tax identification number, as applicable, are Chinos Holdings, Inc. (3834); Chinos Intermediate Holdings A, Inc. (3301); Chinos Intermediate, Inc. (3871); Chinos Intermediate Holdings B, Inc. (3244); J. Crew Group, Inc. (4486); J. Crew Operating Corp. (0930); Grace Holmes, Inc. (1409); H.F.D. No. 55, Inc. (9438); J. Crew Inc. (6360); J. Crew International, Inc. (2712); J. Crew Virginia, Inc. (5626); Madewell Inc. (8609); J. Crew Brand Holdings, LLC (7625); J. Crew Brand Intermediate, LLC (3860); J. Crew Brand, LLC (1647); J. Crew Brand Corp. (1616); J. Crew Domestic Brand, LLC (8962); and J. Crew International Brand, LLC (7471). The Reorganized Debtors' corporate headquarters and service address is 225 Liberty St., New York, NY 10281.

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.

"**Reorganized Debtors**") for a final decree (this "**Final Decree**") closing the Affiliate Cases and granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the Case Management Procedures; and no other or further notice needing to be provided; and the Court having reviewed the Motion; and good cause having been shown for the relief granted in this Final Decree; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED.

2. Each of the Affiliate Cases identified on **Schedule 1** attached to this Final Decree is hereby closed effective upon entry of this Final Decree.

3. The Lead Case, *In re Chinos Holdings, Inc.*, Case No. 20-32181 (KLP), will remain open pending the entry of a final decree or order by this Court.

4. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen the Affiliate Cases for good cause shown in accordance with section 350(b) of the Bankruptcy Code.

5. From and after the date of entry of this Final Decree, all matters or proceedings in respect of any of the Affiliate Cases shall be filed and adjudicated in the Lead Case without the need to reopen the Affiliate Cases, and the Court shall retain jurisdiction over all such matters in accordance with the Confirmation Order and Plan.

6. All disbursements made by the Reorganized Debtors identified on **Schedule 1**

attached to this Final Decree (the "**Affiliate Reorganized Debtors**") up to the date of entry of this Final Decree shall be included in the calculation of the quarterly fees payable to the Office of the United States Trustee for the Eastern District of Virginia in accordance with 28 U.S.C. § 1930(a)(6), and, to the extent any such quarterly fees remain outstanding, the Reorganized Debtors shall pay them promptly. No disbursements made by any of the Affiliate Reorganized Debtors after the date of entry of this Final Decree shall be included in subsequent calculations of such fees, and no minimum quarterly fees will be payable in respect of the Affiliate Cases for the periods commencing after entry of this Final Decree.

7. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

8. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Final Decree.

9. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

Dated: Jul 9 2021, 2021
Richmond, Virginia

/s/ Keith L Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jul 9 2021

WE ASK FOR THIS:

*/s/ Henry P. (Toby) Long, III*
HUNTON ANDREWS KURTH LLP
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Nathan Kramer (VSB No. 87720)
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Tel: (804) 788-8200
Fax: (804) 788-8218

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors and Reorganized Debtors*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/ Henry P. (Toby) Long, III*

## Schedule 1

### Affiliate Cases

| Affiliate Case Name | Case No. |
| --- | --- |
| Chinos Intermediate Holdings A, Inc. | 20-32182 |
| Chinos Intermediate, Inc. | 20-32183 |
| Chinos Intermediate Holdings B, Inc. | 20-32184 |
| J. Crew Group, Inc. | 20-32185 |
| J. Crew Operating Corp. | 20-32186 |
| Grace Holmes, Inc. | 20-32187 |
| H.F.D. No. 55, Inc. | 20-32188 |
| J. Crew Inc. | 20-32189 |
| J. Crew International, Inc. | 20-32190 |
| J. Crew Virginia, Inc. | 20-32180 |
| Madewell Inc. | 20-32191 |
| J. Crew Brand Holdings, LLC | 20-32192 |
| J. Crew Brand Intermediate, LLC | 20-32193 |
| J. Crew Brand, LLC | 20-32194 |
| J. Crew Brand Corp. | 20-32195 |
| J. Crew Domestic Brand, LLC | 20-32196 |
| J. Crew International Brand, LLC | 20-32197 |